ANN MILLER RAVEL, County Counsel (S.B. #62139)
TAMARA LANGE, Lead Deputy County Counsel (S.B. #177949)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA and SANTA
CLARA COUNTY PUBLIC HEALTH
DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE COUNTY OF SANTA CLARA and THE SANTA CLARA COUNTY PUBLIC HEALTH DEPARTMENT,<br><br>Defendants. | Case No. C08-03685 RS<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

Alexandra K. Weight certifies and declares as follows:

I am over the age of 18 years and am not a party to this action.

My business address is 70 West Hedding Street, East Wing, Ninth Floor, which is located in the City of San Jose, County of Santa Clara, and State of California where the mailing described below took place.

On August 4, 2008. I deposited in the United States Mail at San Jose, California, a copy of the **CIVIL COVER SHEET, NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT, and NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441(b)** addressed to:

///

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Certificate of Service of Notice to
Adverse Party of Removal to Federal Court        1        C08-03685 RS

1  Trenton H. Norris, Esq.
   Arnold & Porter, LLP
2  90 New Montgomery Street, Suite 600
   San Francisco, CA 94105
3

4     I certify under penalty of perjury that the foregoing is true and correct.  Executed on this

5  4th day of August, 2008.

6

7                                                          /s/ Alexandra K. Weight
                                                               Alexandra K. Weight
8

9  137519.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Certificate of Service of Notice to
Adverse Party of Removal to Federal Court         2                    C08-03685 RS