1  Trenton H. Norris (California State Bar No. 164781)
   Sarah Esmaili (California State Bar No. 206053)
2  ARNOLD & PORTER LLP
   90 New Montgomery Street, Suite 600
3  San Francisco, CA  94105
   Telephone:  (415) 356-3000
4  Facsimile:  (415) 356-3099
   Email:  trent.norris@aporter.com
5  Email:  sarah.esmaili@aporter.com

6  Peter L. Zimroth (*pro hac vice* admission pending)
   Kent A. Yalowitz (*pro hac vice* admission pending)
7  Nancy G. Milburn (*pro hac vice* admission pending)
   ARNOLD & PORTER LLP
8  399 Park Avenue
   New York, NY  10022
9  Telephone:  (212) 715-1000
   Facsimile:  (212) 715-1399
10 Email:  peter.zimroth@aporter.com
   Email:  kent.yalowitz@aporter.com
11 Email:  nancy.milburn@aporter.com

12 Attorneys for Plaintiff
   CALIFORNIA RESTAURANT ASSOCIATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION,<br><br>          Plaintiff,<br><br>     v.<br><br>THE COUNTY OF SANTA CLARA and THE SANTA CLARA COUNTY PUBLIC HEALTH DEPARTMENT,<br><br>          Defendants. | Case No. 08-CV-03685 RS<br><br>**PLAINTIFF CALIFORNIA RESTAURANT ASSOCIATION'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br><br>The Honorable Richard Seeborg |

1  CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), Plaintiff California Restaurant Association hereby voluntarily consents to have United States Magistrate Judge Richard Seeborg conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Respectfully submitted,                           ARNOLD & PORTER LLP

Dated: August 6, 2008

                                                 By:  _____/s/_____
                                                        Trenton H. Norris
                                                        Attorneys for Plaintiff
                                                        CALIFORNIA RESTAURANT
                                                        ASSOCIATION

- 1 -