ANN MILLER RAVEL, County Counsel (S.B. #62139)
MIGUEL MARQUEZ, Assistant County Counsel (S.B. #184621)
TAMARA LANGE, Lead Deputy County Counsel (S.B. #177949)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA and SANTA CLARA COUNTY PUBLIC HEALTH DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>THE COUNTY OF SANTA CLARA and THE SANTA CLARA COUNTY PUBLIC HEALTH DEPARTMENT,<br><br>Defendants. | No. C 08-03685 RS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>Complaint filed: July 22, 2008<br>Notice of Removal filed: August 1, 2008<br><br>The Honorable Richard Seeborg |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Of particular relevance to Defendants is the existence of an earlier-filed Administrative Motion to Consider Whether Cases Should Be Related. That Motion is now pending before Judge Wilken in the Oakland Division of this Court. The case to which Defendants contend this case should be related, *California Restaurant Association v. The City and County of San Francisco and The San Francisco Department of Public Health*, case number CV-08-3247 CW

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Declination to Proceed Before a
Magistrate Judge and Request for
Reassignment to a United States District Judge    1                        C 08-03685 RS

1  has a virtually-identical motion for declaratory relief and preliminary injunction now pending
2  with respect to San Francisco's menu labeling ordinance.  A hearing date of September 4, 2008
3  has been scheduled on that motion.

4  Dated: August 7, 2008                                    Respectfully submitted,

5                                                           ANN MILLER RAVEL
                                                            County Counsel
6

7                                                    By:         /S/
                                                            TAMARA LANGE
8                                                           Lead Deputy County Counsel

9                                                           Attorneys for Defendants
                                                            COUNTY OF SANTA CLARA and
10                                                          SANTA CLARA COUNTY PUBLIC
                                                            HEALTH DEPARTMENT
11

12  138437.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Declination to Proceed Before a
Magistrate Judge and Request for
Reassignment to a United States District Judge        2                           C 08-03685 RS