**FILED**

AUG 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO<br>and THE SAN FRANCISCO DEPARTMENT OF<br>PUBLIC HEALTH,<br><br>    Defendants.<br>_____/ | No. C 08-3247 CW<br><br>ORDER RELATING CASES |

Defendants in <u>California Restaurant Association v. County of Santa Clara</u>, No. C 08-3685 JF have filed an administrative motion to relate that case to the present one.  The Court finds that the cases are related within the meaning of Local Rule 3-12(a) and GRANTS the motion.  The clerk shall re-assign Case No. C 08-3685 to the undersigned judge.

IT IS SO ORDERED.

Dated: 8/15/08

CLAUDIA WILKEN
United States District Judge