IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE CITY AND COUNTY OF SANTA CLARA and THE SANTA CLARA COUNTY PUBLIC HEALTH DEPARTMENT,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　／ | No. C 08-3685 CW<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXPEDITED BRIEFING SCHEDULE |

　　Plaintiff has filed a motion seeking an expedited briefing schedule on its motion for a preliminary injunction, which was originally filed in Santa Clara County Superior Court before this case was removed.  In the interest of ruling on the motion before the challenged ordinance goes into effect on September 1, 2008, Defendants' motion is GRANTED.  Plaintiff must re-file its motion for a preliminary injunction and all supporting material via ECF by August 18, 2008.  It may not make any substantive modifications to the motion, and must notice it for hearing on August 28, 2008 at 2:00 p.m.  Defendants' opposition to the motion must be filed by August 19, 2008.  Plaintiff's reply must be filed by August 22, 2008.

　　IT IS SO ORDERED.

Dated: August 15, 2008

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　United States District Judge