1  Trenton H. Norris (California State Bar No. 164781)
   Sarah Esmaili (California State Bar No. 206053)
2  ARNOLD & PORTER LLP
   90 New Montgomery Street, Suite 600
3  San Francisco, CA 94105
   Telephone: (415) 356-3000
4  Facsimile: (415) 356-3099
   Email: trent.norris@aporter.com
5  Email: sarah.esmaili@aporter.com

6  Peter L. Zimroth (*pro hac vice*)
   Kent A. Yalowitz (*pro hac vice*)
7  Nancy G. Milburn (*pro hac vice*)
   ARNOLD & PORTER LLP
8  399 Park Avenue
   New York, NY 10022
9  Telephone: (212) 715-1000
   Facsimile: (212) 715-1399
10 Email: peter.zimroth@aporter.com
   Email: kent.yalowitz@aporter.com
11 Email: nancy.milburn@aporter.com

12 Attorneys for Plaintiff
   CALIFORNIA RESTAURANT ASSOCIATION

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>THE COUNTY OF SANTA CLARA and THE SANTA CLARA COUNTY PUBLIC HEALTH DEPARTMENT,<br><br>Defendants. | No. CV-08-03685 CW<br>(Related to No. CV-08-03247 CW)<br><br>**DECLARATION OF MICHAEL ANDRES SUPPORT OF PLAINTIFF'S MOTION FOR DECLARATORY RELIEF AND A PRELIMINARY INJUNCTION**<br><br>Hearing Date: August 28, 2008<br>Hearing Time: 2:00 p.m.<br>Courtroom: Courtroom 2, 4th Floor<br><br>The Honorable Claudia Wilken<br><br>Complaint filed: July 22, 2008<br>Notice of Removal filed: August 1, 2008 |

- 1 -

CASE NO. CV-08-03685 CW
DECLARATION OF MICHAEL ANDRES IN SUPPORT OF PLAINTIFF'S MOTION FOR DECLARATORY
RELIEF AND A PRELIMINARY INJUNCTION

1  Trenton H. Norris (California State Bar No. 164781)
   Sarah Esmaili (California State Bar No. 206053)
2  ARNOLD & PORTER LLP
   90 New Montgomery Street, Suite 600
3  San Francisco, CA 94105
   Telephone: (415) 356-3000
4  Facsimile: (415) 356-3099
   Email: trent.norris@aporter.com
5  Email: sarah.esmaili@aporter.com

6  Peter L. Zimroth (*pro hac vice* admission pending)
   Kent A. Yalowitz (*pro hac vice* admission pending)
7  Nancy G. Milburn (*pro hac vice* admission pending)
   ARNOLD & PORTER LLP
8  399 Park Avenue
   New York, NY 10022
9  Telephone: (212) 715-1000
   Facsimile: (212) 715-1399
10 Email: peter.zimroth@aporter.com
   Email: kent.yalowitz@aporter.com
11 Email: nancy.milburn@aporter.com

12 Attorneys for Plaintiff
   CALIFORNIA RESTAURANT ASSOCIATION
13

**E-FILED**
Jul 24, 2008 3:07 PM
David H. Yamasaki
Chief Executive Officer/Clerk
Superior Court of CA, County of Santa Clara
Case #1-08-CV-117885 Filing #G-9873
By M. Rosales, Deputy

14                SUPERIOR COURT OF THE STATE OF CALIFORNIA

15                              COUNTY OF SANTA CLARA

16

17 CALIFORNIA RESTAURANT          )  Case No. 1-08-CV-117885
   ASSOCIATION,                   )
18                                )  **DECLARATION OF MICHAEL**
                  Plaintiff,      )  **ANDRES IN SUPPORT OF PLAINTIFF'S**
19                                )  **MOTION FOR DECLARATORY**
        v.                        )  **RELIEF AND A PRELIMINARY**
20                                )  **INJUNCTION**
   THE COUNTY OF SANTA CLARA and  )
21 THE SANTA CLARA COUNTY PUBLIC  )  Date:   August 15, 2008
   HEALTH DEPARTMENT,             )  Time:   9:00 a.m.
22                                )  Dept:   8
                  Defendants.     )
23                                )  Action filed: July 22, 2008
                                  )
24                                )
                                  )
25                                )

26

27

28

---
DECLARATION OF MICHAEL ANDRES IN SUPPORT OF PLAINTIFF'S MOTION FOR
DECLARATORY RELIEF AND A PRELIMINARY INJUNCTION

E-FILED: Jul 24, 2008 3:07 PM, Superior Court of CA, County of Santa Clara, Case #1-08-CV-117885 Filing #G-9873

I, MICHAEL ANDRES declare:

1. I provide this declaration in support of Plaintiff's Motion for Declaratory Relief and a Preliminary Injunction. If called as a witness, I could and would competently testify to the matters set out in this declaration.

2. I am Vice President and General Manager, Pacific Sierra Region, for McDonald's USA LLC. I am the officer in charge of the Pacific Sierra Region, one of twenty two regions in the United States. The McDonald's restaurants in Santa Clara County are in the Pacific Sierra Region.

3. Effectively and efficiently communicating with our customers is critical to delivering an easy and convenient visit, which along with our food and value, are the primary motivators for coming to our restaurants. Our menu boards are the focal point of our business inside our restaurants.

4. Considerable effort and expense have been invested to develop designs and menu board layouts that provide our customers with an intuitive, attractive and streamlined communication of our menu and point-of-purchase displays. We incorporate pictures, brief description and price for the single items and meal combinations.

5. We continue to work to provide our customers with information on our food relative to health and nutrition. Our efforts in this regard have been thoughtful and comprehensive. This information is offered on in-store brochures and tray liners, our interactive website, and a toll-free phone number. We also put key nutritional information on the product packaging. We have added menu items that provide additional choices for our consumers to fit their specific dietary needs and lifestyles.

6. We do not put our nutritional information on our menu boards. Our targeted total service time in our restaurants is three minutes and thirty seconds. Hitting those targets is what our customers expect from us. If we are forced to comply with Santa Clara County's Ordinance NS-300.793 (the "Ordinance"), this clutter on the menu board could create confusion, increase the ordering times, increase our total experience times, reduce throughput at critical times of the day and adversely impact our customer's experience and our business.

E-FILED: Jul 24, 2008 3:07 PM, Superior Court of CA, County of Santa Clara, Case #1-08-CV-117885 Filing #G-9873

7. This Ordinance is an attempt to dictate the approach and manner of communication of nutrition information in a way that will detract from our customer experience, create unnecessary barriers to service times and lead to customer and employee frustration. We provide nutrition information in a manner that we believe does a better job of putting calorie information in context and is easily understood and accessed by customers.

8. I believe that those competitors who are exempted from this Ordinance will have an unfair advantage and thus we risk losing business to them. Most of the restaurants not covered under this Ordinance have never provided nutritional information to their customers and their food, in fact, may have more calories than McDonald's. We may not be able to measure our losses with certainty.

9. We are left with no alternative but to seek help from this Court, to protect our ability to communicate with our customers in the way that we see fit.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.

Executed on July 17, 2008 at Carlsbad, California.

MICHAEL ANDRES

-3-

DECLARATION OF MICHAEL ANDRES IN SUPPORT OF PLAINTIFF'S MOTION FOR