
Trenton H. Norris (California State Bar No. 164781)
Sarah Esmaili (California State Bar No. 206053)
ARNOLD & PORTER LLP
90 New Montgomery Street, Suite 600
San Francisco, CA 94105
Telephone: (415) 356-3000
Facsimile: (415) 356-3099
Email: trent.norris@aporter.com
Email: sarah.esmaili@aporter.com

Peter L. Zimroth (*pro hac vice*)
Kent A. Yalowitz (*pro hac vice*)
Nancy G. Milburn (*pro hac vice*)
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 715-1000
Facsimile: (212) 715-1399
Email: peter.zimroth@aporter.com
Email: kent.yalowitz@aporter.com
Email: nancy.milburn@aporter.com

Attorneys for Plaintiff
CALIFORNIA RESTAURANT ASSOCIATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

CALIFORNIA RESTAURANT ASSOCIATION,

Plaintiff,

v.

THE COUNTY OF SANTA CLARA and THE SANTA CLARA COUNTY PUBLIC HEALTH DEPARTMENT,

Defendants.

No. CV-08-03685 CW
(Related to No. CV-08-03247 CW)

**DECLARATION OF SCOTT RANDOLPH IN SUPPORT OF PLAINTIFF'S MOTION FOR DECLARATORY RELIEF AND A PRELIMINARY INJUNCTION**

Hearing Date: August 28, 2008
Hearing Time: 2:00 p.m.
Courtroom: Courtroom 2, 4th Floor

The Honorable Claudia Wilken

Complaint filed: July 22, 2008
Notice of Removal filed: August 1, 2008

- 1 -

CASE NO. CV-08-03685 CW
DECLARATION OF SCOTT RANDOLPH IN SUPPORT OF PLAINTIFF'S MOTION FOR DECLARATORY RELIEF AND A PRELIMINARY INJUNCTION

Trenton H. Norris (California State Bar No. 164781)
Sarah Esmaili (California State Bar No. 206053)
ARNOLD & PORTER LLP
90 New Montgomery Street, Suite 600
San Francisco, CA 94105
Telephone: (415) 356-3000
Facsimile: (415) 356-3099
Email: trent.norris@aporter.com
Email: sarah.esmaili@aporter.com

Peter L. Zimroth (*pro hac vice* admission pending)
Kent A. Yalowitz (*pro hac vice* admission pending)
Nancy G. Milburn (*pro hac vice* admission pending)
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 715-1000
Facsimile: (212) 715-1399
Email: peter.zimroth@aporter.com
Email: kent.yalowitz@aporter.com
Email: nancy.milburn@aporter.com

Attorneys for Plaintiff
CALIFORNIA RESTAURANT ASSOCIATION

E-FILED
Jul 24, 2008 3:07 PM
David H. Yamasaki
Chief Executive Officer/Clerk
Superior Court of CA, County of Santa Clara
Case #1-08-CV-117885 Filing #G-9873
By M. Rosales, Deputy

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF SANTA CLARA**

CALIFORNIA RESTAURANT ASSOCIATION,

Plaintiff,

v.

THE COUNTY OF SANTA CLARA and THE SANTA CLARA COUNTY PUBLIC HEALTH DEPARTMENT,

Defendants.

Case No. 1-08-CV-117885

**DECLARATION OF SCOTT RANDOLPH IN SUPPORT OF PLAINTIFF'S MOTION FOR DECLARATORY RELIEF AND A PRELIMINARY INJUNCTION**

Date: August 15, 2008
Time: 9:00 a.m.
Dept: 8

Action filed: July 22, 2008

E-FILED: Jul 24, 2008 3:07 PM, Superior Court of CA, County of Santa Clara, Case #1-08-CV-117885 Filing #G-9873

I, SCOTT RANDOLPH, declare:

1. I provide this declaration in support of Plaintiff's Motion for Declaratory Relief and a Preliminary Injunction. If called as a witness, I could and would competently testify to the matters set out in this declaration.

2. I am the Senior Director of Culinary for T.G.I. Friday's. I am responsible for the hands-on leadership of T.G.I. Friday's culinary team in the development and implementation of innovative food ideas and concepts to increase company sales, efficiency, market share, and profitability, while continuously improving processes and methodology. I have been a chef since 1989 and with T.G.I. Friday's for two years. Prior to T.G.I. Friday's, I worked in the culinary departments for Walt Disney World, LSG Sky Chefs, and Sheraton Hotels.

3. T.G.I. Friday's was one of the first casual dining chains to be established in the United States. It opened its first restaurant in New York City in 1965. It offers a wide selection of food and alcoholic and non-alcoholic beverages. In 2003, T.G.I. Friday's was the first national casual dining chain to partner with Atkins Nutritional Approach to offer low carbohydrate menu items. In 2007, T.G.I. Friday's introduced a Right Portion, Right Price menu, which contains 10 entrees that are about 30 per cent smaller in portion than regular entrees and priced about one third less than regular entrees. The menu is designed to assist our customers in meeting their personal health goals.

4. T.G.I. Friday's strongly disagrees with Santa Clara County's Ordinance NS-300.793 (the "Ordinance") which would require it to list certain nutritional information, namely calories, saturated fat, trans fat, carbohydrates, and sodium, for its food and beverage items on its menus. There is a wide variability among chefs and other kitchen employees, ingredients, raw food materials, and consistency of preparation in casual dining restaurants such as T.G.I. Friday's. This wide variability in turn creates variability in the nutritional levels for seemingly identical menu items. Our experience has shown that given the variability in our portions, ingredients, and food preparation, it is very difficult for us to consistently be accurate in making statements about the nutritional content of our menu items.

