1  Trenton H. Norris (California State Bar No. 164781)
   Sarah Esmaili (California State Bar No. 206053)
2  ARNOLD & PORTER LLP
   90 New Montgomery Street, Suite 600
3  San Francisco, CA 94105
   Telephone: (415) 356-3000
4  Facsimile: (415) 356-3099
   Email: trent.norris@aporter.com
5  Email: sarah.esmaili@aporter.com

6  Peter L. Zimroth (*pro hac vice*)
   Kent A. Yalowitz (*pro hac vice*)
7  Nancy G. Milburn (*pro hac vice*)
   ARNOLD & PORTER LLP
8  399 Park Avenue
   New York, NY 10022
9  Telephone: (212) 715-1000
   Facsimile: (212) 715-1399
10 Email: peter.zimroth@aporter.com
   Email: kent.yalowitz@aporter.com
11 Email: nancy.milburn@aporter.com

12 Attorneys for Plaintiff
   CALIFORNIA RESTAURANT ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>THE COUNTY OF SANTA CLARA and THE SANTA CLARA COUNTY PUBLIC HEALTH DEPARTMENT,<br><br>Defendants. | No. CV-08-03685 CW<br>(Related to No. CV-08-03247 CW)<br><br>**DECLARATION OF WILLIAM HOLMBERG SUPPORT OF PLAINTIFF'S MOTION FOR DECLARATORY RELIEF AND A PRELIMINARY INJUNCTION**<br><br>Hearing Date: August 28, 2008<br>Hearing Time: 2:00 p.m.<br>Courtroom: Courtroom 2, 4th Floor<br><br>The Honorable Claudia Wilken<br><br>Complaint filed: July 22, 2008<br>Notice of Removal filed: August 1, 2008 |

- 1 -

CASE NO. CV-08-03685 CW
DECLARATION OF WILLIAM HOLMBERG IN SUPPORT OF PLAINTIFF'S MOTION FOR DECLARATORY RELIEF AND A PRELIMINARY INJUNCTION

E-FILED
Jul 24, 2008 3:07 PM
David H. Yamasaki
Chief Executive Officer/Clerk
Superior Court of CA, County of Santa Clara
Case #1-08-CV-117885 Filing #G-9873
By M. Rosales, Deputy

1  Trenton H. Norris (California State Bar No. 164781)
   Sarah Esmaili (California State Bar No. 206053)
2  ARNOLD & PORTER LLP
   90 New Montgomery Street, Suite 600
3  San Francisco, CA 94105
   Telephone: (415) 356-3000
4  Facsimile: (415) 356-3099
   Email: trent.norris@aporter.com
5  Email: sarah.esmaili@aporter.com

6  Peter L. Zimroth (*pro hac vice* admission pending)
   Kent A. Yalowitz (*pro hac vice* admission pending)
7  Nancy G. Milburn (*pro hac vice* admission pending)
   ARNOLD & PORTER LLP
8  399 Park Avenue
   New York, NY 10022
9  Telephone: (212) 715-1000
   Facsimile: (212) 715-1399
10 Email: peter.zimroth@aporter.com
   Email: kent.yalowitz@aporter.com
11 Email: nancy.milburn@aporter.com

12 Attorneys for Plaintiff
   CALIFORNIA RESTAURANT ASSOCIATION
13

14             SUPERIOR COURT OF THE STATE OF CALIFORNIA

15                        COUNTY OF SANTA CLARA

16

17 CALIFORNIA RESTAURANT              ) Case No. 1-08-CV-117885
   ASSOCIATION,                        )
18                                      )
                  Plaintiff,            ) DECLARATION OF WILLIAM
19                                      ) HOLMBERG IN SUPPORT OF
        v.                              ) PLAINTIFF'S MOTION FOR
20                                      ) DECLARATORY RELIEF AND A
   THE COUNTY OF SANTA CLARA and      ) PRELIMINARY INJUNCTION
21 THE SANTA CLARA COUNTY PUBLIC      )
   HEALTH DEPARTMENT,                  ) Date:   August 15, 2008
22                                      ) Time:   9:00 a.m.
                  Defendants.           ) Dept:   8
23                                      )
                                        )
24                                      ) Action filed: July 22, 2008
                                        )
25                                      )

26

27

28

---
DECLARATION OF WILLIAM HOLMBERG IN SUPPORT OF PLAINTIFF'S MOTION FOR
DECLARATORY RELIEF AND A PRELIMINARY INJUNCTION

E-FILED: Jul 24, 2008 3:07 PM, Superior Court of CA, County of Santa Clara, Case #1-08-CV-117885 Filing #G-9873

I, WILLIAM HOLMBERG, declare:

1. I provide this declaration in support of Plaintiff's Motion for Declaratory Relief and a Preliminary Injunction. If called as a witness, I could and would competently testify to the matters set out in this declaration.

2. I am the Corporate Quality Assurance Manager for Domino's Pizza LLC. I have been with Domino's since March 2000 and have been working with nutritional information since 2004. I am responsible for providing/updating nutritional information for Domino's consumer website, printed materials, school lunch program, and answering nutrition related consumer questions. I have an M.S. in Food Science and Technology

3. Domino's Pizza offers customers a complete nutrition guide on its website and in many of its pizza stores. The nutrition guide allows customers to calculate precisely the nutrition contents of their made-to-order pizza. The nutrition guide contains a grid which lists each style of pizza and each topping along the left side. For each listed ingredient, Domino's Pizza provides the measurement of calories, carbohydrates, sodium, fat, protein, fiber, sugar, saturated fat, trans fat, cholesterol and Percent Daily Value of vitamins A and C, calcium, and iron. By following the grid a customer can calculate the calorie count and other nutrient values of any ingredient he or she has selected, add up the numbers and obtain accurate calorie and other nutritional information about his or her pizza order. A copy of the nutrition guide is attached as Exhibit A.

4. Domino's Pizza disagrees with Santa Clara County's Ordinance NS-300.793 which would require Domino's to provide a calorie range for items on its menu boards and ranges for calories and certain other nutrients (saturated fat, trans fat, carbohydrates, and sodium) for items on its menus. Every pizza is customized and prepared to order. Because of the multiplicity of combinations of crusts and toppings for our pizzas, Domino's will be forced to post very wide ranges of nutritional information for its pizza offerings. Domino's Pizza believes that listing ranges of nutritional information is a poor and inadequate way to communicate with its customers because Domino's is being forced to give information that is not very useful to the customer. A range of 140-460 calories per serving for a pizza, for example, is not useful information to a customer and

- 2 -

DECLARATION OF WILLIAM HOLMBERG IN SUPPORT OF PLAINTIFF'S MOTION FOR
DECLARATORY RELIEF AND A PRELIMINARY INJUNCTION

E-FILED: Jul 24, 2008 3:07 PM, Superior Court of CA, County of Santa Clara, Case #1-08-CV-117885 Filing #G-9873

1  will likely create customer confusion. A customer may ask where in the range the pizza he has
2  ordered falls, or may question what ingredients will yield a pizza with a particular calorie count, and
3  may become frustrated when his questions cannot be answered to his satisfaction. Domino's Pizza
4  has developed a complete nutrition guide which gives customers calories and other nutrient
5  information that is accurate and that they can use in planning their meals. Domino's objects to
6  having to post information on menus and menu boards that is not of use to customers.
7        I declare under penalty of perjury of the laws of the State of California and the United States
8  that the foregoing is true and correct.
9        Executed on July 17, 2008 at Ann Arbor, Michigan

                                      WILLIAM HOLMBERG

- 3 -

DECLARATION OF WILLIAM HOLMBERG IN SUPPORT OF PLAINTIFF'S MOTION FOR
DECLARATORY RELIEF AND A PRELIMINARY INJUNCTION

**EXHIBIT A**



# Domino's Pizza
## NUTRITION GUIDE

770885

© 2005 Domino's Pizza LLC.

Domino's®, Domino's Pizza® and the modular logo are registered trademarks of Domino's Pizza PMC, Inc.



Using the Food Pyramid as a guide, Domino's Pizza can be part of a healthy, balanced diet.

Because pizza is customizable, it is possible to enjoy a variety of foods (bread, vegetables, cheese and meats) in a single slice.

We choose our ingredients on the basis of safety, taste and nutritional content to bring our consumers what they want.

Domino's Pizza dedicates its attention, energy and resources to one mission: Deliver a delicious, hot and fresh pizza made with the highest quality ingredients, every time.