E-FILED: Jul 24, 2008 3:07 PM, Superior Court of CA, County of Santa Clara, Case #1-08-CV-117885 Filing #G-9873

5. Most of the food ingredients that T.G.I. Friday's uses to prepare its meals are not purchased pre-cut, prepackaged or pre-measured. For example, we do not serve processed meats or chicken which tend to be prepackaged and of uniform size and quantity. Rather, we serve chicken wings and sides of ribs, and these items can vary individually in size and fat content because farm animals vary in size and body content.

6. The majority of our food offerings are cut, measured and prepared by hand by individual cooks in our restaurants. Since such menu items are prepared by hand from scratch, portion sizes for appetizers, entrees, side dishes, and even sauces, can vary widely from plate to plate depending on which cook is preparing the food, his particular cooking practices, and how busy he is. Some cooks use formal measuring devices to measure ingredients; others add ingredients by hand (a pinch or a fistful), and others eyeball amounts. Many cooks use a combination of these methods, and their practices may vary depending on the day and how busy they are. A cook on a busy Friday night may use different food preparation and service methods than he uses when working a quiet midweek day lunch. A cook on a busy night is more likely to eyeball servings of sauce on rice, whereas a cook who has more time will use a measuring spoon. Similarly, a busy cook may put a handful of French fries on a customer's plate, while a less busy cook may use a standardized measurement to serve the fries.

7. Because food items are prepared from scratch using raw ingredients, and each plate is prepared to order by one or more individual employees in the kitchen, it is very difficult for T.G.I. Friday's to assure complete consistency in portions and nutrition levels of ingredients. Therefore, accuracy in the nutritional information of menu items is not always achievable despite T.G.I. Friday's best efforts to do so. This variability in the nutrition levels of menu items creates a difficult situation for restaurants such as T.G.I. Friday's. If they try to comply with the Ordinance they risk being sued or receiving unfair and unfavorable publicity if someone determines that the stated nutrition levels of their food items are not accurate.

8. This is not a hypothetical problem. A few years ago an employee at T.G.I. Friday's who was preparing containers of an Atkins program food item "to go," added more sauce to the

- 3 -

DECLARATION OF SCOTT RANDOLPH IN SUPPORT OF PLAINTIFF'S MOTION FOR
DECLARATORY RELIEF AND A PRELIMINARY INJUNCTION

E-FILED: Jul 24, 2008 3:07 PM, Superior Court of CA, County of Santa Clara, Case #1-08-CV-117885 Filing #G-9873

food item than the T.G.I. Friday's recipe specified. A local television station had the item analyzed and found that the carbohydrate level represented by T.G.I. Friday's was not accurate. In that instance an individual employee's well-meaning desire to give his customers some additional sauce in the "to go" container caused the representation on the menu to be inaccurate. We are very concerned that such an incident may occur if T.G.I. Friday's is forced to follow the Ordinance.

9. Unlike the proposed federal law that T.G.I. Friday's has supported, the Santa Clara County Ordinance does not provide a safe harbor for restaurants whereby, as long as the restaurant provides a standardized recipe with sufficient detail on the correct preparation and employees are trained in following those specifications, a restaurant will not be subject to legal liability in the event there is variability in the listed nutritional levels of its menu items. Even though our chefs follow specifications on how to prepare dishes, and they and other employees receive training on how to prepare and present our menu items, there is inevitably a level of variability in the portions, preparation and presentation of the food, just as there would be in a single unit restaurant or in one's own home kitchen. This variability in turn creates variability in the nutritional levels of seemingly identical food items.

10. The Ordinance fails to recognize this fact. It provides that restaurants will be in violation of the Ordinance if they deviate from the average content of a representative sample of a menu item by more than 20%. In order to remove any potential for inconsistency or variability, T.G.I. Friday's would have to add so many checks and balances that costs to the consumer out would increase significantly.

11. Additionally, the provision in the Ordinance allowing the calorie level to be expressed as a "range" is impractical and harmful to our business. If T.G.I. Friday's lists a hamburger on its menu with a range of 250-400 calories, some customers will expect that they should be able to order a hamburger that is at a fixed number within that range and will be annoyed when told that the restaurant cannot tell them the precise number of calories of the menu item because of variations in preparation methods and raw ingredients. The restaurant industry is a highly competitive one, and achieving and maintaining customer satisfaction is paramount. It is

- 4 -

DECLARATION OF SCOTT RANDOLPH IN SUPPORT OF PLAINTIFF'S MOTION FOR
DECLARATORY RELIEF AND A PRELIMINARY INJUNCTION

E-FILED: Jul 24, 2008 3:07 PM, Superior Court of CA, County of Santa Clara, Case #1-08-CV-117885 Filing #G-9873

very unfair to force a restaurant chain to place information on its menus that will annoy and frustrate customers and raise questions that cannot be answered satisfactorily.

12. The provision in the Ordinance allowing for "disclaimers" is also impractical from a business perspective. In today's litigious world, customers are accustomed to seeing disclaimers. A disclaimer, like "Skate at your own risk," does nothing to remove the annoyance of the customer nor does it provide a proper safe harbor from litigation.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.

Executed on July 16, 2008 at Carrollton, TX

SCOTT RANDOLPH

- 5 -

DECLARATION OF SCOTT RANDOLPH IN SUPPORT OF PLAINTIFF'S MOTION FOR DECLARATORY RELIEF AND A PRELIMINARY INJUNCTION