# 1 TOPPING

## 14-INCH, LARGE PIZZA
Serving size: 1 of 8 equal slices

| | Gram Weight (g) | Calories (kcal) | Protein (g) | Carbohydrates (g) | Dietary Fiber (g) | Total Sugars (g) | Fat (g) | Saturated Fat (g) | Trans Fatty Acid (g) | Cholesterol (mg) | Vitamin A-IU (IU) | Vitamin C (mg) | Calcium (mg) | Iron (mg) | Sodium (mg) | Calories from Fat (kcal) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CRUST OPTIONS** | | | | | | | | | | | | | | | | |
| Classic Hand-Tossed | 75 | 220 | 8 | 38 | 2 | 3 | 4.0 | 1.0 | 0 | 0 | 0% | 0% | 0% | 15% | 150 | 35 |
| Ultimate Deep Dish | 83 | 230 | 6 | 36 | 4 | 2 | 7.0 | 1.5 | 0 | 0 | 0% | 0% | 2% | 15% | 350 | 65 |
| Crunchy Thin Crust | 30 | 110 | 3 | 16 | 1 | 1 | 4.5 | 0.5 | 0 | 0 | 0% | 0% | 2% | 2% | 20 | 40 |
| **SAUCE / CHEESE** | | | | | | | | | | | | | | | | |
| Pizza Sauce | 21 | 10 | 0 | 2 | 0 | 2 | 0.0 | 0.0 | 0 | 0 | 2% | 4% | 0% | 2% | 80 | 0 |
| Hand-Tossed & Thin Crust Cheese | 25 | 60 | 4 | 0 | 0 | 0 | 5.0 | 2.5 | 0 | 5.0 | 6% | 0% | 10% | 0% | 240 | 45 |
| Deep Dish Cheese | 32 | 80 | 5 | 0 | 0 | 0 | 7.0 | 3.5 | 0 | 15 | 6% | 0% | 15% | 0% | 310 | 60 |
| Extra Cheese | 12 | 30 | 2 | 0 | 0 | 0 | 2.5 | 1.5 | 0 | 5.0 | 2% | 0% | 6% | 0% | 120 | 25 |
| **STANDARD* MEAT TOPPINGS** | | | | | | | | | | | | | | | | |
| Pepperoni | 11 | 50 | 2 | 0 | 0 | 0 | 4.5 | 1.5 | 0 | 10 | 0% | 0% | 0% | 2% | 190 | 40 |
| Ham | 13 | 15 | 2 | 0 | 0 | 0 | 0.5 | 0.0 | 0.0 | 5 | 0% | 0% | 0% | 0% | 140 | 5.0 |
| Sausage | 18 | 60 | 2 | 2 | 1 | 0 | 5.5 | 2.0 | 0 | 10 | 0% | 0% | 2% | 2% | 190 | 50 |
| Beef | 18 | 50 | 3 | 0 | 0 | 0 | 4.5 | 2.0 | 0 | 10 | 0% | 0% | 0% | 2% | 100 | 40 |
| **STANDARD* VEGGIE TOPPINGS** | | | | | | | | | | | | | | | | |
| Onions | 11 | 0 | 0 | 1 | 0 | 0 | 0.0 | 0.0 | 0 | 0 | 0% | 15% | 0% | 0% | 0 | 0 |
| Green Pepper | 11 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 0 | 0% | 2% | 0% | 0% | 0 | 0 |
| Mushrooms | 18 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 0 | 0% | 0% | 0% | 2% | 0 | 0 |
| Ripe (Black) Olives | 7 | 10 | 0 | 0 | 0 | 0 | 0.5 | 0.0 | 0 | 0 | 0% | 0% | 0% | 4% | 60 | 5 |
| Pineapple | 18 | 5 | 0 | 3 | 0 | 3 | 0.0 | 0.0 | 0 | 0 | 0% | 2% | 0% | 0% | 0 | 0 |
| **OPTIONAL* CHEESE** | | | | | | | | | | | | | | | | |
| American Cheese | 12 | 45 | 2 | 0 | 0 | 0 | 4.0 | 2.5 | 0 | 10 | 4% | 0% | 6% | 0% | 220 | 35 |
| Cheddar Cheese | 9 | 35 | 2 | 0 | 0 | 0 | 3.0 | 2.0 | 0 | 10 | 2% | 0% | 6% | 0% | 55 | 25 |
| Provolone Cheese | 18 | 60 | 5 | 0 | 0 | 0 | 4.5 | 3.0 | 0 | 10 | 2% | 0% | 15% | 0% | 160 | 40 |
| **OPTIONAL* MEAT TOPPINGS** | | | | | | | | | | | | | | | | |
| Anchovies | 2 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 0 | 0% | 0% | 0% | 0% | 35 | 0 |
| Bacon | 13 | 60 | 6 | 0 | 0 | 0 | 4.0 | 1.5 | 0 | 15 | 0% | 0% | 0% | 0% | 170 | 35 |
| Grilled Chicken | 18 | 25 | 5 | 0 | 0 | 0 | 0.5 | 0.0 | 0 | 15 | 0% | 0% | 0% | 2% | 85 | 5 |
| Philly Steak | 12 | 15 | 2 | 0 | 0 | 0 | 0.5 | 0.0 | 0 | 5 | 0% | 0% | 0% | 2% | 130 | 0 |
| **OPTIONAL* VEGGIE TOPPINGS** | | | | | | | | | | | | | | | | |
| Banana Peppers | 11 | 0 | 0 | 1 | 0 | 0 | 0.0 | 0.0 | 0 | 0 | 0% | 6% | 0% | 0% | 180 | 0 |
| Green Chile Peppers | 11 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 0 | 0% | 6% | 0% | 0% | 0 | 0 |
| Green Olives | 11 | 20 | 0 | 0 | 0 | 0 | 2.0 | 0.0 | 0 | 0 | 2% | 0% | 0% | 2% | 125 | 15 |
| Garlic | 4 | 15 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 0 | 0% | 2% | 2% | 0% | 0 | 0 |
| Jalapeno Peppers | 11 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 0 | 2% | 6% | 0% | 0% | 135 | 0 |
| Tomatoes | 21 | 0 | 0 | 1 | 0 | 1 | 0.0 | 0.0 | 0 | 0 | 2% | 0% | 0% | 0% | 0 | 0 |

## 12-INCH, MEDIUM PIZZA
Serving size: 1 of 8 equal slices

| | Gram Weight (g) | Calories (kcal) | Protein (g) | Carbohydrates (g) | Dietary Fiber (g) | Total Sugars (g) | Fat (g) | Saturated Fat (g) | Trans Fatty Acid (g) | Cholesterol (mg) | Vitamin A-IU (IU) | Vitamin C (mg) | Calcium (mg) | Iron (mg) | Sodium (mg) | Calories from Fat (kcal) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CRUST OPTIONS** | | | | | | | | | | | | | | | | |
| Classic Hand-Tossed | 55 | 160 | 6 | 28 | 2 | 3 | 3.0 | 1.0 | 0 | 0 | 0% | 0% | 0% | 10% | 110 | 25 |
| Ultimate Deep Dish | 56 | 160 | 4 | 24 | 3 | 1 | 6.0 | 1.0 | 0 | 0 | 0% | 2% | 2% | 8% | 250 | 50 |
| Crunchy Thin Crust | 22 | 80 | 2 | 12 | 1 | 1 | 3.5 | 0.5 | 0 | 0 | 0% | 0% | 2% | 2% | 15 | 30 |
| **SAUCE / CHEESE** | | | | | | | | | | | | | | | | |
| Pizza Sauce | 15 | 5 | 0 | 1 | 0 | 0 | 1.0 | 0.0 | 0 | 0 | 2% | 2% | 0% | 2% | 55 | 0 |
| Hand-Tossed & Thin Crust Cheese | 18 | 45 | 3 | 0 | 0 | 0 | 4.0 | 2.0 | 0 | 10 | 4% | 0% | 8% | 0% | 170 | 35 |
| Deep Dish Cheese | 23 | 60 | 4 | 0 | 0 | 0 | 5.0 | 2.5 | 0 | 10 | 4% | 0% | 10% | 0% | 220 | 45 |
| Extra Cheese | 9 | 25 | 2 | 0 | 0 | 0 | 2.0 | 1.0 | 0 | 5 | 2% | 0% | 4% | 0% | 85 | 15 |
| **STANDARD* MEAT TOPPINGS** | | | | | | | | | | | | | | | | |
| Pepperoni | 8 | 40 | 2 | 0 | 0 | 0 | 3.5 | 1.0 | 0 | 5 | 0% | 0% | 0% | 0% | 140 | 30 |
| Ham | 10 | 10 | 2 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 5 | 0% | 0% | 0% | 0% | 100 | 0 |
| Sausage | 12 | 45 | 2 | 1 | 0 | 0 | 3.5 | 1.5 | 0 | 5 | 0% | 5% | 0% | 2% | 130 | 35 |
| Beef | 12 | 40 | 2 | 0 | 0 | 0 | 3.0 | 1.5 | 0 | 10 | 0% | 5% | 0% | 0% | 70 | 30 |
| **STANDARD* VEGGIE TOPPINGS** | | | | | | | | | | | | | | | | |
| Onions | 8 | 0 | 0 | 1 | 0 | 0 | 0.0 | 0.0 | 0 | 0 | 0% | 10% | 0% | 0% | 0 | 0 |
| Green Pepper | 8 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 0 | 0% | 5% | 0% | 0% | 0 | 0 |
| Mushrooms | 12 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 0 | 0% | 0% | 0% | 2% | 0 | 0 |
| Ripe (Black) Olives | 8 | 10 | 0 | 0 | 0 | 0 | 1.0 | 0.0 | 0 | 0 | 0% | 0% | 0% | 4% | 65 | 5 |
| Pineapple | 12 | 10 | 0 | 2 | 0 | 2 | 0.0 | 0.0 | 0 | 0 | 0% | 0% | 0% | 0% | 0 | 0 |
| **OPTIONAL* CHEESE** | | | | | | | | | | | | | | | | |
| American Cheese | 11 | 40 | 2 | 0 | 0 | 0 | 3.0 | 2.0 | 0 | 10 | 4% | 0% | 6% | 0% | 190 | 30 |
| Cheddar Cheese | 7 | 30 | 2 | 0 | 0 | 0 | 2.5 | 1.5 | 0 | 5 | 2% | 0% | 6% | 0% | 45 | 20 |
| Provolone Cheese | 12 | 45 | 3 | 0 | 0 | 0 | 3.5 | 2.0 | 0 | 10 | 2% | 0% | 10% | 0% | 110 | 30 |
| **OPTIONAL* MEAT TOPPINGS** | | | | | | | | | | | | | | | | |
| Anchovies | 2 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 0 | 0% | 0% | 0% | 0% | 35 | 0 |
| Bacon | 9 | 40 | 4 | 0 | 0 | 0 | 2.5 | 1.0 | 0 | 10 | 0% | 0% | 0% | 0% | 115 | 25 |
| Grilled Chicken | 12 | 20 | 3 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 10 | 0% | 0% | 0% | 0% | 90 | 0 |
| Philly Steak | 9 | 10 | 2 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 5 | 0% | 0% | 0% | 0% | 60 | 0 |
| **OPTIONAL* VEGGIE TOPPINGS** | | | | | | | | | | | | | | | | |
| Banana Peppers | 8 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 0 | 0% | 4% | 0% | 0% | 130 | 0 |
| Green Chile Peppers | 8 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 0 | 0% | 4% | 0% | 0% | 0 | 0 |
| Green Olives | 8 | 15 | 0 | 0 | 0 | 0 | 1.5 | 0.0 | 0 | 0 | 2% | 0% | 0% | 2% | 95 | 10 |
| Garlic | 4 | 10 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 0 | 0% | 0% | 2% | 0% | 0 | 0 |
| Jalapeno Peppers | 8 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 0 | 2% | 6% | 0% | 0% | 100 | 0 |
| Tomatoes | 18 | 0 | 0 | 1 | 0 | 1 | 0.0 | 0.0 | 0 | 0 | 2% | 0% | 0% | 0% | 0 | 0 |

*Standard toppings are available at every Domino's Pizza store in the continental United States. The availability of optional items may vary by store.
Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

# 2-3 TOPPINGS

## 12-INCH, MEDIUM PIZZA
Serving size: 1 of 8 equal slices

| | Item | Gram Weight (g) | Calories (kcal) | Protein (g) | Carbohydrates (g) | Dietary Fiber (g) | Total Sugars (g) | Fat (g) | Saturated Fat (g) | Trans Fatty Acid (g) | Cholesterol (mg) | Vitamin A-IU (IU) | Vitamin C (mg) | Calcium (mg) | Iron (mg) | Sodium (mg) | Calories from Fat (kcal) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CRUST OPTIONS | Classic Hand-Tossed | 55 | 160 | 6 | 28 | 3 | 3 | 1 | 1.0 | 0 | 0 | 0% | 0% | 0% | 10% | 110 | 25 |
| | Ultimate Deep Dish | 56 | 160 | 4 | 24 | 3 | 1 | 6.0 | 1.0 | 0 | 0 | 0% | 0% | 2% | 8% | 250 | 50 |
| | Crunchy Thin Crust | 22 | 80 | 2 | 12 | 1 | 1 | 3.5 | 0.5 | 0 | 0 | 0% | 0% | 2% | 2% | 15 | 30 |
| SAUCE/CHEESE | Pizza Sauce | 15 | 10 | 0 | 2 | 0 | 1 | 1.0 | 0.0 | 0 | 0 | 2% | 2% | 0% | 2% | 55 | 0 |
| | Hand-Tossed & Thin Crust Cheese | 18 | 45 | 3 | 1 | 0 | 0 | 4.0 | 2.0 | 0 | 10 | 4% | 0% | 8% | 0% | 170 | 35 |
| | Deep Dish Cheese | 23 | 60 | 4 | 2 | 0 | 0 | 5.0 | 2.5 | 0 | 10 | 4% | 0% | 10% | 0% | 220 | 45 |
| | Extra Cheese | 9 | 25 | 2 | 1 | 0 | 0 | 2.0 | 1.0 | 0 | 4 | 2% | 0% | 4% | 0% | 85 | 15 |
| STANDARD* MEAT TOPPINGS | Pepperoni | 8 | 40 | 2 | 0 | 0 | 0 | 3.5 | 1.0 | 0 | 10 | 0% | 0% | 0% | 0% | 140 | 30 |
| | Ham | 7 | 10 | 1 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 4 | 0% | 0% | 0% | 0% | 75 | 0 |
| | Sausage | 9 | 30 | 1 | 0 | 0 | 0 | 2.5 | 1.0 | 0 | 5 | 0% | 0% | 0% | 0% | 90 | 25 |
| | Beef | 9 | 25 | 1 | 0 | 0 | 0 | 2.5 | 1.0 | 0 | 5 | 0% | 0% | 0% | 0% | 50 | 20 |
| STANDARD* VEGGIE TOPPINGS | Onions | 5 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 0 | 0% | 5% | 0% | 0% | 0 | 0 |
| | Green Pepper | 5 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 0 | 0% | 5% | 0% | 0% | 0 | 0 |
| | Mushrooms | 9 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 0 | 0% | 0% | 0% | 0% | 0 | 0 |
| | Ripe (Black) Olives | 5 | 5 | 0 | 0 | 0 | 0 | 1.0 | 0.0 | 0 | 0 | 0% | 0% | 0% | 2% | 45 | 5 |
| | Pineapple | 9 | 5 | 0 | 1 | 0 | 1 | 0.0 | 0.0 | 0 | 0 | 0% | 5% | 0% | 0% | 0 | 0 |
| OPTIONAL* CHEESE | American Cheese | 11 | 40 | 2 | 0 | 0 | 0 | 3.0 | 2.0 | 0 | 10 | 4% | 0% | 6% | 0% | 190 | 30 |
| | Cheddar Cheese | 7 | 30 | 2 | 0 | 0 | 0 | 2.5 | 1.5 | 0 | 5 | 2% | 0% | 6% | 0% | 45 | 20 |
| | Provolone Cheese | 12 | 45 | 3 | 0 | 0 | 0 | 3.5 | 2.0 | 0 | 10 | 2% | 0% | 10% | 0% | 110 | 30 |
| OPTIONAL* MEAT TOPPINGS | Anchovies | 2 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 0 | 0% | 0% | 0% | 0% | 40 | 0 |
| | Bacon | 6 | 25 | 3 | 0 | 0 | 0 | 2.0 | 0.5 | 0 | 5 | 0% | 0% | 0% | 0% | 80 | 15 |
| | Grilled Chicken | 9 | 15 | 2 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 5 | 0% | 0% | 0% | 0% | 65 | 0 |
| | Philly Steak | 9 | 10 | 2 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 4 | 0% | 0% | 0% | 0% | 60 | 0 |
| OPTIONAL* VEGGIE TOPPINGS | Banana Peppers | 5 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 0 | 0% | 4% | 0% | 0% | 90 | 0 |
| | Green Chile Peppers | 5 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 0 | 0% | 0% | 0% | 0% | 0 | 0 |
| | Green Olives | 5 | 10 | 0 | 0 | 0 | 0 | 1.0 | 0.0 | 0 | 0 | 0% | 0% | 0% | 0% | 65 | 10 |
| | Garlic | 3 | 10 | 0 | 1 | 0 | 0 | 0.0 | 0.0 | 0 | 0 | 0% | 2% | 0% | 0% | 0 | 0 |
| | Jalapeno Peppers | 5 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 0 | 2% | 4% | 0% | 0% | 65 | 0 |
| | Tomatoes | 12 | 0 | 0 | 1 | 0 | 0 | 0.0 | 0.0 | 0 | 0 | 2% | 6% | 0% | 0% | 0 | 0 |

## 14-INCH, LARGE PIZZA
Serving size: 1 of 8 equal slices

| | Item | Gram Weight (g) | Calories (kcal) | Protein (g) | Carbohydrates (g) | Dietary Fiber (g) | Total Sugars (g) | Fat (g) | Saturated Fat (g) | Trans Fatty Acid (g) | Cholesterol (mg) | Vitamin A-IU (IU) | Vitamin C (mg) | Calcium (mg) | Iron (mg) | Sodium (mg) | Calories from Fat (kcal) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CRUST OPTIONS | Classic Hand-Tossed | 75 | 220 | 8 | 38 | 2 | 3 | 4.0 | 1.0 | 0 | 0 | 0% | 0% | 0% | 15% | 150 | 35 |
| | Ultimate Deep Dish | 83 | 230 | 6 | 36 | 4 | 1 | 7.0 | 1.5 | 0 | 0 | 2% | 0% | 2% | 15% | 350 | 65 |
| | Crunchy Thin Crust | 30 | 110 | 3 | 16 | 1 | 1 | 4.5 | 0.5 | 0 | 0 | 0% | 0% | 2% | 2% | 20 | 40 |
| SAUCE/CHEESE | Pizza Sauce | 21 | 10 | 0 | 2 | 0 | 0 | 1.0 | 0.0 | 0 | 0 | 4% | 2% | 0% | 2% | 80 | 0 |
| | Hand-Tossed & Thin Crust Cheese | 25 | 60 | 4 | 2 | 0 | 0 | 5.0 | 2.5 | 0 | 5 | 6% | 0% | 10% | 0% | 240 | 45 |
| | Deep Dish Cheese | 32 | 80 | 5 | 2 | 0 | 0 | 7.0 | 3.5 | 0 | 15 | 6% | 0% | 15% | 0% | 310 | 60 |
| | Extra Cheese | 12 | 30 | 2 | 1 | 0 | 0 | 2.5 | 1.5 | 0 | 5 | 2% | 0% | 6% | 0% | 120 | 25 |
| STANDARD* MEAT TOPPINGS | Pepperoni | 11 | 50 | 2 | 0 | 0 | 0 | 4.5 | 1.5 | 0 | 10 | 0% | 0% | 0% | 2% | 190 | 40 |
| | Ham | 11 | 10 | 2 | 0 | 0 | 0 | 0.5 | 0.0 | 0 | 5 | 0% | 0% | 0% | 0% | 110 | 0 |
| | Sausage | 12 | 45 | 2 | 0 | 0 | 0 | 3.5 | 1.5 | 0 | 5 | 0% | 0% | 0% | 0% | 130 | 35 |
| | Beef | 12 | 35 | 2 | 0 | 0 | 0 | 3.0 | 1.5 | 0 | 10 | 0% | 0% | 0% | 2% | 70 | 30 |
| STANDARD* VEGGIE TOPPINGS | Onions | 7 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 0 | 0% | 10% | 0% | 0% | 0 | 0 |
| | Green Pepper | 7 | 0 | 0 | 2 | 0 | 0 | 0.0 | 0.0 | 0 | 0 | 0% | 0% | 0% | 0% | 0 | 0 |
| | Mushrooms | 12 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 0 | 0% | 0% | 0% | 2% | 0 | 0 |
| | Ripe (Black) Olives | 7 | 10 | 0 | 0 | 0 | 0 | 0.5 | 0.0 | 0 | 0 | 0% | 0% | 0% | 4% | 60 | 5 |
| | Pineapple | 12 | 10 | 0 | 2 | 0 | 2 | 0.0 | 0.0 | 0 | 0 | 0% | 0% | 0% | 0% | 0 | 0 |
| OPTIONAL* CHEESE | American Cheese | 12 | 45 | 2 | 0 | 0 | 0 | 4.0 | 2.5 | 0 | 10 | 4% | 0% | 6% | 0% | 220 | 35 |
| | Cheddar Cheese | 9 | 35 | 2 | 0 | 0 | 0 | 3.0 | 2.0 | 0 | 10 | 2% | 0% | 6% | 0% | 55 | 25 |
| | Provolone Cheese | 18 | 60 | 5 | 0 | 0 | 0 | 4.5 | 3.0 | 0 | 10 | 2% | 0% | 15% | 0% | 160 | 40 |
| OPTIONAL* MEAT TOPPINGS | Anchovies | 2 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 0 | 0% | 0% | 0% | 0% | 35 | 0 |
| | Bacon | 10 | 40 | 4 | 0 | 0 | 0 | 3.0 | 1.0 | 0 | 10 | 0% | 0% | 0% | 0% | 125 | 25 |
| | Grilled Chicken | 12 | 20 | 3 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 10 | 0% | 0% | 0% | 0% | 90 | 0 |
| | Philly Steak | 12 | 15 | 2 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 5 | 2% | 0% | 0% | 2% | 85 | 0 |
| OPTIONAL* VEGGIE TOPPINGS | Banana Peppers | 7 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 0 | 0% | 4% | 0% | 0% | 120 | 0 |
| | Green Chile Peppers | 7 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 0 | 0% | 0% | 0% | 0% | 0 | 0 |
| | Green Olives | 7 | 10 | 0 | 0 | 0 | 0 | 1.0 | 0.0 | 0 | 0 | 0% | 0% | 0% | 2% | 85 | 10 |
| | Garlic | 4 | 10 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 0 | 0% | 0% | 0% | 0% | 0 | 0 |
| | Jalapeno Peppers | 5 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 0 | 0% | 2% | 0% | 0% | 90 | 0 |
| | Tomatoes | 16 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 0 | 2% | 6% | 0% | 0% | 0 | 0 |

*Standard toppings are available at every Domino's Pizza store in the continental United States. The availability of optional items may vary by store. Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

# FEAST PIZZAS

## 12-INCH, MEDIUM PIZZA
Serving size: 1 of 8 equal slices

| MENU SELECTION | CRUST OPTIONS | Gram Weight (g) | Calories (kcal) | Protein (g) | Carbohydrates (g) | Dietary Fiber (g) | Total Sugars (g) | Fat (g) | Saturated Fat (g) | Trans Fatty Acid (g) | Cholesterol (mg) | Vitamin A-IU (iu) | Vitamin C (mg) | Calcium (mg) | Iron (mg) | Sodium (mg) | Calories from Fat (kcal) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Classic Hand-Tossed | 55 | 160 | 6 | 28 | 1 | 3 | 3.0 | 1.0 | 0 | 0 | 0% | 0% | 0% | 10% | 110 | 25 |
| | Ultimate Deep Dish | 56 | 160 | 4 | 24 | 3 | 1 | 6.0 | 1.0 | 0 | 0 | 0% | 0% | 2% | 8% | 250 | 50 |
| | Crunchy Thin Crust | 22 | 80 | 2 | 12 | 1 | 1 | 3.5 | 0.5 | 0 | 0 | 0% | 0% | 2% | 2% | 15 | 30 |
| | America's Favorite® | 59 | 130 | 6 | 3 | 1 | 1 | 10.0 | 4.0 | 0 | 20 | 6% | 4% | 8% | 4% | 450 | 90 |
| | Bacon Cheeseburger® | 55 | 140 | 9 | 3 | 1 | 1 | 11.0 | 5.0 | 0 | 30 | 8% | 2% | 15% | 2% | 390 | 100 |
| | Barbecue Feast® | 51 | 130 | 7 | 8 | 0 | 4 | 8.0 | 4.0 | 0 | 20 | 6% | 6% | 15% | 2% | 360 | 70 |
| | Deluxe Feast® | 56 | 100 | 5 | 4 | 1 | 1 | 8.0 | 3.5 | 0 | 15 | 6% | 8% | 8% | 2% | 380 | 70 |
| | ExtravaganZZa® | 81 | 160 | 9 | 5 | 1 | 1 | 12.0 | 5.0 | 0 | 30 | 8% | 8% | 15% | 6% | 590 | 110 |
| | Hawaiian Feast® | 58 | 90 | 6 | 5 | 1 | 2 | 6.0 | 3.0 | 0 | 15 | 8% | 4% | 10% | 2% | 390 | 50 |
| | MeatZZa Feast® | 65 | 150 | 8 | 4 | 1 | 1 | 11.0 | 5.0 | 0 | 30 | 8% | 2% | 15% | 4% | 560 | 100 |
| | Pepperoni Feast® | 54 | 130 | 7 | 4 | 1 | 1 | 11.0 | 5.0 | 0 | 25 | 8% | 2% | 10% | 4% | 530 | 100 |
| | Philly Cheese Steak | 44 | 100 | 7 | 1 | 0 | 0 | 7.0 | 4.5 | 0 | 20 | 6% | 4% | 15% | 2% | 360 | 60 |
| | Vegi Feast® | 58 | 80 | 5 | 4 | 1 | 1 | 6.0 | 3.0 | 0 | 15 | 8% | 8% | 15% | 4% | 340 | 50 |

## 14-INCH, LARGE PIZZA
Serving size: 1 of 8 equal slices

| Gram Weight (g) | Calories (kcal) | Protein (g) | Carbohydrates (g) | Dietary Fiber (g) | Total Sugars (g) | Fat (g) | Saturated Fat (g) | Trans Fatty Acid (g) | Cholesterol (mg) | Vitamin A-IU (iu) | Vitamin C (mg) | Calcium (mg) | Iron (mg) | Sodium (mg) | Calories from Fat (kcal) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 75 | 220 | 8 | 38 | 2 | 3 | 4.0 | 1.0 | 0 | 0 | 0% | 0% | 0% | 15% | 150 | 35 |
| 83 | 230 | 6 | 36 | 4 | 1 | 7.0 | 1.5 | 0 | 0 | 0% | 0% | 2% | 15% | 350 | 65 |
| 30 | 110 | 3 | 16 | 1 | 1 | 4.5 | 0.5 | 0 | 0 | 0% | 0% | 2% | 2% | 20 | 40 |
| 82 | 170 | 9 | 4 | 1 | 1 | 14.0 | 6.0 | 0 | 30 | 8% | 4% | 10% | 4% | 640 | 120 |
| 77 | 200 | 12 | 4 | 1 | 1 | 15.0 | 7.0 | 0 | 40 | 10% | 4% | 20% | 4% | 550 | 140 |
| 70 | 170 | 9 | 11 | 0 | 5 | 11.0 | 5.0 | 0 | 30 | 8% | 8% | 20% | 2% | 500 | 90 |
| 76 | 130 | 7 | 5 | 1 | 1 | 10.0 | 5.0 | 0 | 20 | 8% | 10% | 10% | 4% | 500 | 90 |
| 107 | 200 | 12 | 7 | 1 | 1 | 16.0 | 7.0 | 0 | 40 | 10% | 10% | 20% | 8% | 780 | 140 |
| 82 | 130 | 8 | 7 | 1 | 3 | 8.0 | 4.0 | 0 | 25 | 10% | 6% | 15% | 4% | 550 | 80 |
| 94 | 210 | 12 | 6 | 1 | 1 | 17.0 | 8.0 | 0 | 40 | 10% | 4% | 20% | 4% | 810 | 150 |
| 74 | 180 | 10 | 5 | 1 | 1 | 15.0 | 7.0 | 0 | 35 | 10% | 4% | 15% | 4% | 730 | 130 |
| 58 | 130 | 9 | 2 | 0 | 1 | 9.0 | 6.0 | 0 | 30 | 6% | 6% | 20% | 2% | 470 | 80 |
| 77 | 120 | 7 | 6 | 1 | 1 | 8.0 | 4.0 | 0 | 20 | 10% | 10% | 15% | 4% | 480 | 70 |

*Standard toppings are available at every Domino's Pizza store in the continental United States. The availability of optional items may vary by store. Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

## FEAST PIZZA TOPPINGS

**AMERICA'S FAVORITE FEAST®**: Pepperoni, mushroom, sausage.
**BACON CHEESEBURGER FEAST®**: Beef, bacon, cheddar cheese.
**BARBECUE FEAST®**: Barbecue sauce, green pepper, onion, bacon, cheddar cheese.
**DELUXE FEAST®**: Pepperoni, green pepper, onion, mushroom, sausage.
**EXTRAVAGANZZA FEAST®**: Pepperoni, ham, green pepper, onion, black olive, mushroom, sausage, beef, extra cheese.
**HAWAIIAN FEAST®**: Ham, pineapple, extra cheese.
**MEATZZA FEAST®**: Pepperoni, ham, sausage, beef, extra cheese.
**PEPPERONI FEAST®**: Extra pepperoni and cheese.
**PHILLY CHEESE STEAK**: Philly meat, mushroom, green pepper, onion, provolone cheese, American cheese.
**VEGI FEAST®**: Green pepper, onion, mushroom, black olive, extra cheese.

The nutrition and ingredient information contained in this guide is based on Domino's standard U.S. product formulations. Seasonal, recipe and/or supplier variations may occur. Certain menu items may vary from store to store and may not be available at all locations. Every order is made by hand especially for you by a pizza maker, not a machine. That means variations in nutritional content will occur.

The ingredient listings are provided and reported by ingredient manufacturers. Domino's Pizza LLC, its franchisees and employees do not assume responsibility for a particular sensitivity or allergy to any food provided from our stores.




# SIDE ITEMS

| | | Gram Weight (g) | Calories (kcal) | Protein (g) | Carbohydrates (g) | Dietary Fiber (g) | Total Sugars (g) | Fat (g) | Saturated Fat (g) | Trans Fatty Acid (g) | Cholesterol (mg) | Vitamin A-IU (iu) | Vitamin C (mg) | Calcium (mg) | Iron (mg) | Sodium (mg) | Calories from Fat (kcal) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **BREAD SIDES & DIPPING SAUCES** Bread serving size: 1 of 8 average-sized sticks. Dipping sauces are per container. | Breadsticks | 33 | 130 | 3 | 14 | 1 | 1 | 7.0 | 1.5 | 0 | 0 | 20% | 0% | 0% | 6% | 90 | 60 |
| | Cheesy Bread | 38 | 140 | 4 | 14 | 1 | 1 | 7.0 | 2.3 | 0 | 5 | 2% | 0% | 4% | 6% | 140 | 65 |
| | Cinna Stix | 35 | 140 | 3 | 17 | 1 | 4 | 7.0 | 1.5 | 0 | 0 | 0% | 0% | 0% | 6% | 80 | 60 |
| | Marinara Dipping Sauce | 57 | 25 | 1 | 5 | 1 | 3 | 0.0 | 0.0 | 0 | 0 | 6% | 150% | 0% | 2% | 260 | 0 |
| | Garlic Dipping Sauce | 50 | 440 | 0 | 0 | 0 | 0 | 50.0 | 10.0 | 7 | 0 | 8% | 0% | 0% | 0% | 390 | 440 |
| | Sweet Icing Dipping Sauce | 71 | 250 | 0 | 57 | 0 | 55 | 3.0 | 2.5 | 0 | 0 | 0% | 0% | 0% | 0% | 0 | 25 |
| **CHICKEN SIDES** Chicken serving size: One average-sized buffalo wing or Domino's Pizza Chicken Kicker™. Dipping sauces are per container. | Domino's Pizza Chicken Kickers™ | 25 | 45 | 4 | 3 | 0 | 0 | 2.0 | 0.0 | 0 | 10 | 0% | 0% | 0% | 0% | 160 | 20 |
| | Barbeque Buffalo Wings | 43 | 88 | 9 | 2 | 0 | 2 | 4.5 | 1.5 | 0 | 50 | 20% | 0% | 25% | 70% | 0 | 40 |
| | Hot Buffalo Wings | 43 | 85 | 9 | 2 | 0 | 1 | 4.5 | 1.5 | 0 | 50 | 2% | 0% | 0% | 2% | 250 | 40 |
| | Hot Dipping Sauce | 43 | 120 | 0 | 3 | 0 | 0 | 12.0 | 2.0 | 0 | 0 | 8% | 15% | 0% | 0% | 790 | 105 |
| | Ranch Dipping Sauce | 43 | 200 | 1 | 2 | 0 | 2 | 21.0 | 3.0 | 0 | 10 | 0% | 0% | 2% | 0% | 420 | 185 |
| | Blue Cheese Dipping Sauce | 43 | 230 | 2 | 2 | 0 | 2 | 24.0 | 5.0 | 0 | 30 | 0% | 0% | 0% | 0% | 450 | 210 |
| **SALADS & DRESSING** Salad serving size: 2 per container. Dressing is per package. | Garden Fresh Salad | 125 | 70 | 6 | 6 | 1 | 3 | 4.0 | 2.0 | 0 | 10 | 45% | 30% | 8% | 10% | 85 | 30 |
| | Grilled Chicken Caesar | 164 | 105 | 12 | 6 | 1 | 3 | 4.0 | 2.0 | 0 | 25 | 30% | 30% | 15% | 6% | 320 | 35 |
| | Blue Cheese Dressing | 43 | 230 | 2 | 2 | 0 | 2 | 24.0 | 5.0 | 0 | 30 | 0% | 0% | 0% | 0% | 450 | 210 |
| | Buttermilk Ranch Dressing | 43 | 220 | 1 | 2 | 0 | 2 | 24.0 | 4.0 | 0 | 10 | 0% | 0% | 0% | 0% | 420 | 210 |
| | Creamy Caesar Dressing | 43 | 210 | 1 | 2 | 0 | 1 | 22.0 | 3.5 | 0 | 10 | 0% | 0% | 0% | 0% | 510 | 200 |
| | Golden Italian Dressing | 43 | 220 | 0 | 2 | 0 | 2 | 23.0 | 3.5 | 0 | 0 | 0% | 0% | 0% | 0% | 370 | 200 |
| | Light Italian Dressing | 43 | 20 | 0 | 2 | 0 | 2 | 1.0 | 0.0 | 0 | 0 | 0% | 0% | 0% | 0% | 780 | 5 |
| **BROWNIE SQUARES** Serving size: 2 pieces Dipping sauce is per container. | Brownie Squares | 40 | 160 | 2 | 22 | 1 | 12 | 7.0 | 1.5 | 0 | 15 | 2% | 0% | 2% | 10% | 95 | 60 |
| | Fudge Dipping Sauce | 43 | 110 | 2 | 27 | 2 | 21 | 1.0 | 0.5 | 0 | 0 | 0% | 0% | 2% | 10% | 75 | 10 |

Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

The nutrition and ingredient information contained in this guide is based on Domino's standard U.S. product formulations. Seasonal, recipe and/or supplier variations may occur. Certain menu items may vary from store to store and may not be available at all locations. Every order is made by hand especially for you by a pizza maker, not a machine. That means variations in nutritional content will occur. The ingredient listings are provided and reported by ingredient manufacturers. Domino's Pizza LLC, its franchisees and employees do not assume responsibility for a particular sensitivity or allergy to any food provided from our stores.

# PRODUCT INGREDIENTS

## TOPPINGS

**AMERICAN CHEESE:** CULTURED MILK AND SKIM MILK, WATER, CREAM, SODIUM CITRATE, SALT, SODIUM PHOSPHATE, SORBIC ACID (AS A PRESERVATIVE), CITRIC ACID, ACETIC ACID, ENZYMES, LECITHIN, ARTIFICIAL COLOR. **CONTAINS MILK.**

**ANCHOVIES:** ANCHOVIES, OLIVE OIL OR SOY OIL, SALT. **CONTAINS FISH, SOY.**

**BACON:** PORK, WATER, SALT, SUGAR, SMOKE FLAVORING, SODIUM PHOSPHATE, SODIUM ERYTHORBATE, SODIUM NITRITE.

**BANANA PEPPERS:** BANANA PEPPERS, WATER, VINEGAR, SALT, CALCIUM CHLORIDE, SODIUM METABISULFITE, SODIUM BENZOATE, TURMERIC, NATURAL AND ARTIFICIAL FLAVORS, POLYSORBATE 80, YELLOW #5.

**BEEF:** BEEF, WATER, SEASONING (SALT, SPICES, DISODIUM GUANYLATE, BHA, BHT, CITRIC ACID), AND SODIUM PHOSPHATE.

**CHEESE (CHEDDAR):** PASTEURIZED MILK, CHEESE CULTURE, SALT, ENZYMES, ANNATTO (VEGETABLE COLOR), POWDERED CELLULOSE ADDED TO PREVENT CAKING, NATAMYCIN (A NATURAL MOLD INHIBITOR). **CONTAINS MILK.**

**CHEESE (PIZZA):** MOZZARELLA CHEESE (PASTEURIZED MILK, CULTURES, SALT, ENZYMES), MODIFIED FOOD STARCH, CELLULOSE (ADDED TO PREVENT CAKING), NON-FAT MILK, WHEY PROTEIN CONCENTRATE, SODIUM CITRATE, FLAVORS, SODIUM PROPIONATE (ADDED AS A PRESERVATIVE). **CONTAINS MILK.**

**CHEESE (PROVOLONE):** PASTEURIZED MILK, CHEESE CULTURE, SALT, ENZYMES AND POWDERED CELLULOSE. **CONTAINS MILK.**

**CHICKEN (GRILLED):** CHICKEN BREAST WITH RIB MEAT, WATER, SEASONING (MALTODEXTRIN, FLAVOR, SALT, AUTOLYZED YEAST EXTRACT, BUTTERMILK POWDER, WHEY POWDER, CONTAINS LESS THAN 2% (CHICKEN BROTH, CHICKEN FAT, CHICKEN SKIN, DISODIUM GUANYLATE, DISODIUM INOSINATE, ENZYME MODIFIED BUTTERFAT, LACTIC ACID, MODIFIED CORNSTARCH, THIAMINE HYDROCHLORIDE)), MODIFIED FOOD STARCH, SOY PROTEIN CONCENTRATE, SODIUM PHOSPHATES, SALT. **CONTAINS SOY.**

**CRUST (DEEP DISH):** ENRICHED FLOUR (WHEAT FLOUR, NIACIN, REDUCED IRON, THIAMINE MONONITRATE, RIBOFLAVIN, FOLIC ACID), WATER, SALT, SUGAR, WHEY, MALTED BARLEY FLOUR, YEAST, STARCH, SOYBEAN OIL ZZESTY BLEND: BUTTER FLAVORED OIL [SHORTENING (LIQUID AND HYDROGENATED SOYBEAN OIL), SALT, FLAVOR (SOYBEAN OIL, NATURAL BUTTER FLAVOR, TURMERIC, ANNATTO, TOCOPHEROL), LACTIC ACID], IMITATION PARMESAN CHEESE [WATER, MODIFIED FOOD STARCH, CASEIN AND CASEINATE, PARTIALLY HYDROGENATED SOYBEAN OIL, CELLULOSE POWDER, SALT, SODIUM PHOSPATE, STABILIZERS (MONO AND DIGLYCERIDES, GUAR GUM, CARRAGEENAN), NATURAL FLAVOR, LACTIC ACID, SORBIC ACID (AS A PRESERVATIVE)], ONION AND GARLIC, SPICES, SALT, BUTTER FLAVOR (BUTTER BASE 20), TOMATO POWDER, LACTIC ACID, RED BELL PEPPER, CITRIC ACID, LEMON OIL, ORANGE OIL AND EXTRACTIVE OF PAPRIKA WITH NO GREATER THAN 2% SOYBEAN OIL ADDED TO PREVENT CAKING. **CONTAINS MILK, WHEAT, SOY.**

**CRUST (HAND TOSSED):** ENRICHED FLOUR (WHEAT FLOUR, IRON, THIAMINE MONONITRATE, NIACIN, RIBOFLAVIN, FOLIC ACID) WATER, OIL (SOYBEAN), SUGAR, SALT, YEAST, VITAL WHEAT GLUTEN, LESS THAN 1% DOUGH CONDITIONERS, ASCORBIC ACID, L-CYSTEINE, SODIUM STEAROYL LACTYLATE, WHEY, ENZYME, CORN MEAL. **CONTAINS MILK, SOY, WHEAT.**

**CRUST (THIN CRUST):** FLOUR (WHEAT, MALTED BARLEY), WATER, SOYBEAN OIL, YEAST, SALT, DEXTROSE, LEAVENING (SODIUM ACID PYROPHOSPHATE, SODIUM BICARBONATE, CORN STARCH, MONOCALCIUM PHOSPHATE), CALCIUM PROPIONATE (PRESERVATIVE). **CONTAINS SOY, WHEAT.**

**GARLIC:** MINCED GARLIC, FRESH, WATER, PHOSPHORIC ACID.

**GREEN CHILI PEPPERS:** GREEN CHILES.

**GREEN PEPPERS:** FRESH GREEN BELL PEPPERS.

**HAM:** PORK CURED WITH WATER, SALT, SODIUM PHOSPHATE, SUGAR, SODIUM ERYTHORBATE, SODIUM NITRITE.

**JALAPENO PEPPERS:** JALAPENO PEPPERS, WATER, VINEGAR, SALT, GARLIC POWDER, CALCIUM CHLORIDE, SODIUM BENZOATE, SPICES, NATURAL FLAVORS, POLYSORBATE 80.

**MUSHROOMS:** MUSHROOMS.

**OLIVES (BLACK):** SLICED RIPE OLIVES, WATER, SALT, FERROUS GLUCONATE.

**OLIVES (GREEN):** SLICED GREEN OLIVES, WATER, SALT, LACTIC ACID, CITRIC ACID.

**ONIONS:** YELLOW TO WHITE ONIONS.

**PEPPERONI:** PORK AND BEEF, SALT, SPICES, DEXTROSE, LACTIC ACID STARTER CULTURE, OLEORESIN OF PAPRIKA, FLAVORING, SODIUM NITRITE, BHA, BHT, CITRIC ACID.

**PHILLY MEAT:** BEEF, WATER, DEXTROSE, SALT, SODIUM PHOSPHATE, ONION AND GARLIC POWDER.

**RUBBED WITH:** WATER, SALT, DEHYDRATED ONION, BEEF FLAVOR (HYDROLYZED CORN, SOY, AND WHEAT PROTEIN (CONTAINS AUTOLYZED YEAST EXTRACT), SALT, MALTODEXTRIN, DEXTROSE, BEEF FAT FLAVOR, DISODIUM INOSINATE AND DISODIUM GUANYLATE, CARRAGEENAN, GRILL FLAVOR MALTODEXTRIN, SPICES, CARAMEL, XANTHAN GUM. **CONTAINS SOY, WHEAT.**

**PINEAPPLE:** PINEAPPLE, WATER, SUGAR.

**PIZZA SAUCE:** WATER, TOMATO PASTE, SALT, SUGAR, SPICE AND HERBS, GARLIC POWDER, CITRIC ACID.

**SAUSAGE:** PORK, SEASONING (SPICES, CORN SYRUP SOLIDS, SALT, PAPRIKA, GARLIC POWDER, CHILI PEPPER, DISODIUM INOSINATE, DISODIUM GUANYLATE, BHA, BHT, AND CITRIC ACID), WATER, SALT, SODIUM TRIPOLYPHOSPHATE.

**TOMATOES:** TOMATOES, TOMATO JUICE, SALT, CALCIUM CHLORIDE, CITRIC ACID.

## SIDE ITEMS

**BREADSTICKS:** ENRICHED FLOUR (WHEAT FLOUR, IRON, THIAMINE MONONITRATE, NIACIN, RIBOFLAVIN, FOLIC ACID) WATER, VEGETABLE OIL (SOYBEAN), SUGAR, SALT, YEAST, VITAL WHEAT GLUTEN, LESS THAN 1% DOUGH CONDITIONERS, ASCORBIC ACID, L-CYSTEINE, SODIUM STEAROYL LACTYLATE, WHEY, ENZYME, CORN MEAL, LIQUID AND HYDROGENATED SOYBEAN OIL, SALT, SOY LECITHIN, NATURAL & ARTIFICIAL FLAVOR, BETA CAROTENE (COLOR), TBHQ AND CITRIC ACID ADDED TO PROTECT FLAVOR, DIMETHYLPOLYSILOXANE, AN ANTI-FOAMING AGENT ADDED. PARTIALLY HYDROGENATED SOYBEAN AND COTTONSEED OIL, DEHYDRATED GARLIC, ROMANO CHEESE FROM COW'S MILK (CULTURED PASTEURIZED PART-SKIM MILK, SALT ENZYMES), SALT, MODIFIED FOOD STARCH, PARSLEY, NATURAL FLAVOR, YELLOW # 5 LAKE, SILICON DIOXIDE. **CONTAINS MILK, SOY, WHEAT.**

**BROWNIE SQUARES:** BROWNIE CUBES (SUGAR, EGGS, BLEACHED WHEAT FLOUR, COTTONSEED OIL, MARGARINE [LIQUID AND PARTIALLY HYDROGENATED SOYBEAN OIL, WATER, SALT, SOY LECITHIN, VEGETABLE MONO & DIGLYCERIDES, SODIUM PROPIONATE (PRESERVATIVE), CITRIC ACID, ARTIFICIAL FLAVOR, BETA CAROTENE COLOR, VITAMIN A PALMITATE], CHOCOLATE CHIPS [SUGAR, CHOCOLATE LIQUOR, COCOA BUTTER, SOYA LECITHIN, GROUND VANILLA BEANS], COCOA POWDER, BAKING POWDER [SODIUM ACID PYROPHOSPHATE, SODIUM BICARBONATE, CORN STARCH, MONOCALCIUM PHOSPHATE], VANILLA FLAVORING (NATURAL AND ARTIFICIAL FLAVOR, PROPYLENE GLYCOL, CORN SYRUP, WATER, ETHYL ALCOHOL, CARAMEL COLOR], SALT], VEGETABLE OIL (SOYBEAN AND/OR CANOLA), WHEAT FLOUR, WATER. CONTAINS 2% OR LESS OF ARTIFICIAL FLAVOR, COCOA, DRIED YEAST, EGG WHITES, LEAVENING (SODIUM BICARBONATE, SODIUM ALUMINUM PHOSPHATE, SODIUM ACID PYROPHOSPHATE, MONOCALCIUM PHOSPHATE), HYDROGENATED SOYBEAN OIL, SALT, SUGAR, SUNFLOWER OIL, POWDERED SUGAR (MODIFIED FOOD STARCH, SUGAR, SUCRALOSE). **CONTAINS EGGS, WHEAT, MILK, SOY.**

**CINNA STIX:** ENRICHED FLOUR (WHEAT FLOUR, IRON, THIAMINE MONONITRATE, NIACIN, RIBOFLAVIN, FOLIC ACID), WATER, SOYBEAN OIL, SUGAR, SALT, YEAST, VITAL WHEAT GLUTEN, LESS THAN 1% DOUGH CONDITIONERS, ASCORBIC ACID, L-CYSTEINE, SODIUM STEAROYL LACTYLATE, WHEY, ENZYME, CORN MEAL, PHASE OIL (LIQUID AND HYDROGENATED SOYBEAN OIL, SALT, SOY LECITHIN, NATURAL & ARTIFICIAL FLAVOR, BETA CAROTENE COLOR, TBHQ AND CITRIC ACID ADDED TO PROTECT FLAVOR, DIMETHYL POYSILOXANE, AN ANTI-FOAMING AGENT ADDED. SOYBEAN, CINNAMON SUGAR BLEND: GRANULATED SUGAR, GROUND CINNAMON, SOYBEAN OIL. **CONTAINS MILK, SOY, WHEAT.**

**BUFFALO CHICKEN KICKERS:** BUFFALO STYLE CHICKEN: BREAST MEAT WITH RIB MEAT, WATER, MODIFIED FOOD STARCH, SALT, SODIUM PHOSPHATE, SOY PROTEIN CONCENTRATE. BLEACHED WHEAT FLOUR, MODIFIED FOOD STARCH, SALT, SPICES, PARTIALLY HYDROGENATED SOYBEAN OIL, MALTODEXTRIN, ONION POWDER, PAPRIKA, DEXTROSE, CARAMEL COLOR, EXTRACTIVES OF PAPRIKA, MONOGLYCERIDES. WATER, WHEAT FLOUR, MODIFIED WHEAT STARCH, VINEGAR FLAVOR (SODIUM DIACETATE, CITRIC ACID, LACTOSE), HOT SAUCE (CAYENNE PEPPER, SALT, DISTILLED VINEGAR, CANOLA OIL, TOCOPHEROL, GARLIC POWDER], SALT, FLAVORING (AGED RED PEPPERS, DISTILLED VINEGAR, NATURAL FLAVORS), LIQUID SMOKE, SOYBEAN OIL, CONTAINS 2% OR LESS OF SODIUM BICARBONATE, SODIUM ACID PYROPHOSPHATE, SODIUM ALUMINUM PHOSPHATE, MONOCALCIUM PHOSPHATE), CITRIC ACID, GARLIC POWDER, SODIUM DIACETATE, XANTHAN GUM, YELLOW #5, RED #40, NATURAL AND ARTIFICIAL FLAVORS, COCONUT OIL TRIGLYCERIDES, PARTIALLY HYDROGENATED COTTONSEED AND SOYBEAN OIL. PREDUSTED WITH: BLEACHED WHEAT FLOUR, DRIED EGG WHITES, MODIFIED FOOD STARCH, PARTIALLY HYDROGENATED SOYBEAN OIL. BREADING SET IN VEGETABLE OIL. **CONTAINS EGG, MILK, SOY, WHEAT.**

**BARBEQUE BUFFALO WINGS:** CHICKEN WING SECTION, WATER, SALT, SEASONING BLEND (MALTODEXTRIN, SPICE EXTRACTIVES). SODIUM PHOSPHATES, MODIFIED TAPIOCA STARCH. DEXTROSE, NATURAL FLAVORING, VEGETABLE OIL. DOMINO'S CLASSIC BROWN BARBEQUE SAUCE: WATER, HIGH FRUCTOSE CORN SYRUP, TOMATO PASTE, MOLASSES, VINEGAR, SALT, CORY SYRUP SOLIDS, MODIFIED FOOD STARCH, CARAMEL COLOR, ROCHESTER SAUCE (DISTILLED VINEGAR, CORN SYRUP, WATER, SALT, GARLIC POWDER, SPICES, TAMARIND AND NATURAL FLAVORS), LIQUID SMOKE, SOYBEAN OIL, PAPRIKA, NATURAL FLAVORS, SPICES, SEASONINGS (SPICES, HYDROLYZED YEAST EXTRACT, CITRIC ACID, NATURAL FLAVORS, SPICE EXTRACTIVE), WHITE PEPPER, XANTHAN GUM, SODIUM BENZOATE (0.1% AS PRESERVATIVE), ONION POWDER, GARLIC POWDER, TURMERIC.

**FUDGE BROWNIE DIPPING SAUCE:** HIGH FRUCTOSE CORN SYRUP, CORN SYRUP (CONTAINS SULFITES), SWEETENED CONDENSED MILK (CONCENTRATED WHOLE MILK, SUGAR), ALKALIZED COCOA POWDER, WATER, MODIFIED CORN STARCH, CARAMEL COLOR, NATURAL AND ARTIFICIAL FLAVORS, SALT, POTASSIUM SORBATE (ADDED AS PRESERVATIVE). **CONTAINS MILK.**

**HOT BUFFALO WINGS:** CHICKEN WING SECTION, WATER, SALT, SEASONING BLEND (MALTODEXTRIN, SPICE EXTRACTIVES), SODIUM PHOSPHATES, MODIFIED TAPIOCA STARCH, DEXTROSE, NATURAL FLAVORING, VEGETABLE OIL WING SAUCE (MILD, HOT AND FIRE): AGED CAYENNE RED PEPPERS, VINEGAR, WATER, SALT, PARTIALLY HYDROGENATED SOYBEAN OIL, NATURAL AND ARTIFICIAL FLAVOR, XANTHAN

GUM, DATEM, SODIUM BENZOATE (PRESERVATIVE), OLEORESIN PAPRIKA, OLEORESIN CAPSICUM, PAPRIKA, MONO-AND DIGLYCERIDES, DEHYDRATED GARLIC, GUAR GUM. **CONTAINS SOY.**

**GARDEN SALAD:** ICEBERG LETTUCE, ROMAINE LETTUCE, GREEN LEAF, RADICCHIO AND ENDIVE, GRAPE TOMATOES, CHEDDAR CHEESE, SHREDDED PASTEURIZED MILK, CHEESE CULTURE, SALT, ENZYMES, ANNATTO (VEGETABLE COLOR), POWDERED CELLULOSE ADDED TO PREVENT CAKING, NATAMYCIN (A NATURAL MOLD INHIBITOR). **CONTAINS MILK.**

**GRILLED CHICKEN CAESAR SALAD:** EUROPEAN SALAD BLEND ICEBERG LETTUCE, ROMAINE LETTUCE, GREEN LEAF, RADICCHIO AND ENDIVE, GRAPE TOMATOES. CHICKEN: ROASTED CHICKEN BREAST MEAT WITH RIB MEAT, WATER, SEASONING [SALT, ONION POWDER, PAPRIKA, SPICES, MALTODEXTRIN, AUTOLYZED YEAST EXTRACT, CORN SYRUP SOLIDS, GARLIC POWDER, SAUTEME WINE SOLIDS (PREPARED WITH SULFUR DIOXIDE), SUGAR, SPICE EXTRACTS, PARTIALLY HYDROGENATED SOYBEAN AND/OR COTTONSEED OIL, TURMERIC EXTRACT AND LESS THAN 2% SILICON DIOXIDE], MODIFIED FOOD STARCH, SOY PROTEIN CONCENTRATE, SODIUM PHOSPHATES. PARMESAN CHEESE: (PASTEURIZED MILK, CHEESE CULTURES, SALT, ENZYMES), ASIAGO (PASTEURIZED MILK, CHEESE CULTURES, SALT, ENZYMES) ROMANO (PASTEURIZED MILK, CHEESE CULTURES, SALT, ENZYMES) POWDERED CELLULOSE ADDED TO PREVENT CAKING. **CONTAINS MILK, SOY.**

**BLUE CHEESE DIPPING CUPS:** SOYBEAN OIL, WATER, BLUE CHEESE (MILK, CHEESE CULTURES, SALT, ENZYMES), DISTILLED VINEGAR, HIGH FRUCTOSE CORN SYRUP, EGG YOLK, SALT, SOUR CREAM POWDER (CREAM, NONFAT MILK SOLIDS, LACTIC ACID, CITRIC ACID), POTASSIUM SORBATE, SODIUM BENZOATE, XANTHAN GUM, GUAR GUM, NATURAL FLAVORS, DEHYDRATED GARLIC. **CONTAINS EGG, MILK, SOY.**

**GARLIC DIPPING SAUCE:** PARTIALLY HYDROGENATED SOYBEAN OIL, SALT, SOY LECITHIN, BETA CAROTENE, NATURAL GARLIC FLAVOR, ARTIFICIAL FLAVOR. **CONTAINS SOY.**

**HOT DIPPING SAUCE:** AGED CAYENNE RED PEPPERS, DISTILLED VINEGAR, WATER, SALT, MODIFIED CORN STARCH, CARAMEL COLOR, GARLIC POWDER.

**MARINARA DIPPING SAUCE:** WATER, TOMATO PASTE, SUGAR, SALT, SPICES, DEHYDRATED GARLIC, XANTHAN GUM, POTASSIUM SORBATE, SODIUM BENZOATE, CITRIC ACID, ASCORBIC ACID, ERYTHORBIC ACID, NATURAL FLAVORS, MALTODEXTRIN, TAPIOCA STARCH.

**RANCH DIPPING CUPS:** SOYBEAN OIL, WATER, DISTILLED VINEGAR, CULTURED BUTTERMILK, HIGH FRUCTOSE CORN SYRUP, SALT, EGG YOLK, WHEY PROTEIN CONCENTRATE, MONOSODIUM GLUTAMATE, BUTTERMILK SOLIDS, XANTHAN GUM, GARLIC POWDER, NATURAL FLAVORS, DEHYDRATED ONION, POLYSORBATE 60, SODIUM BENZOATE, SPICES, DEHYDRATED GARLIC, LACTIC ACID, CALCIUM DISODIUM EDTA. **CONTAINS EGG, MILK, SOY.**

**SWEET ICING DIPPING CUPS:** SUGAR, WATER, PARTIALLY HYDROGENATED COCONUT OIL, DISTILLED VINEGAR, HIGH FRUCTOSE CORN SYRUP, SALT, EGG YOLK, WHEY PROTEIN CONCENTRATE, GARLIC JUICE, MONOSODIUM GLUTAMATE, SUGAR, WATER, NATURAL FLAVOR, XANTHAN GUM, POTASSIUM SORBATE, SODIUM DIOXIDE, POTASSIUM SORBATE ADDED AS PRESERVATIVE, CITRIC ACID, CORN STARCH.

**BLUE CHEESE DRESSING:** SOYBEAN OIL, WATER, BLUE CHEESE (MILK, CHEESE CULTURES, SALT, ENZYMES, CALCIUM CHLORIDE), DISTILLED VINEGAR, EGG YOLK, SUGAR, SALT, HIGH FRUCTOSE CORN SYRUP, XANTHAN GUM, SOUR CREAM POWDER (CREAM, NONFAT MILK SOLIDS, LACTIC ACID, CITRIC ACID), POTASSIUM SORBATE AND SODIUM BENZOATE ADDED AS PRESERVATIVES, NATURAL FLAVORS, DEHYDRATED GARLIC. **CONTAINS EGG, MILK, SOY.**

**BUTTERMILK RANCH DRESSING:** SOYBEAN OIL, WATER, CULTURED BUTTERMILK, DISTILLED VINEGAR, HIGH FRUCTOSE CORN SYRUP, SALT, EGG YOLK, WHEY PROTEIN CONCENTRATE, GARLIC JUICE, MONOSODIUM GLUTAMATE, SUGAR, WATER, NATURAL FLAVOR, XANTHAN GUM, POTASSIUM SORBATE, SODIUM BENZOATE (PRESERVATES), DEHYDRATED ONION, POLYSORBATE 60, LACTIC ACID, SPICE, PHOSPHORIC ACID, CALCIUM DISODIUM EDTA. **CONTAINS EGG, MILK, SOY.**

**CREAMY CAESAR DRESSING:** SOYBEAN OIL, WATER, CORN-CIDER VINEGAR, PARMESAN CHEESE (PART-SKIM MILK, CHEESE CULTURE, SALT, ENZYMES), EGG YOLK, SALT, SUGAR, SPICES (INCLUDING MUSTARD SEED), ANCHOVIES, CITRIC ACID, DEHYDRATED GARLIC, XANTHAN GUM, LEMON JUICE CONCENTRATE, MONOSODIUM GLUTAMATE, XANTHAN GUM, SOY FLOUR, MALTODEXTRIN, ONION, POLYSORBATE 60, SODIUM BENZOATE ADDED AS PRESERVATIVE, NATURAL FLAVORS, MOLASSES, CARAMEL COLOR, CALCIUM DISODIUM EDTA, TAMARIND, DISODIUM INOSINATE, DISODIUM GUANYLATE. **CONTAINS EGG, FISH, MILK, SOY.**

**GOLDEN ITALIAN DRESSING:** SOYBEAN OIL, WATER, DISTILLED VINEGAR, SUGAR, SALT, DEHYDRATED GARLIC, GARLIC JUICE, XANTHAN GUM, PROPYLENE GLYCOL ALGINATE, DEHYDRATED ONION, LEMON JUICE CONCENTRATE, DEHYDRATED BELL PEPPERS, SPICES, CALCIUM DISODIUM EDTA, YELLOW #5, YELLOW #6, RED #40. **CONTAINS SOY.**

**LIGHT ITALIAN DRESSING:** WATER, DISTILLED VINEGAR, SUGAR, SALT, SOYBEAN OIL, DEHYDRATED GARLIC, XANTHAN GUM, SODIUM BENZOATE, SPICES, DEHYDRATED ONION, DEHYDRATED RED BELL PEPPER, CALCIUM DISODIUM EDTA, YELLOW #5, YELLOW #6. **CONTAINS SOY.**

COMMON ALLERGENS ARE HIGHLIGHTED IN BOLD TYPE.

**NOTE:** Fresh vegetables (green peppers, onions, mushrooms) contain no preservatives or additives.