Trenton H. Norris (California State Bar No. 164781)
Sarah Esmaili (California State Bar No. 206053)
ARNOLD & PORTER LLP
90 New Montgomery Street, Suite 600
San Francisco, CA 94105
Telephone: (415) 356-3000
Facsimile: (415) 356-3099
Email: trent.norris@aporter.com
Email: sarah.esmaili@aporter.com

Peter L. Zimroth (*pro hac vice*)
Kent A. Yalowitz (*pro hac vice*)
Nancy G. Milburn (*pro hac vice*)
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 715-1000
Facsimile: (212) 715-1399
Email: peter.zimroth@aporter.com
Email: kent.yalowitz@aporter.com
Email: nancy.milburn@aporter.com

Attorneys for Plaintiff
CALIFORNIA RESTAURANT ASSOCIATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE COUNTY OF SANTA CLARA and THE SANTA CLARA COUNTY PUBLIC HEALTH DEPARTMENT,<br><br>　　　　　　　Defendants. | No. CV-08-03685 CW<br>(Related to No. CV-08-03247 CW)<br><br>**DECLARATION OF STEPHANIE QUIRANTES SUPPORT OF PLAINTIFF'S MOTION FOR DECLARATORY RELIEF AND A PRELIMINARY INJUNCTION**<br><br>Hearing Date:　August 28, 2008<br>Hearing Time:　2:00 p.m.<br>Courtroom:　　Courtroom 2, 4th Floor<br><br>　　The Honorable Claudia Wilken<br><br>Complaint filed: July 22, 2008<br>Notice of Removal filed: August 1, 2008 |

- 1 -

1  Trenton H. Norris (California State Bar No. 164781)
   Sarah Esmaili (California State Bar No. 206053)
2  ARNOLD & PORTER LLP
   90 New Montgomery Street, Suite 600
3  San Francisco, CA 94105
   Telephone: (415) 356-3000
4  Facsimile: (415) 356-3099
   Email: trent.norris@aporter.com
5  Email: sarah.esmaili@aporter.com

6  Peter L. Zimroth (*pro hac vice* admission pending)
   Kent A. Yalowitz (*pro hac vice* admission pending)
7  Nancy G. Milburn (*pro hac vice* admission pending)
   ARNOLD & PORTER LLP
8  399 Park Avenue
   New York, NY 10022
9  Telephone: (212) 715-1000
   Facsimile: (212) 715-1399
10 Email: peter.zimroth@aporter.com
   Email: kent.yalowitz@aporter.com
11 Email: nancy.milburn@aporter.com

12 Attorneys for Plaintiff
   CALIFORNIA RESTAURANT ASSOCIATION

13

14            **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

15                    **COUNTY OF SANTA CLARA**

16

17 CALIFORNIA RESTAURANT              ) Case No. 1-08-CV-117885
   ASSOCIATION,                       )
18                                    )
              Plaintiff,              ) **DECLARATION OF STEPHANIE**
19                                    ) **QUIRANTES IN SUPPORT OF**
        v.                            ) **PLAINTIFF'S MOTION FOR**
20                                    ) **DECLARATORY RELIEF AND A**
   THE COUNTY OF SANTA CLARA and      ) **PRELIMINARY INJUNCTION**
21 THE SANTA CLARA COUNTY PUBLIC      )
   HEALTH DEPARTMENT,                 ) Date:   August 15, 2008
22                                    ) Time:   9:00 a.m.
              Defendants.             ) Dept:   8
23                                    )
                                      )
24                                    ) Action filed:  July 22, 2008
                                      )
25                                    )

26

27

28

E-FILED
Jul 24, 2008 3:07 PM
David H. Yamasaki
Chief Executive Officer/Clerk
Superior Court of CA, County of Santa Clara
Case #1-08-CV-117885 Filing #G-9873
By M. Rosales, Deputy

E-FILED: Jul 24, 2008 3:07 PM, Superior Court of CA, County of Santa Clara, Case #1-08-CV-117885 Filing #G-9873

1    I, STEPHANIE QUIRANTES, declare:

2        1.    I provide this declaration in support of Plaintiff's Motion for Declaratory Relief and

3    a Preliminary Injunction. If called as a witness, I could and would competently testify to the

4    matters set out in this declaration.

5        2.    I am the Nutrition Manager for Burger King Corporation ("BKC"). I have served as

6    BKC Nutrition Manager for three months. I earned a Bachelors of Science in Dietetics and

7    Nutrition from Florida State University in 1992, and I earned a Masters of Science in Nutrition at

8    Florida International University in 2000. I have served as an adjunct professor at both Florida

9    International University and Miami Dade County Community College, where I taught various

10   nutrition-related classes. I have worked as a dietician and nutritionist in a number of clinical

11   settings. Most recently, before I took the position at BKC, I worked as a consultant in Nestle

12   USA's nutritional division. I am Registered Dietitian.

13       3.    As BKC's Nutrition Manager, I play an integral part in developing and implementing

14   BKC's nutrition strategy. I serve as a resource for the company product development teams,

15   suggesting ways to improve the nutrition content of particular foods and to ensure that the overall

16   menu we offer to customers has a better, more healthful nutritional profile. I am also responsible

17   for enhancing and improving BKC's nutrition information and education program to meet the needs

18   of our customers who are increasingly interested in dietary issues.

19   **BKC's Approach to Providing Nutrition Information**

20       4.    BKC has been providing nutrition information to customers for more than ten years.

21   Each year we have provided more extensive nutrition and health information to consumers. Two

22   facts support BKC's approach to providing nutrition information to consumers.

23       5.    First, to achieve a healthy diet, consumers must account for several nutritional

24   components while being physically active. While calories play an important role in weight

25   management, most nutritionists agree that overemphasis on one or a few nutrients is unlikely to help

26   consumers properly manage their diet or health. For instance, proper weight management requires

27   controlling both calories consumed and calories expended in physical activity. Many overweight or

28   obese individuals have more health concerns than just weight alone, such as diabetes, high blood

- 2 -

E-FILED: Jul 24, 2008 3:07 PM, Superior Court of CA, County of Santa Clara, Case #1-08-CV-117885 Filing #G-9873

1    pressure, and high cholesterol, all of which can play a role in the development of heart disease.

2    Therefore, BKC seeks to make nutritional information meaningful by placing it in the context of

3    customers' overall dietary needs. This approach is based on principles set forth in the 2005 U.S.

4    Dietary Guidelines, a joint publication of the Department of Health and Human Services and the

5    Department of Agriculture, which provides authoritative advice on proper dietary habits. A copy of

6    the U.S. 2005 Dietary Guidelines is attached to the separate volume entitled "Appendix" (which

7    accompanies this motion) at Tab A.

8        6.    Second, the International Food Information Council (IFIC) Foundation has

9    conducted two studies showing that there is a disconnect between consumers' general interest in

10   eating healthier foods and controlling their weight, on the one hand, and their state of knowledge

11   about the daily recommended intake of such nutrients, on the other hand. Researchers have found,

12   for example, that nearly ninety percent of those studied could not correctly estimate the

13   recommended number of calories per day for a person of their age and weight. *See* IFIC

14   Foundation Food and Health Survey: Consumer Attitudes toward Food, Nutrition and Health 2006

15   at 16-17 (copy attached to the Appendix at Tab B); IFIC Foundation 2007 Food and Health Survey:

16   Consumer Attitudes toward Food, Nutrition and Health at 9-10 (copy attached to the Appendix at

17   Tab C).

18       **BKC's Effort to Provide Nutrition Information to Customers**

19       7.    Recognizing these facts, BKC has taken several steps to provide consumers with

20   nutrition information and easy-to-use tools which enable them to use that information to manage

21   their daily dietary needs.

22       8.    First, BKC requires that each U.S. Burger King® restaurant post a comprehensive,

23   easy-to-use nutrition poster in a prominent place in the dining area, usually at the end of the queue

24   line. The nutrition poster, which is in full color and measures two feet by three feet, provides

25   extensive nutrition information for all of our core menu items, including: name of the item, portion

26   size (small, medium, large), serving size (in grams), calories, fat, saturated fat, trans fat, cholesterol,

27   sodium, carbohydrates, dietary fiber, sugars, and protein. To assist those customers who are

28   interested in more healthy options, the nutrition poster provides, for example, nutrition values of our

- 3 -

E-FILED: Jul 24, 2008 3:07 PM, Superior Court of CA, County of Santa Clara, Case #1-08-CV-117885 Filing #G-9873

1    *Whopper*® sandwiches both with and without mayonnaise, and of our salads with a choice of

2    dressing. The nutrition poster also lists the ingredients for each menu item for those customers with

3    food allergies.

4        9.    The nutrition poster contains a section entitled "What's Your Eating Strategy?"

5    subtitled "Stay calorie conscious and eat like a king!" in which we advise consumers on how to use

6    nutrient information to manage their caloric, fat and sodium intake, via the "Quick Nutrition

7    Guide." The recommendations are based on recognized authorities, such as the American Heart

8    Association and the 2005 U.S. Dietary Guidelines. The "What's Your Eating Strategy?" section

9    also suggests various menu ideas for main course, side and beverage menu items and offers tips to

10    consumers on Burger King® items that may be prepared in ways that lower their caloric and fat

11    content. The nutrition poster makes these numbers meaningful by anchoring them to the Present

12    Daily Values based on a 2000 calorie daily intake for these nutrients. The section reminds

13    customers to balance calorie intake with their level of physical activity in order to properly manage

14    their weight.

15        10.    Second, BKC's website at www.bk.com contains an extensive section on nutrition,

16    receiving an average of 76,866 visits per month. There, customers can access a variety of nutrition

17    information.

18        a.    Customers can download materials containing the nutrition profile of each of

19    BKC's core menu items, including calories, total fat, saturated fat, trans fat, cholesterol, sodium,

20    carbohydrates, fiber, sugars and protein. These nutrition materials are attached to this Declaration

21    as Exhibit A.

22        b.    Customers can use the interactive "Build A Meal" function where they plan a

23    meal and the website calculates the meal's nutrition content. The "Build A Meal" site receives

24    approximately 46,479 visitors a month.

25        c.    To give this information context, the website introduces several healthy

26    eating strategies in the "Tools to eat well!" section, a copy of which is attached to this Declaration

27    as Exhibit B. Here, we explain to customers the importance and ease of using MyPyramid.gov (the

28    Department of Agriculture's interactive internet tool which helps customers follow the 2005 U.S.

- 4 -

E-FILED: Jul 24, 2008 3:07 PM, Superior Court of CA, County of Santa Clara, Case #1-08-CV-117885 Filing #G-9873

1  Dietary Guidelines) to plan their diet. We also remind customers that the key to weight

2  management is maintaining an energy balance through caloric intake and physical exercise. We

3  further suggest that they visit the "Meal Planning" website sections for additional assistance.

4          d.    In the website's Meal Planning sections, we provide more detailed nutrition

5  planning assistance, depending on each customer's dietary need or interest in managing a particular

6  nutrient – either calories, fat or carbohydrates. "Watching Calories?" provides information on

7  Burger King® foods that fit into different calorie ranges; "Interested in Lowering the Fat?" gives

8  food choices under 20 grams of fat, and "Counting Carbs" gives food choices that are low in carbs.

9  Copies of these three sections are attached to this Declaration as Exhibit C. These Meal Planning

10 sections provide tips on how to reduce consumption of the particular nutrient and point to Burger

11 King® menu items consistent with this goal. In the "Eating Strategy" section (attached to this

12 Declaration as Exhibit D), we reinforce the "What's Your Eating Strategy?" information from the

13 in-store nutrition poster, providing customers with a short list of healthier menu items along with

14 their nutrition content and their Percentage Daily Values. This Eating Strategy section also

15 hyperlinks customers to MyPyramid.gov, the 2005 U.S. Dietary Guidelines, and additional federal

16 dietary guidelines for children. BKC is proud to be the first quick service restaurant that links

17 directly to the government's MyPyramid.gov site.

18      11.    Third, since March 2007, BKC has sponsored Healthy Dining Finder. Healthy

19 Dining Finder is a public interest group created by nutritionists and public health experts. With

20 partial funding by the Centers for Disease Control and Prevention, the group created a website

21 featuring participating restaurants' food items that meet the strict Healthy Dining criteria for

22 nutritious food. Through the Healthy Dining Finder website at healthydiningfinder.com, consumers

23 throughout the country can learn of the healthier food options available at nearby restaurants, along

24 with the food items' corresponding nutritional value. Currently, six of our menu items are listed on

25 the Healthy Dining Finder website. The nutrition section of our website provides a hyperlink to the

26 Healthy Dining Finder website. Our customers are using Healthy Dining Finder, with the Burger

27 King® section receiving 83,102 hits since March 2007. We expect this number to increase as more

28

- 5 -

DECLARATION OF STEPHANIE QUIRANTES IN SUPPORT OF PLAINTIFF'S MOTION FOR
DECLARATORY RELIEF AND A PRELIMINARY INJUNCTION

E-FILED: Jul 24, 2008 3:07 PM, Superior Court of CA, County of Santa Clara, Case #1-08-CV-117885 Filing #G-9873

1  consumers become aware of the service. All Burger King® restaurants have received decals to

2  display in their windows that Burger King® restaurants participate in Healthy Dining Finder.

3      12.    Fourth, many Burger King® restaurants have available for consumers brochures

4  which provide comprehensive information about the nutritional values of our menu items.

5  Consumers can take the brochures home with them and refer to them as needed. Starting in August

6  2008, our restaurants will be required to have these brochures available. A current brochure is

7  attached to this Declaration as Exhibit E.

8      13.    Fifth, BKC is providing tray liners containing the U.S.D.A.'s MyPyramid nutrition

9  information and messages directed to children regarding good nutrition. We also suggest on the

10 tray liners that customers visit our website to customize their menu choices through the "Build A

11 Meal" function.

12     14.    Finally, BKC offers customers more nutritious menu options. On its value meals

13 (which are numbered combinations of main course, side dish and beverage and can be ordered by

14 number), customers can, in many U.S. markets, replace French Fries with a side salad at no

15 additional cost. For children's value meals, we offer a side of "Apple Fries" (fresh apple slices cut

16 in the shape of a French fry) instead of French Fries, and milk or apple juice instead of soft drinks.

17 Currently, we are offering a new children's meal which meets our strict nutrition criteria we

18 developed for the Children's Food and Beverage Advertising Initiative in September 2007. We also

19 offer customers the *BK Veggie® Burger* and meal size *Tendergrill*™ Chicken Salads. Customers

20 may order a lower fat version of our *Whopper®* sandwich which omits the mayonnaise. Our poster

21 specifically points out to customers the amount of calories and fat that can be saved by ordering

22 many sandwiches without mayonnaise.

23 **Objections to Ordinance NS-300.793**

24     15.    BKC strongly disagrees with Santa Clara County's Ordinance NS-300.793 (the

25 "Ordinance") which requires us to isolate and post calorie information on menu boards in our

26 restaurants. As most nutritionists know, overemphasis on any one nutrient such as calories can

27 interfere with consumers obtaining a healthy, varied diet. Rather, BKC believes that *nutrition*

28 information must be provided within the broader context of what it means to have a healthy diet,

- 6 -

E-FILED: Jul 24, 2008 3:07 PM, Superior Court of CA, County of Santa Clara, Case #1-08-CV-117885 Filing #G-9873

1  with an emphasis on consumers acquiring an energy balance while moderating intake of nutrients

2  such as sodium, fats, trans fats and cholesterol. This holistic approach, well-established among

3  nutrition experts, is a main focus of the 2005 U.S. Dietary Guidelines. It also guides how BKC and

4  Burger King® restaurants currently provide nutrition information to customers.

5      16.    While calories are important, BKC disagrees with the message that the Santa Clara

6  County Ordinance requires us to communicate to our customers. Limiting the information on menu

7  boards to a single nutrient as a guideline to the healthfulness of a particular food can be misleading

8  and can cause consumers to make the wrong food choice for themselves. Some higher calorie food

9  items have higher nutritional value than some lower calorie foods (e.g.,100% fruit juice or 1% low

10  fat milk vs. diet soda). People need to consume a range of nutrients each day in order to achieve a

11  healthy and balanced diet. Some low calorie foods have lower nutritional value than other foods

12  with higher calories. By focusing solely on calories on the menu boards, the Ordinance can cause

13  consumers to select foods that are of lower nutritional value. Consumers need a complete

14  nutritional profile for food items in order to make the best selection.

15      17.    Different consumers have different health and dietary needs. For example,

16  consumers who are diabetic need to limit their carbohydrate intake. Focusing their attention

17  exclusively on calories at the point of purchase – as Santa Clara County's Ordinance would require

18  Burger King® restaurants to do – could lead them to make a food choice that is wrong for them

19  because it could lead them to select a food based on calorie count, rather than on carbohydrate

20  count, which is the main nutrient that should be of concern to them.

21      18.    Emphasizing the calorie count of foods alone and in isolation on the menu boards

22  will undermine our carefully developed program to communicate nutrition information to our

23  customers. Listing the calories on the menu boards will detract attention from the means of

24  communication BKC has chosen to convey its nutritional message. If consumers in our restaurants

25  see only a single number for calories next to a menu item on the menu board, they will read that

26  number and will pay less attention -- or no attention at all -- to the nutrition posters which list

27  comprehensive nutrition information for each menu item. Customers will attribute to BKC the

28  message that calories are the most important nutrient and that a single calorie number is all they

- 7 -

E-FILED: Jul 24, 2008 3:07 PM, Superior Court of CA, County of Santa Clara, Case #1-08-CV-117885 Filing #G-9873

1    *need to know.* While this may be Santa Clara County's desired message, it is not the message that

2    BKC wants to convey or with which it agrees. It is an oversimplified message, and one that does

3    not have any sound scientific basis. Given the severe space limitations on menu boards, restaurants

4    cannot feasibly include additional nutritional information (in addition to calories) on its menu

5    boards in an effort to provide a more balanced and complete nutritional message to customers.

6    While the Ordinance does not expressly preclude restaurants from posting additional nutritional

7    information besides calories, on its menu boards, doing so would further increase menu board

8    clutter and customer confusion, and possibly result in a loss of business.

9        19.    In conclusion, BKC strongly opposes the Santa Clara County Ordinance. We think

10   its requirements for menu boards overemphasize the significance of calories in achieving a healthy

11   and balanced diet. We do not agree with the message it will force us to send to our customers. We

12   believe it will undermine the nutritional message that we have carefully developed and chosen to

13   send to our customers.

14       20.    Attached to this Declaration as Exhibit F is a copy of Burger King Corporation's

15   nutrition poster.

16       I declare under penalty of perjury of the laws of the State of California and the United States

17   that the foregoing is true and correct.

18       Executed on July 15, 2008 at 4:00 pm

19

20                                                   Stephanie Quirantes

21

22

23

24

25

26

27

28

- 8 -

# EXHIBIT A

# U.S. Nutritional Information

Excluding Richmond, VA, Charlotte, NC, Sacramento, CA, Kansas City, KS, Kansas City, MO Restaurants

## Core Menu Items July 2008

| | Calories | Total fat (g) | Saturated Fat (g) | Trans Fat (g) | Chol (mg) | Sodium (mg) | Total Carb (g) | Dietary Fiber (g) | Total Sugar (g) | Protein (g) | Svg Size (g) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **WHOPPER® Sandwiches** | | | | | | | | | | | |
| WHOPPER® Sandwich | 680 | 40 | 11 | 1.5 | 75 | 1020 | 51 | 3 | 11 | 29 | 290 |
| w/o Mayo | 520 | 23 | 9 | 1 | 65 | 880 | 51 | 3 | 11 | 28 | 269 |
| WHOPPER® Sandwich with Cheese | 770 | 48 | 16 | 1.5 | 100 | 1450 | 52 | 3 | 11 | 33 | 315 |
| w/o Mayo | 610 | 30 | 14 | 1.5 | 85 | 1310 | 52 | 3 | 11 | 33 | 294 |
| DOUBLE WHOPPER® Sandwich | 920 | 58 | 19 | 2.5 | 130 | 1100 | 51 | 3 | 11 | 48 | 373 |
| w/o Mayo | 760 | 41 | 16 | 2 | 130 | 960 | 51 | 3 | 11 | 48 | 352 |
| DOUBLE WHOPPER® Sandwich with Cheese | 1010 | 66 | 24 | 2.5 | 160 | 1530 | 52 | 3 | 11 | 53 | 398 |
| w/o Mayo | 850 | 48 | 21 | 2.5 | 150 | 1390 | 52 | 3 | 11 | 53 | 376 |
| TRIPLE WHOPPER® Sandwich | 1160 | 76 | 27 | 3 | 205 | 1170 | 51 | 3 | 11 | 68 | 456 |
| w/o Mayo | 1000 | 59 | 24 | 3 | 190 | 1030 | 51 | 3 | 11 | 68 | 434 |
| TRIPLE WHOPPER® Sandwich With Cheese | 1250 | 84 | 32 | 3.5 | 225 | 1600 | 52 | 3 | 11 | 73 | 480 |
| w/o Mayo | 1090 | 66 | 29 | 3 | 215 | 1460 | 52 | 3 | 11 | 73 | 459 |
| WHOPPER JR.® Sandwich | 370 | 21 | 6 | 0.5 | 40 | 570 | 31 | 2 | 6 | 16 | 158 |
| WHOPPER JR.® Sandwich w/o Mayo | 290 | 12 | 4.5 | 0.5 | 35 | 500 | 31 | 2 | 6 | 16 | 147 |
| WHOPPER JR.® Sandwich with Cheese | 420 | 25 | 8 | 1 | 50 | 780 | 32 | 2 | 6 | 18 | 170 |
| w/o Mayo | 340 | 16 | 7 | 0.5 | 45 | 710 | 31 | 2 | 6 | 18 | 149 |
| Bacon (1 Strip) | 15 | 1 | 0 | 0 | 5 | 50 | 0 | 0 | 0 | 1 | 2.5 |
| | Calories | Total fat (g) | Saturated Fat (g) | Trans Fat (g) | Chol (mg) | Sodium (mg) | Total Carb (g) | Dietary Fiber(g) | Total Sugar(g) | Protein (g) | Svg Size(g) |
| **Flame-Broiled Burgers** | | | | | | | | | | | |
| Hamburger | 290 | 12 | 4.5 | 0.5 | 35 | 560 | 30 | 1 | 6 | 15 | 121 |
| Cheeseburger | 340 | 16 | 7 | 0.5 | 45 | 780 | 31 | 1 | 6 | 18 | 133 |
| Double Hamburger | 420 | 22 | 9 | 1 | 65 | 600 | 30 | 1 | 6 | 26 | 164 |
| Double Cheeseburger | 510 | 29 | 14 | 1.5 | 90 | 1030 | 31 | 1 | 6 | 30 | 189 |
| BK™ Double Stacker | 620 | 39 | 16 | 1.5 | 105 | 1100 | 32 | 1 | 5 | 34 | 190 |
| BK™ Triple Stacker | 820 | 55 | 23 | 2 | 160 | 1450 | 33 | 1 | 5 | 49 | 250 |
| BK™ Quad Stacker | 1010 | 70 | 30 | 2 | 210 | 1800 | 34 | 1 | 5 | 64 | 311 |
| Steakhouse Burger | 950 | 59 | 21 | 2 | 140 | 1950 | 55 | 4 | 12 | 40 | 329 |
| Loaded Steakhouse Burger | 970 | 55 | 22 | 2 | 155 | 2190 | 63 | 5 | 12 | 46 | 339 |

TM © 2008 Burger King Brands, Inc. (USA only).
TM © 2008 Burger King Corporation (Outside USA). All rights reserved.

| | | Calories | Total fat (g) | Saturated Fat(g) | Trans Fat (g) | Chol (mg) | Sodium (mg) | Total Carb(g) | Dietary Fiber (g) | Total Sugar (g) | Protein (g) | Svg Size(g) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Chicken, Fish, Veggie & Kids** | | | | | | | | | | | | |
| TENDERGRILL® Chicken Sandwich (with Mayo) | | 490 | 21 | 4 | 0 | 55 | 1250 | 51 | 3 | 7 | 26 | 256 |
| | w/o Mayo | 390 | 9 | 2 | 0 | 50 | 1160 | 51 | 3 | 7 | 26 | 242 |
| TENDERCRISP® Chicken Sandwich (with Mayo) | | 780 | 43 | 8 | 4 | 75 | 1590 | 67 | 3 | 8 | 33 | 284 |
| | w/o Mayo | 570 | 20 | 4.5 | 3.5 | 60 | 1400 | 67 | 3 | 3 | 33 | 256 |
| Original Chicken Sandwich | | 650 | 38 | 7 | 2.5 | 55 | 1190 | 48 | 2 | 4 | 27 | 219 |
| | w/o Mayo | 430 | 15 | 3.5 | 2.5 | 55 | 1010 | 48 | 2 | 4 | 26 | 190 |
| Spicy CHICK'N CRISP™ Sandwich | | 480 | 30 | 6 | 2 | 45 | 850 | 30 | 2 | 4 | 22 | 144 |
| | w/o Mayo | 320 | 13 | 3 | 1.5 | 35 | 710 | 30 | 2 | 4 | 21 | 122 |
| CHICKEN TENDERS® Kid's Meal (4 pc) | | 190 | 11 | 3 | 1.5 | 25 | 440 | 9 | 0 | 0 | 12 | 62 |
| CHICKEN TENDERS® (5 pc) | | 230 | 14 | 3.5 | 1.5 | 35 | 540 | 11 | 1 | 0 | 15 | 77 |
| CHICKEN TENDERS® Big Kid's Meal (6 pc) | | 280 | 17 | 4 | 2.5 | 40 | 650 | 13 | 1 | 1 | 18 | 92 |
| CHICKEN TENDERS® (8 pc) | | 370 | 23 | 6 | 3.5 | 55 | 870 | 18 | 1 | 1 | 24 | 123 |
| KRAFT® Macaroni and Cheese | | 180 | 7 | 2 | 0 | 15 | 460 | 22 | 1 | 7 | 7 | 113 |
| Barbecue Dipping Sauce (1 oz) | | 40 | 0 | 0 | 0 | 0 | 310 | 11 | 0 | 10 | 0 | 28 |
| Honey Mustard Dipping Sauce (1 oz) | | 90 | 6 | 1 | 0 | 10 | 180 | 8 | 0 | 7 | 0 | 28 |
| Sweet and Sour Dipping Sauce (1 oz) | | 45 | 0 | 0 | 0 | 0 | 55 | 11 | 0 | 10 | 0 | 28 |
| Ranch Dipping Sauce (1 oz) | | 140 | 15 | 2.5 | 0 | 5 | 95 | 1 | 0 | 1 | 1 | 28 |
| BK™ CHICKEN FRIES (6 pc) | | 270 | 16 | 3.5 | 3 | 30 | 760 | 17 | 1 | 1 | 14 | 85 |
| BK™ CHICKEN FRIES (9 pc) | | 400 | 24 | 6 | 4.5 | 45 | 1130 | 25 | 1 | 1 | 20 | 128 |
| BK™ CHICKEN FRIES (12 pc) | | 530 | 32 | 7 | 6 | 55 | 1510 | 33 | 2 | 1 | 27 | 170 |
| Buffalo Dipping Sauce (1 oz) | | 80 | 8 | 1.5 | 0 | 5 | 360 | 2 | 0 | 1 | 0 | 28 |
| BK BIG FISH® Sandwich | | 640 | 32 | 6 | 2.5 | 65 | 1450 | 67 | 3 | 9 | 24 | 249 |
| | w/o Tartar Sauce | 470 | 13 | 3 | 2 | 50 | 1230 | 65 | 3 | 7 | 23 | 220 |
| BK VEGGIE® Burger | | 420 | 16 | 2.5 | 0 | 5 | 1100 | 46 | 7 | 8 | 23 | 215 |
| | w/ Cheese | 470 | 20 | 5 | 0 | 20 | 1320 | 47 | 7 | 9 | 25 | 228 |
| | w/o Mayo | 340 | 8 | 1 | 0 | 0 | 1030 | 46 | 7 | 8 | 23 | 205 |
| **Side Orders** | | Calories | Total fat (g) | Saturated Fat(g) | Trans Fat (g) | Chol (mg) | Sodium (mg) | Total Carb(g) | Dietary Fiber (g) | Total Sugar (g) | Protein (g) | Svg Size (g) |
| BK™ Fresh Apple Fries | | 25 | 0 | 0 | 0 | 0 | 0 | 6 | 1 | 5 | 0 | 57 |
| Caramel Sauce | | 35 | 0 | 0 | 0 | 0 | 25 | 9 | 0 | 5 | 0 | 14 |
| Onion Rings - Small | | 140 | 7 | 1.5 | 1 | 0 | 210 | 18 | 2 | 2 | 2 | 43 |
| Onion Rings - Medium | | 310 | 15 | 3.5 | 2.5 | 0 | 440 | 37 | 3 | 4 | 4 | 91 |
| Onion Rings - Large | | 440 | 22 | 4.5 | 4 | 0 | 620 | 53 | 5 | 6 | 6 | 130 |
| Onion Rings - King | | 500 | 25 | 5 | 4.5 | 0 | 720 | 62 | 5 | 7 | 7 | 150 |
| Zesty Onion Ring Dipping Sauce (1 oz) | | 150 | 15 | 2.5 | 0 | 15 | 210 | 3 | <1 | 2 | 0 | 28 |
| CHEESY TOTS™ Potatoes - (6 pc) | | 210 | 12 | 4.5 | 2 | 20 | 650 | 20 | 2 | 1 | 7 | 77 |
| CHEESY TOTS™ Potatoes - (9 pc) | | 320 | 18 | 7 | 3 | 30 | 970 | 30 | 2 | 2 | 10 | 115 |
| CHEESY TOTS™ Potatoes - (12 pc) | | 430 | 24 | 9 | 4 | 40 | 1300 | 40 | 3 | 2 | 14 | 153 |
| French Fries - Small (Salted) | | 230 | 13 | 3 | 3 | 0 | 380 | 26 | 3 | 1 | 2 | 74 |
| French Fries - Medium (Salted) | | 360 | 20 | 4.5 | 4.5 | 0 | 590 | 41 | 4 | 1 | 4 | 116 |
| French Fries - Large (Salted) | | 500 | 28 | 6 | 6 | 0 | 820 | 57 | 5 | 1 | 5 | 160 |
| French Fries - King (Salted) | | 600 | 33 | 8 | 7 | 0 | 990 | 69 | 6 | 2 | 6 | 194 |
| French Fries - Small (Salt not added)* | | 230 | 13 | 3 | 3 | 0 | 240 | 26 | 2 | 1 | 2 | 74 |

Nutritional - Web

TM © 2008 Burger King Brands, Inc. (USA only).
TM © 2008 Burger King Corporation (Outside USA).  All rights reserved.

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| French Fries - Medium (Salt not added)* | 360 | 20 | 4.5 | 4.5 | 0 | 380 | 41 | 4 | 1 | 4 | 116 |
| French Fries - Large (Salt not added)* | 500 | 28 | 6 | 6 | 0 | 530 | 57 | 5 | 1 | 5 | 160 |
| French Fries - King (Salt not added)* | 600 | 33 | 8 | 7 | 0 | 640 | 69 | 6 | 2 | 6 | 194 |

Nutritional - Web

TM © 2008 Burger King Brands, Inc. (USA only).
TM © 2008 Burger King Corporation (Outside USA). All rights reserved.

| | Calories | Total fat (g) | Saturated Fat(g) | Trans Fat (g) | Chol (mg) | Sodium (mg) | Total Carb (g) | Dietary Fiber (g) | Total Sugar (g) | Protein (g) | Svg Size (g) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Salads** (w/out dressing or garlic parmesan croutons) | | | | | | | | | | | |
| Side Garden Salad | 15 | 0 | | | 0 | | 3 | 1 | 1 | 1 | 98 |
| TENDERGRILL™ Chicken Garden Salad | 220 | 10 | 4 | 0 | 60 | 790 | 11 | 3 | 3 | 23 | 292 |
| TENDERCRISP® Chicken Garden Salad | 400 | 21 | 6 | 3.5 | 70 | 1030 | 27 | 4 | 5 | 30 | 306 |
| Garden Salad (no chicken) | 90 | 5 | 2.5 | 0 | 15 | 125 | 7 | 3 | 3 | 5 | 184 |
| **Salad Dressings & Toppings & Condiments** | | | | | | | | | | | |
| KEN'S® Light Italian Dressing (2 oz) | 120 | 11 | 1.5 | 0 | 0 | 440 | 5 | 0 | 4 | 0 | 57 |
| KEN'S® Ranch Dressing (2 oz) | 190 | 20 | 3 | 0 | 20 | 560 | 2 | 0 | 1 | 1 | 57 |
| KEN'S® Creamy Caesar Dressing (2 oz) | 210 | 21 | 4 | 0 | 25 | 610 | 4 | 0 | 3 | 3 | 57 |
| KEN'S® Honey Mustard Dressing (2 oz) | 270 | 23 | 3 | 0 | 20 | 510 | 15 | 0 | 14 | 1 | 57 |
| KEN'S® Fat Free Ranch Dressing (2 oz) (Restaurant Option) | 60 | 0 | 0 | 0 | 0 | 740 | 15 | 2 | 5 | 0 | 57 |
| Garlic Parmesan Croutons | 60 | 2 | 0 | 0 | 0 | 120 | 9 | 0 | 1 | 1 | 14 |
| Ketchup (Packet) | 10 | 0 | 0 | 0 | 0 | 125 | 3 | 0 | 2 | 0 | 10 |
| Mayonnaise (Packet) | 80 | 9 | 0.5 | 0 | 10 | 75 | 1 | 0 | 0 | 0 | 12 |
| **Desserts** | | | | | | | | | | | |
| Dutch Apple Pie | 320 | 12 | 5 | 0 | 0 | 290 | 47 | 1 | 23 | 2 | 107 |
| HERSHEY'S® Sundae Pie | 310 | 19 | 12 | 0 | 10 | 220 | 32 | 1 | 22 | 3 | 79 |
| **Breakfast** | | | | | | | | | | | |
| CROISSAN'WICH® Egg & Cheese | 300 | 17 | 6 | 2 | 145 | 740 | 26 | <1 | 5 | 12 | 115 |
| CROISSAN'WICH® Sausage & Cheese | 370 | 25 | 9 | 2 | 50 | 810 | 23 | <1 | 4 | 14 | 106 |
| CROISSAN'WICH® Sausage, Egg & Cheese | 470 | 32 | 11 | 2.5 | 180 | 1060 | 26 | <1 | 5 | 19 | 159 |
| CROISSAN'WICH® Ham, Egg & Cheese | 340 | 18 | 6 | 2 | 160 | 1230 | 26 | 1 | 6 | 18 | 149 |
| CROISSAN'WICH® Bacon, Egg & Cheese | 340 | 20 | 7 | 2 | 155 | 890 | 26 | <1 | 5 | 15 | 122 |
| DOUBLE CROISSAN'WICH™ w/ Sausage, Egg, & Cheese | 680 | 51 | 18 | 3 | 220 | 1590 | 26 | <1 | 6 | 29 | 215 |
| DOUBLE CROISSAN'WICH™ w/ Bacon, Egg, & Cheese | 430 | 27 | 10 | 2 | 175 | 1250 | 27 | <1 | 6 | 21 | 142 |
| DOUBLE CROISSAN'WICH™ w/ Ham, Egg, & Cheese | 420 | 23 | 9 | 2 | 185 | 2210 | 27 | 1 | 7 | 27 | 196 |
| DOUBLE CROISSAN'WICH™ w/ Sausage, Bacon, Egg, & Cheese | 550 | 39 | 14 | 2.5 | 200 | 1420 | 27 | 1 | 6 | 25 | 179 |
| DOUBLE CROISSAN'WICH™ w/ Ham, Bacon, Egg, & Cheese | 420 | 24 | 9 | 2 | 180 | 1600 | 27 | 1 | 7 | 24 | 169 |
| DOUBLE CROISSAN'WICH™ w/ Ham, Sausage, Egg, & Cheese | 550 | 37 | 14 | 2.5 | 205 | 2040 | 27 | 1 | 6 | 28 | 206 |
| Cheesy Bacon BK™ WRAPPER | 390 | 24 | 8 | 1.5 | 150 | 1080 | 29 | 1 | 6 | 14 | 137 |
| Enormous Omelet Sandwich | 730 | 45 | 16 | 1 | 330 | 1940 | 44 | 2 | 8 | 37 | 266 |
| Ham Omelet Sandwich | 290 | 13 | 4.5 | 0 | 85 | 870 | 33 | 1 | 8 | 13 | 118 |
| Sausage Biscuit | 390 | 26 | 8 | 5 | 35 | 1020 | 28 | 1 | 2 | 12 | 118 |
| Ham, Egg, & Cheese Biscuit | 390 | 22 | 7 | 5 | 145 | 1410 | 31 | 1 | 4 | 16 | 156 |
| Sausage, Egg, & Cheese Biscuit | 530 | 37 | 12 | 6 | 175 | 1490 | 31 | 1 | 4 | 20 | 183 |
| Bacon, Egg & Cheese Biscuit | 410 | 25 | 8 | 5 | 150 | 1320 | 31 | 1 | 4 | 16 | 146 |
| Hash Browns - Small | 260 | 17 | 4.5 | 5 | 0 | 500 | 25 | 2 | 0 | 2 | 84 |
| Hash Browns - Medium | 430 | 28 | 8 | 9 | 0 | 830 | 42 | 4 | 0 | 4 | 140 |

TM © 2008 Burger King Brands, Inc. (USA only).
TM © 2008 Burger King Corporation (Outside USA). All rights reserved.

| | Calories | Total fat (g) | Saturated Fat (g) | Trans Fat (g) | Chol (mg) | Sodium (mg) | Total Carb (g) | Dietary Fiber (g) | Total Sugar (g) | Protein (g) | Svg Size (g) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hash Browns - Large | 620 | 40 | 11 | 13 | 0 | 1200 | 60 | 6 | 1 | 5 | 202 |
| CHEESY TOTS™ Potatoes - See Side Orders | | | | | | | | | | | |
| Cini-minis (4 minis) | 390 | 18 | 5 | 4 | 20 | 560 | 51 | 2 | 19 | 7 | 108 |
| Vanilla Icing (for Cini-minis) | 110 | 3 | 0.5 | 0.5 | 0 | 40 | 21 | 0 | 20 | 0 | 28 |
| French Toast Sticks (3 piece) | 240 | 13 | 3 | 2 | 0 | 260 | 26 | 1 | 6 | 4 | 65 |
| French Toast Sticks (5 piece) | 390 | 22 | 4.5 | 3 | 0 | 440 | 43 | 1 | 9 | 7 | 109 |
| Strawberry or Grape Jam | 30 | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 6 | 0 | 12 |
| Breakfast Syrup | 80 | 0 | 0 | 0 | 0 | 20 | 21 | 0 | 14 | 15 | 28 |
| **Shakes, Milk, & Iced Coffee** | | | | | | | | | | | |
| Mocha BK JOE® Iced Coffee | 380 | 10 | 6 | 0 | 40 | 290 | 66 | 1 | 63 | 6 | 452 |
| HERSHEY®'S 1% Low Fat Milk (8 fl oz) | 110 | 2.5 | 1.5 | 0 | 10 | 130 | 13 | 0 | 12 | 8 | 244 |
| HERSHEY®'S 1% Low Fat Chocolate Milk (8 fl oz) | 180 | 2.5 | 1.5 | 0 | 15 | 140 | 31 | 1 | 29 | 9 | 250 |
| Vanilla Milk Shake - Value (12 fl oz) | 310 | 11 | 7 | 0 | 45 | 180 | 44 | 0 | 43 | 6 | 228 |
| Vanilla Milk Shake - Small (16 fl oz) | 400 | 15 | 9 | 0 | 60 | 240 | 57 | 0 | 55 | 8 | 296 |
| Vanilla Milk Shake - Medium (22 fl oz) | 560 | 21 | 13 | 0.5 | 85 | 330 | 79 | 0 | 77 | 11 | 412 |
| Vanilla Milk Shake - Large (32 fl oz) | 820 | 30 | 19 | 1 | 125 | 490 | 117 | <1 | 114 | 16 | 608 |
| Chocolate Milk Shake - Value (12 fl oz) | 370 | 11 | 7 | 0 | 40 | 260 | 61 | 1 | 59 | 6 | 245 |
| Chocolate Milk Shake - Small (16 fl oz) | 470 | 14 | 9 | 0 | 55 | 320 | 75 | 1 | 72 | 8 | 315 |
| Chocolate Milk Shake - Medium (22 fl oz) | 690 | 20 | 12 | 0 | 75 | 480 | 114 | 2 | 110 | 11 | 447 |
| Chocolate Milk Shake - Large (32 fl oz) | 950 | 29 | 19 | 0.5 | 115 | 640 | 151 | 2 | 146 | 16 | 640 |
| Strawberry Milk Shake - Value (12 fl oz) | 360 | 10 | 7 | 0 | 40 | 180 | 60 | 0 | 58 | 6 | 244 |
| Strawberry Milk Shake - Small (16 fl oz) | 460 | 14 | 9 | 0 | 55 | 240 | 73 | 0 | 71 | 7 | 314 |
| Strawberry Milk Shake - Medium (22 fl oz) | 660 | 19 | 12 | 0 | 75 | 330 | 111 | 0 | 109 | 10 | 444 |
| Strawberry Milk Shake - Large (32 fl oz) | 930 | 28 | 18 | 0.5 | 115 | 490 | 148 | <1 | 145 | 15 | 637 |
| OREO® BK™ Sundae Shake - Vanilla - Small (16 fl oz) | 610 | 24 | 16 | 0.5 | 60 | 400 | 87 | 1 | 78 | 9 | 351 |
| OREO® BK™ Sundae Shake - Vanilla - Medium (22 fl oz) | 830 | 33 | 20 | 1 | 85 | 570 | 119 | 2 | 105 | 13 | 479 |
| OREO® BK™ Sundae Shake - Chocolate - Small (16 fl oz) | 680 | 24 | 15 | 0.5 | 55 | 480 | 105 | 2 | 95 | 9 | 369 |
| OREO® BK™ Sundae Shake - Chocolate - Medium (22 fl oz) | 960 | 32 | 20 | 0.5 | 75 | 720 | 154 | 3 | 138 | 13 | 515 |
| OREO® BK™ Sundae Shake - Strawberry - Small (16 fl oz) | 660 | 23 | 15 | 0.5 | 55 | 380 | 103 | 1 | 94 | 9 | 367 |
| OREO® BK™ Sundae Shake - Strawberry - Medium (22 fl oz) | 940 | 31 | 19 | 0.5 | 75 | 550 | 151 | 2 | 136 | 12 | 512 |

Footnote for BK VEGGIE® Burger**: "Burger King Corporation makes no claim that the BK VEGGIE® Burger or any other of its products meets the†

Footnote for "Salt not added-French Fries" ‡To reduce sodium, you can order french fries without added salt

**Beverages**

TM © 2008 Burger King Brands, Inc. (USA only).
TM © 2008 Burger King Corporation (Outside USA). All rights reserved.

Nutritional - Web

**\*Beverage Cup Serving Sizes:**

| | fl oz |
|---|---|
| Kid's | 12 |
| Small | 16 |
| Medium | 22 |
| Large | 32 |
| King | 42 |

### COCA COLA® CLASSIC‡

| Cup Serving Size*: | Kids | Small | Medium | Large | King |
|---|---|---|---|---|---|
| Calories | 110 | 140 | 200 | 290 | 390 |
| Carbohydrate (g) | 30 | 39 | 53 | 79 | 104 |
| Sugar (g) | 30 | 39 | 53 | 79 | 104 |
| Sodium (mg) | 0 | 0 | 0 | 5 | 10 |

### SPRITE®‡

| Cup Serving Size*: | Kids | Small | Medium | Large | King |
|---|---|---|---|---|---|
| Calories | 110 | 140 | 200 | 290 | 390 |
| Carbohydrate (g) | 29 | 39 | 53 | 79 | 104 |
| Sugar (g) | 29 | 39 | 53 | 79 | 104 |
| Sodium (mg) | 25 | 30 | 45 | 65 | 85 |

### DR. PEPPER®‡

| Cup Serving Size*: | Kids | Small | Medium | Large | King |
|---|---|---|---|---|---|
| Calories | 110 | 140 | 190 | 280 | 380 |
| Carbohydrate (g) | 29 | 39 | 52 | 78 | 104 |
| Sugar (g) | 29 | 39 | 52 | 78 | 104 |
| Sodium (mg) | 25 | 35 | 50 | 70 | 95 |

### DIET COKE® ‡

| Cup Serving Size‡ | Kids | Small | Medium | Large | King |
|---|---|---|---|---|---|
| Calories | 0 | 0 | 0 | 0 | 0 |
| Carbohydrate (g) | 0 | 0 | 0 | 0 | 0 |
| Sugar (g) | 0 | 0 | 0 | 0 | 0 |
| Sodium (mg) | 10 | 15 | 20 | 25 | 35 |

**\*Cofee Cup Serving Sizes:**

| | fl oz |
|---|---|
| Small | 12 |
| Medium | 16 |
| Large | 21 |

### BK JOE™ Regular Coffee‡

| Cup Serving Size*: | Small | Med | Large |
|---|---|---|---|
| Calories | 5 | 10 | 10 |
| Carbohydrate (g) | 1 | 1 | 2 |
| Sugar (g) | 0 | 0 | 0 |
| Sodium (mg) | 15 | 20 | 25 |
| Protein (g) | 1 | 1 | 1 |

### BK JOE™ Turbo Coffee‡

| | Kids | Small | Med | Large |
|---|---|---|---|---|
| Calories | 15 | 10 | 10 | 10 |
| Carbohydrate (g) | 2 | 1 | 2 | 2 |
| Sugar (g) | 0 | 0 | 0 | 0 |
| Sodium (mg) | 40 | 20 | 30 | 30 |
| Protein (g) | 2 | 1 | 1 | 1 |

### BK JOE™ Decaf Coffee‡

| | Small | Med | Large |
|---|---|---|---|
| Calories | 5 | 5 | 5 |
| Carbohydrate (g) | 0 | 1 | 1 |
| Sugar (g) | 0 | 0 | 0 |
| Sodium (mg) | 5 | 10 | 10 |
| Protein (g) | 0 | 1 | 1 |

### Juices

| Cup Serving Size: | MINUTE MAID® Apple Juice 6.67 oz | MINUTE MAID® Orange Juice 8 oz |
|---|---|---|
| Calories | 100 | 140 |
| Carbohydrate (g) | 23 | 33 |
| Sugar (g) | 21 | 30 |
| Sodium (mg) | 15 | 20 |
| Protein (g) | 0 | 2 |
| Vitamin C (mg) | 60 | 42 |

### NESTLE® PURE LIFE® 16 fl oz

| | 16 fl oz |
|---|---|
| Calories | 0 |
| Carbohydrate (g) | 0 |
| Sugar (g) | 0 |
| Sodium (mg) | 0 |
| Protein (g) | 0 |

### ICEE

| | ICEE® COCA COLA Small 16 fl oz | ICEE® COCA COLA Medium 22 fl oz | ICEE® MINUTE MAID® Cherry‡ Small 16 fl oz | ICEE® MINUTE MAID® Cherry‡ Medium 22 fl oz |
|---|---|---|---|---|
| Calories | 110 | 140 | 110 | 140 |
| Carbohydrate (g) | 31 | 40 | 31 | 40 |
| Sugar (g) | 31 | 40 | 31 | 40 |
| Sodium (mg) | 10 | 10 | 5 | 10 |
| Protein (g) | 0 | 0 | 0 | 0 |

Refer to Beverage Cups for fl oz

These Beverages do not contain fat, saturated fat, trans fat, cholesterol, or fiber.

Footnote for Beverages "‡": These values represent Sodium derived from ingredients other than water. The actual amount of Sodium in the beverages will vary depending on the quantity contained in the water supply where the finished beverages are produced.

TM ® 2008 Burger King Brands, Inc. (USA only).
TM ® 2008 Burger King Corporation (Outside USA). All rights reserved.

Nutritional - Web

**EXHIBIT B**



# Tools to eat well!

**Need some guidance for your diet?  Here are some tools to help you eat well!**

- Check out **www.MyPyramid.gov** for guidance on what kinds of foods make up a healthful diet.  This Web site offers tools to guide you on the suggested amount of calories for you based on age, gender and activity level.  It has many tools and features, including:
    - Suggested amounts from the food groups that will help you achieve your calorie recommendation without going overboard
    - Tips and information about all the food groups
    - Tips on increasing your physical activity
    - Guidance on discretionary calories
    - A Meal Tracking Worksheet
    - MyPyramid Tracker will allow you to self assess your diet. It's fun and easy!
    - To make it easy for you, we have included a link that will take you to the MyPyramid Web site on our main Nutrition page.

- Remember, physical activity and calorie balance is essential to any weight loss or weight maintenance program!

- Check out our Meal Planning sections before you dine at a *BURGER KING*® restaurant to help you stay on track with your dietary goals (see main Nutrition page for these topics).
    - ***Watching Calories?*** – The "Calorie" section provides information on *BURGER KING*® foods that fit into different calorie ranges.
    - ***Interested in Lowering the Fat?*** – The "Fat" section gives food choices under 20 grams of fat.
    - ***Counting Carbs?*** – The "Carb" section gives you food choices that are low in carbs.
    - ***Eating Strategies*** has:
        - *BURGER KING*® Meal ideas that are moderate in calories
        - Quick Nutrition Guide for different ages
        - Nutrition Tips and Resources

- We are proud to participate in Healthy Dining Finder **www.healthydiningfinder.com** with a selection of our menu items that meet Healthy Dining's nutrition criteria*.  We have included information throughout the Nutrition Section of our website to alert you to items that are featured on this website. (*Entrees contain 750 calories or less, 25 fat grams or less, and 8 grams of saturated fat or less. Side dishes, appetizers, and desserts contain 250 calories or less, 8 fat grams or less, and 3 grams of saturated fat or less.)

We hope this information will be helpful to you!  We thank you for your business and are glad we can help you meet your dietary goals.  Everyone is different and has different dietary needs, for more specialized dietary advice, please visit a Registered Dietitian (RD) or Nutritionist in your area.  Some health insurance plans provide some coverage for such visits, check with your health provider.

TM & © 2007 Burger King Brands, Inc. (USA only).
TM & © 2007 Burger King Corporation (outside USA). All rights reserved.

**EXHIBIT C**



# Interested in lowering the fat?

## HAVE IT YOUR WAY® Salads:

- Side Garden Salad w/ KEN'S® Light Italian Dressing (11g fat)
- TENDERGRILL™ Chicken Garden Salad w/ KEN'S® Light Italian Dressing (20g fat)
- *Garlic Parmesan Croutons - add 2 g fat
- ** Participating restaurants may have KEN"S® Fat Free Ranch Dressing available

## Fat Conscious Choices (under 20g):




- BK VEGGIE® Burger w/o mayo (8g)
- TENDERGRILL® Chicken Sandwich, no mayo (7g)
- WHOPPER JR.® Sandwich w/o mayo (12g)
- Hamburger (12g)
- CHICKEN TENDERS® - 5 pc + Barbecue Dipping Sauce (11g)
- BK BIG FISH® Sandwich w/o Tartar Sauce (13g)
- BK™ Chicken Fries - 6 pc (no sauce) (16g)
- BK VEGGIE® Burger (16g)
- Cheeseburger (16g)
- Original Chicken Sandwich w/o mayo (15g)
- *Add fruit with BK™ Fresh Apple Fries (0g)*
- CROISSAN'WICH® w/ Egg & Cheese (17g) or CROISSAN'WICH® w/ Ham, Egg, & Cheese (18g)
- Ham Omelet Sandwich (13g)
- Updated July 2008

TM © 2008 Burger King Brands, Inc. (USA)

## Tips for Reducing your Fat Intake:

**CUT THE MAYO** - order your sandwiches with mustard &/or ketchup instead of mayo
**SKIP THE CHEESE** - just one slice of cheese adds 4 grams of fat
[GO GREEN] - order a side salad with your sandwich instead of fries
**USE LESS DRESSING** - Avoid using all the salad dressing packet, this can cut calories & fat!
**DIP IN THESE SAUCES** - Pick BBQ or Sweet & Sour Dipping Sauces (0g of fat)
**HAM IT!** - choose ham instead of sausage on your breakfast sandwich (14 g saved!)
**CUT THE CREAM** - order your coffee black

For more information visit www.bk.com or call (305) 378-3535



# Counting Carbs?

If you are on a carb-conscious diet, you can HAVE IT YOUR WAY® and order your favorite WHOPPER® sandwich without the bun. You'll really be able to experience the great fire-grilled taste of our burgers.

Low Carb Options (each under 10g* of carbs):

- Low Carb WHOPPER® Sandwich* ◦ (3g)
- Low Carb WHOPPER® Sandwich w/ cheese* ◦ (5g)
- Low Carb DOUBLE WHOPPER® Sandwich* ◦ (3g)
- Low Carb DOUBLE WHOPPER® Sandwich w/ cheese* ◦ (5g)
- Low Carb WHOPPER JR.® Sandwich* ◦ (1g)
- Low Carb WHOPPER JR.® Sandwich w/ cheese* ◦ (2g)
- Low Carb BK™ Double Stacker Sandwich* (5g)
- Low Carb BK™ Triple Stacker Sandwich* (6g)
- Low Carb BK™ Quad Stacker Sandwich* (6g)



Carb-Conscious Chicken, Fish, & Veggie Choices:

- TENDERGRILL™ Chicken Garden Salad, KEN'S® Light Italian Dressing w/o Garlic Parmesan Croutons (13g)
- CHICKEN TENDERS® - 5 piece w/ Ranch dipping sauce (12g)
- CHICKEN TENDERS® - 8 piece w/o dipping sauce (18g)
- Low Carb TENDERGRILL® Chicken Sandwich ◦ *(3g)
- Low Carb BK VEGGIE® Burger* ◦ (19g)
- Low Carb New BK BIG FISH® * (served with lettuce and tartar sauce) (20g)

*w/o mayo, ketchup, and bun
◦ served w/ lettuce, and tomato

Updated July 2008    TM © 2008 Burger King Brands, Inc. (USA)

Carb-Conscious Tips:

- HOLD THE BUN - order any BURGER KING® sandwich without the bun
- SKIP THE KETCHUP - you'll save three grams of carbs per packet
- AVOID SUGAR - drink diet soft drinks or water instead of regular sodas. Use a low calorie sweetener in your coffee or tea, or drink it plain
- ............... - order a side salad instead of fries
- EMPHASIZE FIBER - Keep foods made with refined flour and sugar to a minimum in your diet. Emphasize complex carbs made from whole grains, also include at least 5 servings a day of fruit and vegetables. *(Our BK VEGGIE® Burger patty is made with whole grains and veggies!)*
- Eat the whole fruit, instead of juice. The whole fruit has less carbs and more fiber!

For more information visit www.bk.com or call (305) 378-3535



# Watching Calories?

**BK™ Salads, Fully Loaded:**
- TENDERGRILL™ Chicken Garden Salad, KEN'S ® Light Italian Dressing w/ Garlic Parmesan Croutons **(420 calories)**

Here are some ways you can HAVE IT YOUR WAY® and watch your calories!



## Calorie Conscious Choices:

### Under 200 Calories:
- Low Carb Original WHOPPER JR.® w/cheese*
- Low Carb Original WHOPPER JR.® Sandwich*
- Low Carb TENDERGRILL® Chicken Sandwich
- Low Carb BK VEGGIE® Burger*
- Side Salad KEN'S® Light Italian Dressing (2 oz packet)
- Onion Rings - Small
- BK™ Fresh Apple Fries and low fat caramel sauce
  *\*w/o mayo, ketchup, and bun*

### 200-299 Calories:
- Low Carb WHOPPER® Sandwich*
- Low Carb WHOPPER JR.® Sandwich* w/ cheese
- Hamburger
- WHOPPER JR® w/o mayo
- 5 piece CHICKEN TENDERS® w/ Barbecue or Sweet & Sour dipping sauce
- 6 piece BK™ Chicken Fries - no sauce
- Hashbrowns or French Fries- Small
- Ham Omelet Sandwich
  *\*w/o mayo, ketchup, and bun*
  *•served w/ lettuce and tomato*

### 300-399 Calories:
- CROISSAN'WICH® w/ Egg & Cheese; Bacon, Egg, & Cheese; Ham, Egg, & Cheese; *or* Sausage & Cheese
- Cini-mini's - no icing
- French Toasts Sticks w/o breakfast syrup
- WHOPPER JR.® Sandwich
- WHOPPER JR.® Sandwich w/ cheese & w/o mayo
- Hamburger & BK™ Fresh Apple Fries and low fat caramel sauce
- Cheeseburger & BK™ Fresh Apple Fries and low fat caramel sauce
- Low Carb WHOPPER® Sandwich* & BK™ Fresh Apple Fries and low fat caramel sauce
- Low Carb WHOPPER® Sandwich w/ cheese*
- Low Carb BK BIG FISH™ w/ tartar sauce
- BK VEGGIE® Burger w/o mayo
- 5 piece CHICKEN TENDERS® w/ Ranch, *or* Honey Mustard dipping sauce
- 5 piece CHICKEN TENDERS® w/ HERSHEY'® S low-fat milk *or* orange juice
- 6 piece CHICKEN TENDERS® w/ Barbecue *or* Sweet & Sour Sauce dipping sauce
- 6 piece BK™ Chicken Fries w/ Buffalo Sauce
- Onion Rings or French Fries - Medium
  *\*w/o mayo, ketchup, and bun*

### 400-499 Calories:
- CROISSAN'WICH® w/ Sausage, Egg, & Cheese
- French Toasts Sticks w/ breakfast syrup
- Hamburger w/ small onion rings
- Hamburger w/ HERSHEY'® S low-fat milk *or* orange juice
- Low Carb WHOPPER® Sandwich* & small onion rings
- Low Carb WHOPPER® Sandwich* w/ cheese & BK™ Fresh Apple Fries and low fat caramel sauce
- WHOPPER JR.® Sandwich w/ cheese
- WHOPPER JR.® Sandwich w/ cheese w/o mayo & BK™ Fresh Apple Fries and low fat caramel sauce
- Cheeseburger w/ HERSHEY'®S low-fat milk *or* orange juice
- Double Hamburger
- TENDERGRILL® Chicken Sandwich, w/o mayo
- BK BIG FISH® w/o Tartar Sauce
- Original Chicken Sandwich w/o mayo
- 5 piece CHICKEN TENDERS®, small fries
- 8 piece CHICKEN TENDERS® w/ Honey Mustard dipping sauce
  *\*w/o mayo, ketchup, and bun*
  *•served w/ lettuce and tomato*

TM © 2008 Burger King Brands, Inc. (USA) July 2008

## Calorie Cutting Tips:

**CUT THE MAYO** - order your sandwiches with mustard instead of mayo.
**USE LITTLE DRESSING**- Pour just a little salad dressing on your salad, just enough for taste!
........ - order a side salad with your sandwich instead of fries (use lower calorie dressings).
**AVOID SUGAR-ADDED DRINKS** - drink diet soft drinks or water instead of regular sodas. Use low-calorie *sweetener in your coffee or tea, or drink it plain.*

For more information visit www.bk.com or call (305) 378-3535

**EXHIBIT D**

# What's Your Eating Strategy?  Stay calorie conscious and eat like a king!

HAVE IT YOUR WAY® Eating Strategies with great-tasting fire-grilled food at BURGER KING® restaurants.

| Try these menu ideas for you and your kids! | Calories | Fat (g) | Saturated Fat (g) | Trans fat (g) | Cholesterol (g) | Protein (g) | Fiber (g) | Sodium (mg) |
|---|---|---|---|---|---|---|---|---|
| KRAFT® Macaroni and Cheese | 180 | 7 | 2 | 0 | 15 | 8 | 0 | 460 |
| CHICKEN TENDERS® 5 pc w/ Sweet and Sour Dipping Sauce | 275 | 14 | 3.5 | 2 | 35 | 15 | 1 | 595 |
| WHOPPER JR.® Sandwich w/o mayo | 290 | 12 | 4.5 | 0 | 35 | 16 | 2 | 500 |
| Ham Omelet Breakfast Sandwich | 290 | 13 | 4.5 | 0 | 85 | 13 | 1 | 870 |
| TENDERGRILL® Chicken Sandwich w/o mayo | 400 | 7 | 1.5 | 0 | 70 | 36 | 4 | 1090 |
| TENDERGRILL™ Chicken Garden Salad w/ KEN'S® Lite Italian Dressing & Croutons | 420 | 22 | 5 | 0 | 80 | 35 | 4 | 1270 |
| BK VEGGIE® Burger | 420 | 16 | 2.5 | 0 | 10 | 23 | 7 | 1100 |
| WHOPPER® Sandwich w/o mayo | 520 | 23 | 9 | 1 | 65 | 28 | 3 | 880 |
| **Suggested Side:** | | | | | | | | |
| Side Salad w/ ½ packet of KEN'S® Lite Italian Dressing | 80 | 6 | 1 | 0 | 0 | 1 | 2 | 230 |
| BK Fresh™ Apple Fries with caramel sauce | 60 | 0 | 0 | 0 | 0 | 0 | 1 | 25 |
| **Suggested Beverage:** | | | | | | | | |
| MINUTE MAID® Apple Juice | 100 | 0 | 0 | 0 | 0 | 0 | 0 | 15 |
| MINUTE MAID® Orange Juice | 140 | 0 | 0 | 0 | 0 | 0 | 0 | 20 |
| NESTLE® PURE LIFE® Water, DIET COKE® or BK JOE® Coffees | 0-5 | 0 | 0 | 0 | 0 | 0 | 0 | 0-35 |

## Quick Nutrition Guide

| Age Groups: | Calories: | Fat: 26-35% calories | Sodium: |
|---|---|---|---|
| Kids age 4-8 | • 1200 -2000 calories / day<br>• Determined by age, gender, and activity level | • 33g -46g of fat daily for LOW end of this calorie range<br>• 55g – 77g of fat daily for HIGH end for this calorie range | • Limit to 1900 mg a day |
| Kids age 9-13 | • 1400 - 2600 calories / day<br>• Determined by age, gender, and activity level | • 38g -54g of fat daily for LOW end of this calorie range<br>• 72g – 100g of fat daily HIGH end for this calorie range | • Limit to 2200 mg a day |
| Adults and teens (≥14 years) | • 2000 calories a day is the average daily energy requirement<br>• Determined by age, gender, and activity level | • 55g – 77g of fat for this calorie level | • Limit to 2300 mg a day |

These recommendations are based on: *American Heart Association®, 2005 US Dietary Guidelines,* and *Dietary Reference Intakes* (DRIs).

**EXHIBIT E**



## What's Your Eating Strategy? Stay calorie conscious and eat like a king!

HAVE IT YOUR WAY® Eating Strategies with Great-Tasting Fire-Grilled Food at BURGER KING® restaurants.

| | Calories | Fat (g) | % Daily Value† | Saturated Fat2 (g) | % Daily Value† | Trans Fat (g) | Cholesterol (g) | Sodium (mg) | % Daily Value |
|---|---|---|---|---|---|---|---|---|---|
| | 290 | | 17% | 4.5 | 23% | | 40 | 440 | 21% |
| | 255 | | 17% | 3 | 16% | | 35 | 650 | 28% |
| | 330 | | 22% | 5 | 25% | | 90 | 1130 | 49% |
| | 420 | | | 5 | 27% | | 80 | 1270 | 55% |
| | 510 | | | 3.5 | 17% | 0.5 | 75 | 1200 | 51% |
| | 410 | | | 2.5 | 13% | | 10 | 1100 | 48% |
| | 510 | | 34% | 14 | 43% | | 80 | 880 | 38% |
| | 80 | | | | 0% | | 0 | 230 | 10% |
| | 90 | | | | 0% | | 0 | 0 | 0% |
| | 90 | | | | 0% | | 0 | 15 | 0% |
| | 140 | | | | 0% | | 0 | 20 | 0% |
| | 0 | | | | 0% | | 0 | 0-25 | 0-1% |

*Percent Daily Values are based on a 2000 calorie diet. Your daily values may be higher or lower depending on your calorie needs. †Saturated Fat does not include Trans Fat.

### Quick Nutrition Guide

| | | | Fat: 25-35% calories | Sodium: |
|---|---|---|---|---|
| Kids age 4-8 | 1200-2000 calories / day<br>• Determined by age, gender, and activity level | | 33g-45g of fat daily for LOW end of this calorie range<br>55g – 77g of fat daily for HIGH end of the calorie range | • Limit to 1900 mg a day |
| Kids age 9-13 | 1200-2600 calories / day<br>• Determined by age, gender, and activity level | | 34g-54g of fat daily for LOW end of this calorie range<br>72g–100g of fat daily for HIGH end of this calorie range | • Limit to 2200 mg a day |
| Adults and teens | 2000 calories a day is the average daily energy requirement<br>• Determined by age, gender, and activity level | | 55g – 77g of fat for this calorie level | • Limit to 2300 mg a day |

These recommendations are based on: American Heart Association®, 2005 US Dietary Guidelines, and Dietary Reference Intakes (DRIs).

Calorie needs vary from person to person by age, gender and activity level. For information on you or your child's specific dietary and physical activity recommendations, please visit:

http://www.mypyramid.gov. US Dietary Guidelines for Americans 2005 recommendations can be found at http://www.health.gov/dietary guidelines/dga2005/recommendations.htm. Additional Dietary Guidelines for Healthy Children can be found at http://www.health.gov/dietary guidelines/dga2005/healthieryou/html/chapter12.html.

For meal combinations available at BURGER KING® restaurants, or to customize your burger, sandwich, or salad to HAVE IT YOUR WAY®, please visit our website at: http://www.bk.com in our Nutrition Section go to "Build-A-Meal".

- Be mindful of excess calories to help maintain or lose weight. Using less salad dressing or dipping sauces, or ordering your sandwich without or less mayonnaise is a good way to cut calories.

- Being fit like a king means eating the appropriate amount of daily calories and being physically activity too! So pick you favorite activity and go for it!!! Try to be physically active at least 30 minutes every day of the week.

## SANDWICH CONTENTS

WHOPPER® Sandwich: 100% Beef patty, sesame seed bun, tomato slices, lettuce, pickle slices, onion, mayonnaise, ketchup. (Available with American Cheese and/in Double and Triple sizes)

WHOPPER JR.® Sandwich: 100% Beef patty, sesame seed bun, tomato slice, lettuce, pickle slices, onion, mayonnaise, ketchup.

Hamburger: 100% Beef patty, sesame seed bun, pickle slices, mustard, ketchup. (Available with cheese and/in Double size)

BK™ Double Stacker: 100% Beef patties, sesame seed bun, bacon slices, American Cheese, Stacker Sauce. (Available in Triple and Quad sizes)

The Angus Steak Burger: Angus Steak Burger beef patty, corn dusted bun, tomato slices, lettuce, raw white onion slices, steak sauce and mayonnaise.

TENDERGRILL® Chicken Sandwich: Fire-grilled whole muscle chicken breast filet, sesame seed bun, tomato slices, lettuce, and mayonnaise.

TENDERCRISP™ Chicken Sandwich: Whole muscle breaded chicken breast, corn dusted bun, tomato slices, lettuce, mayonnaise.

Spicy CHICK'N CRISP™ Sandwich: Spicy breaded chicken patty, sesame seed bun, lettuce, mayonnaise.

Original Chicken Sandwich: Breaded chicken patty, specialty bun, lettuce, mayonnaise

BK BIG FISH® FILET: Breaded fish filet, corn-dusted bun, lettuce, tartar sauce.

BK VEGGIE® Burger: Morningstar Farms® Veggie Burger patty, sesame seed bun, tomato slice, mayonnaise and ketchup. (This is NOT a vegan product.)

## SIDE ITEMS/SALAD

Garden Side Salad: Iceberg lettuce, tomato slice, baby carrots.

Garden Salad base: Romaine lettuce, tomato slices, baby carrots, three-cheese blend (Monterey Jack, Mozzarella & Cheddar).

## BREAKFAST SANDWICHES

CROISSAN'WICH®

w/ Egg & Cheese: Croissant, Egg Omelet, American Cheese

w/ Sausage & Cheese: Croissant, Sausage Patty, American Cheese

w/ Sausage, Egg & Cheese: Croissant, Sausage Patty, Egg Omelet, American Cheese

w/ Ham, Egg, & Cheese: Croissant, Ham, Egg Omelet, American Cheese

w/ Bacon, Egg, & Cheese: Croissant, Egg Omelet, American Cheese

DOUBLE CROISSAN'WICH®

w/ Double Sausage, Egg, & Cheese: Croissant, Sausage Patty, Egg Omelet, American Cheese

w/ Double Bacon, Egg, & Cheese: Croissant, Sausage Patty, Egg Omelet, American Cheese

w/ Double Ham, Egg, & Cheese: Croissant, Ham, Egg Omelet, American Cheese

w/ Sausage, Bacon, Egg & Cheese: Croissant, Sausage Patty, Bacon, Egg Omelet, American Cheese

w/ Ham, Bacon, Egg, & Cheese: Croissant, Ham, Bacon, Egg Omelet, American Cheese

w/ Ham, Sausage, Egg & Cheese: Croissant, Sausage Patty, Egg Omelet, American Cheese

Enormous Omelet Breakfast Sandwich: Specialty Bun, Egg Omelet, Bacon, Sausage American Cheese

Ham Omelet Sandwich: 4" Seeded Bun, Ham, Cheese, Egg Omelet, Honey Butter Sauce

French Toast Kid's Meal: French Toast Sticks (5 ea), MOTT'S® Strawberry Applesauce, 1% Lowfat Milk, Breakfast Syrup

# CONTENTS

## BUNS

**SESAME SEED BUNS**
Enriched Unbleached Wheat Flour [Wheat Flour, Malted Barley Flour Or Alpha Amylase From Aspergillus Oryzae, Niacin, Iron, Thiamine Mononitrate (Vitamin B1), Riboflavin (Vitamin B2), Folic Acid, Ascorbic Acid], Water, High Fructose Corn Syrup Or Liquid Sucrose, Yeast, Vegetable Oil (Canola And/Or Soy) Or Soybean And/Or Cottonseed Oil. May Contain 2% Or Less Of The Following: Salt, (May) Wheat Gluten, Soy Flour, Corn Starch, Yeast Nutrient (May Contain One Or More Of The Following: Ammonium Sulfate, Monocalcium Phosphate, Calcium Sulfate, Calcium Carbonate) Dough Conditioners (May Contain One Or More Of The Following: Wheat Starch, Microcrystalline Cellulose, Sorbitol, Sodium Chloride, Magnesium Stearate, Distilled Monoglycerides, Salt, Sodium Stearoyl Lactylate, Ascorbic Acid, Azodicarbonamide, Mono-And Diglycerides, Ethoxylated Mono-And Diglycerides, Calcium Peroxide, Calcium Stearoyl-2-Lactylate, Datem, L-Cysteine), Enzymes, Preservatives (Calcium Propionate And/Or Sorbic Acid), Vinegar, Sesame Seeds. Does not contain animal ingredients. **Contains Wheat and Soy.**

**CORN DUSTED BUNS**
Enriched Unbleached Wheat Flour [Wheat Flour, Malted Barley Flour Or Alpha Amylase From Aspergillus Oryzae, Niacin, Iron, Thiamine Mononitrate (Vitamin B1), Riboflavin (Vitamin B2), Folic Acid, Ascorbic Acid], Water, High Fructose Corn Syrup Or Liquid Sucrose, Yeast, Vegetable Oil (Canola And/Or Soy) Or Soybean And/Or Cottonseed Oil. May Contain 2% Or Less Of The Following: Salt, (May) Wheat Gluten, Soy Flour, Vegetable Gum, Cellulose Gum, (Yellow) Corn Meal, Corn Starch, Corn Flour, Yeast Nutrient (May Contain One Or More Of The Following: Ammonium Sulfate, Monocalcium Phosphate, Calcium Sulfate, Calcium Carbonate) Dough Conditioners (May Contain One Or More Of The Following: Wheat Starch, Microcrystalline Cellulose, Sorbitol, Sodium Chloride, Magnesium Stearate, Distilled Monoglycerides, Sodium Stearoyl Lactylate, Ascorbic Acid, Azodicarbonamide, Mono-And Diglycerides, Ethoxylated Mono-And Diglycerides, Calcium Peroxide, Calcium Stearoyl-2-Lactylate, Datem), Enzymes, Preservatives (Calcium Propionate And/Or Sorbic Acid). Does not contain animal ingredients. **Contains Wheat and Soy.**

**SPECIALTY BUN**
Enriched Unbleached Wheat Flour [Wheat Flour, Malted Barley Flour Or Alpha Amylase From Aspergillus Oryzae, Niacin, Iron, Thiamine Mononitrate (Vitamin B1), Riboflavin (Vitamin B2), Folic Acid, Ascorbic Acid], Water, High Fructose Corn Syrup Or Liquid Sucrose, Yeast, Vegetable Oil (Canola And/Or Soy) Or Soybean And/Or Cottonseed Oil. May Contain 2% Or Less Of The Following: Salt, (May) Wheat Gluten, Soy Flour, Corn Starch, Yeast Nutrient (May Contain One Or More Of The Following: Ammonium Sulfate, Monocalcium Phosphate, Calcium Sulfate, Calcium Carbonate, Dicalcium Sulfate) Dough Conditioners (May Contain One Or More Of The Following: Wheat Starch, Microcrystalline Cellulose, Sorbitol, Sodium Chloride, Magnesium Stearate, Distilled Monoglycerides, Sodium Stearoyl Lactylate, Ascorbic Acid, Azodicarbonamide, Mono-And Diglycerides, Ethoxylated Mono-And Diglycerides, Calcium Peroxide, Calcium Stearoyl-2-Lactylate, Datem), Enzymes, Preservatives (Calcium Propionate And/Or Sorbic Acid, Vinegar, Sesame Seeds. Cellulose Gel, Leavening (Sodium Acid Pyrophosphate, Sodium Bicarbonate, Diammonium Phosphate). Does not contain animal ingredients. **Contains Wheat and Soy.**

## CONTENTS (Continued)

## BEEF, CHICKEN and FISH:

**WHOPPER® & HAMBURGER PATTIES**
100% USDA inspected Ground Beef (Fire-Grilled).

**ANGUS STEAK BURGER PATTY**
Angus Beef, Seasoning [Encapsulated Salt (Salt, Partially Hydrogenated Soybean Oil), Flavorings, Beef Stock, Sodium Phosphate (Fire-Grilled). Soy Lecithin used as a processing aid.

**TENDERGRILL® CHICKEN FILET**
Chicken Breast with Rib Meat, Water, Seasoning [Maltodextrin, Salt, Sugar, Autolyzed Yeast Extract, Garlic Powder, Spices, Natural Flavors, Onion Powder, Modified Corn Starch, Chicken Fat, Chicken Powder, Chicken Broth, Disodium Guanylate and Disodium Inosinate, Citric Acid, Partially Hydrogenated Soybean Oil, Dehydrated Garlic, Dehydrated Onion Soybean Oil, Maltodextrin, Natural Flavor, Extractives of Paprika, Fructose, Partially Hydrogenated Soybean Oil, Garlic With Water, Seasoning [Maltodextrin, Salt, Sugar, Methylcellulose, Autolyzed Yeast Extract, Partially Hydrogenated Soybean Oil, Modified Potato Starch, Fructose, Modified Corn Starch, Xanthan Gum, Natural Flavors, Powder, Onion Powder, Dehydrated Garlic, Spices, Modified Corn Starch, Xanthan Gum, Natural Flavors, Modified Corn Starch and Disodium Inosinate, Chicken Fat, Canola And/ Or Corn Oil. **Contains Milk.**

**BREADED ORIGINAL CHICKEN PATTY (Fried):**
Chicken breasts with rib meat, Water, Salt, Monosodium Glutamate, Flavors, Chicken Fat, Propylene Glycol, Water, Sunflower Oil, Artificial Flavors, Sodium Lactate, Autolyzed Yeast Extract, Chicken Broth, Sodium Phosphate [60], Polysorbate 80, Sodium Hydroxide. Medium Chain Triglycerides, Sodium Phosphate, Salt, Partially Hydrogenated Soybean & Cottonseed Oil, Paprika, Extractives of Paprika, Spice. BATTERED and Breaded with: Bleached Wheat Flour, Enriched Wheat Flour [Enriched with Niacin, Ferrous Sulfate, Thiamine Mononitrate, Riboflavin, Folic Acid], Salt, Spice, Dextrose, Leavening (Sodium Acid Pyrophosphate, Sodium Bicarbonate), Onion Powder, Garlic Powder, Extractives of Paprika, Soybean Oil, set in Partially Hydrogenated Soybean Oil. Battered with Water, Bleached Wheat Flour, Modified Corn Starch, Salt, Spices. Leavening (Sodium Acid Pyrophosphate, Sodium Bicarbonate), Soybean Oil, Onion Powder, Garlic Powder, Extractives of Paprika, Yellow 6, Red 40 Lake, Natural & Artificial Flavor (including Butter Flavor), Lactic Acid. Not more than 2% Sodium Silico Aluminate added to pre-vent caking. Predusted With: Wheat Flour, Modified Corn Starch, Salt, Wheat Gluten, Spice, Extractives of Paprika, Soybean Oil, Onion Powder, Not More Than 2% Silicon Dioxide Added to Prevent Caking. **Contains Wheat.**

**SPICY CHICKEN CRISPY® PATTY:**
Chicken breasts with rib meat, Water, Salt, Monosodium Glutamate, Flavors, Chicken Fat, Propylene Glycol, Water, Sunflower Oil, Artificial Flavors, Sodium Lactate, Autolyzed Yeast Extract, Chicken Broth, Sodium Phosphate [60], Polysorbate 80, Sodium Hydroxide. Medium Chain Triglycerides, Sodium Phosphate, Salt, Partially Hydrogenated Soybean & Cottonseed Oil, Paprika, Extractives of Paprika, Spice.

**BREADED TENDERCRISP® CHICKEN (Fried WHOLE MUSCLE BREAST FILET):**
Chicken Breast With Rib Meat, containing up to 18% of solution of Water, Seasoning (Sodium Bicarbonate, Salt, Spices, Monosodium Glutamate, Salt, Spices, Modified Food Starch, Modified Corn Starch, Natural Flavors, Modified Corn Starch, Sodium Phosphates BREADED WITH: Bleached Wheat Flour, Sugar, Salt, Leavening

## CONTENTS (Continued)

(Sodium Bicarbonate, Sodium Aluminum Phosphate, Monocalcium Phosphate), Spices, Monosodium Glutamate, Nonfat Dry Milk, Dried Whey, Paprika, Extractives of Paprika. PREDUSTED AND BATTERED WITH: Water, Wheat Flour, Salt, Whole Egg, Nonfat Dry Milk, Leavening (Sodium Bicarbonate, Sodium Aluminum Phosphate, Monocalcium Phosphate), Monosodium Glutamate, Dried Whey, Soybean Oil. Breading set in Partially Hydrogenated Soybean Oil. **Contains Milk, Egg and Wheat.**

**BK™ CHICKEN FRIES (Fried):**
Chicken Breast with Rib Meat, Water, Seasoning [Salt, Maltodextrin, Salt, Sugar, Autolyzed Yeast Extract, Garlic Powder, Spices, Natural Flavors, Onion Powder, Modified Corn Starch, Chicken Fat, Chicken Powder, Chicken Broth, Disodium Guanylate and Disodium Inosinate, Citric Acid, Partially Hydrogenated Soybean Oil, Dehydrated Garlic, Dehydrated Onion Soybean Oil, Maltodextrin, Natural Flavor, Extractives of Paprika. BATTERED WITH: Water, Bleached Wheat Flour, Corn Starch, Modified Wheat Starch, Bleached Wheat Flour, Sugar, Salt, Spices, Garlic Powder, Onion Powder, Chicken Fat, Partially Hydrogenated Sunflower Oil, Modified Potato Starch, Sodium Phosphate, PREDUSTED WITH: Bleached Wheat Flour, Modified Food Starch (corn or potato), Dried Whey, Spices, Salt, Leavening, Maltodextrin, Corn Starch, Sugar Oil, Paprika, Spice, Onion Powder, Extractives of Paprika, Garlic Powder, Turmeric, Natural Flavors. Breading set in Soybean Oil or Vegetable oil. Modified Food Starch sources contain corn and potato in addition to what as declared. Flavoring or Natural Flavors include oil of garlic, black pepper extractive, oleoresin capsicum. **Contains Wheat.**

**CHICKEN TENDERS® (Fried):**
Breaded Chicken Breast Strips with Rib Meat containing up to 8 % solution of Water, Salt, Sodium Phosphate, Modified Corn Starch and Seasoning [Water, Bleached Wheat Flour, Modified Corn Starch, Salt, Yellow Corn Flour, Spices, Monocalcium Phosphate, Partially Hydrogenated Soybean Oil, Dextrose, Sugar, Garlic Powder, Yeast, Maltodextrin, Onion Powder, Buttermilk Powder, Natural Flavors, Breading set in Partially Hydrogenated Vegetable Oil. Natural Flavors include oil of garlic, extractive of black pepper and spice extractives. **Contains Milk and Wheat.**

**BK BIG FISH® FILET (Fried):**
Breaded Minced Alaskan Pollock, Bleached Wheat Flour, Water, Yellow Corn Flour, Enriched Bleached Wheat Flour [Flour, Niacin, Iron, Thiamine Mononitrate, Riboflavin, Folic Acid], Onion Powder, Garlic Powder, Spice, Partially Hydrogenated Soybean Oil. Dried Yeast, Salt, Flavoring, Breading with Maltodextrin, Monoglycerides, Diglycerides, Leavening (Sodium Acid Pyrophosphate, Sodium Bicarbonate, Sodium Aluminum Phosphate), Sodium Alginate, Paprika Extract (color), Spice Extract. **Contains Fish and Wheat.**

## VEGGIE PATTY and SIDE ITEMS:

**BK VEGGIE® BURGER PATTY:**
Supplied by Morningstar Farms. Vegetables (Mushrooms, Water Chestnuts, Onions, Carrots, Green Bell Peppers, Red Bell Peppers, Black Olives), Textured Vegetable Protein (Soy Protein Concentrate, Wheat Gluten, Water for hydration), Egg Whites, Cooked Brown Rice, Water, Brown Rice, Rolled Oats, Corn Oil, Calcium Caseinate, Soy Sauce (Water, Soybeans, Salt, Wheat), Onion Powder, Corn Starch, Salt, Hydrolyzed Corn, Soy and Wheat Protein, Autolyzed Yeast Extract, Natural Flavors from non-meat sources, Sugar, Soy Protein Isolate, Spices, Garlic Powder, Dextrose, Jalapeño Pepper Powder, Celery Extract. **Contains Egg, Wheat, Milk and Soy.** The patty is NOT cooked on equipment with meat or poultry products. This is not a vegan product.

# CONTENTS (Continued)

**FRENCH FRIES (fried):** Potatoes, Partially Hydrogenated Soybean Oil, Modified Potato Starch, Rice Flour, Potato Dextrin, Salt, Leavening (Disodium Dihydrogen Pyrophosphate, Sodium Acid Pyrophosphate), Dextrose, Xanthan Gum, Sodium Acid Pyrophosphate added to preserve natural color.

**ONION RINGS (fried):** Rehydrated Onion, Bleached Wheat Flour, Soybean Oil, Water, Yellow Corn Flour, Sugar, Contains 2% or less of the following: Gelatinized Wheat Starch, Corn Starch, Calcium Chloride, Modified Food Starch, Methyl Cellulose, Salt, Fructose, Guar Gum, Sodium Alginate, Dextrose, Yeast, Sodium Bicarbonate, Sodium Tripolyphosphate, Sodium Acid Pyrophosphate, Sodium Aluminum Phosphate, Sunflower Oil, Natural Flavors, Grill Flavor, Garlic Powder, Hydroxypropyl Methylcellulose, Sorbitol. +Natural flavors from plant sources. Contains Wheat.

**CHEESY TOTS™ Potatoes (fried):** Potatoes, Pasteurized Processed Cheddar Cheese (Cheddar Cheese [Cultured Milk, Salt, Enzymes], Water, Milkfat, Sodium Phosphate, Cellulose Powder, Sodium Hexametaphosphate, Salt, Artificial Color), Mozzarella Cheese (Pasteurized Milk, Cultures, Salt, Enzymes), Bleached Wheat Flour, Partially Hydrogenated Soybean Oil and Liquid Vegetable Oil (Soybean Oil), Corn Syrup, Salt, Enriched Bleached Wheat Flour (Wheat Flour, Niacin, Iron, Thiamine Mononitrate, Riboflavin, Folic Acid), Salt, Modified Food Starch, Corn Flour, Sugar, Leavening (Disodium Dihydrogen Pyrophosphate, Sodium Bicarbonate, Yeast), Potato Flour, Rice Flour, Dextrin, Hydroxypropyl Methylcellulose, Wheat Starch, Cornstarch, Butter (Cream, Salt), Maltodextrin, Whey. Contains Milk, Wheat.

## SALAD TOPPINGS:

**THREE CHEESE BLEND:** Mild Cheddar Cheese (Cultured Pasteurized Milk, Salt, Enzymes, Artificial Color), Monterey Jack Cheese (Cultured Pasteurized Milk, Salt, Enzymes), Low-Moisture Part – Skim Mozzarella Cheese (Cultured Pasteurized Part – Skim Milk, Salt, Enzymes), Potato Starch and Powdered Cellulose added to prevent caking, Natamycin (a Natural Mold Inhibitor). Contains Milk.

**GARLIC PARMESAN CROUTONS:** Enriched Flour (Wheat Flour, Barley Malt, Niacin, Reduced Iron, Thiamine Mononitrate, Riboflavin, Folic Acid), Partially Hydrogenated Soybean Oil, Water, Yeast, High Fructose Corn Syrup, Contains 2% Or Less Of The Following: Salt, Wheat Gluten, Corn Syrup Solids, Whey, Romano From Cow's Milk And Parmesan Cheeses (Part Skim Milk, Cultures, Salt, Enzymes), Autolyzed Yeast Extract, Cheese Powder (Cheddar Cheese [Milk, Cultures, Salt, Enzymes], Whey Protein Concentrate, Maltodextrin, Mature Flavor, Disodium Phosphate, Blue Cheese [Milk, Cultures, Salt, Enzymes], Nonfat Milk, Citric Acid), Garlic, Calcium Phosphate (Preservative), Parsley, Dough Conditioners (May Contain One Or More Of The Following: Sodium Stearoyl Lactylate, Calcium Stearoyl Lactylate, Calcium Sulfate, Ammonium Sulfate, Calcium Peroxide, Ascorbic Acid), Cultured Nonfat Milk, Natural And Artificial Flavor, Cultured Whey, Citric Acid, Annatto And Turmeric (Color) And EDTA (To Preserve Freshness). Contains Milk And Wheat. May be processed on shared equipment with tree-nuts.

**Salad Dressings:** Salad Dressing ingredients are listed on the package of the salad dressing portion.

**Desserts:** Pie ingredients are listed on the package.

# CONTENTS (Continued)

## CONDIMENTS, SAUCES, & TOPPINGS:

Dipping Sauces have ingredients listed on the package

**AMERICAN CHEESE (PASTEURIZED PROCESS):** Cultured Milk, Water, Cream, Sodium Citrate, Salt, Sorbic Acid (Preservative), Sodium Phosphate, Artificial Color, Enzymes, Acetic Acid, Lecithin. Artificial Colors may consist of one or more of the following: Annatto Extract, Beta Apo-8 Carotenal, Oleoresin Paprika, Canthaxanthin, Paprika Oleoresin, Turmeric Oleoresin. Contains Soy Lecithin and Milk.

**LETTUCE, TOMATOES, ONIONS, CARROTS:** US Grade #1.

**BREAKFAST SYRUP:** Corn Syrup, High Fructose Corn Syrup, Water, Sugar, Modified Corn Starch, Natural+ and Artificial Maple Flavor, Xanthan Gum, Phosphoric Acid, Cellulose Gum, Potassium Sorbate and Sodium Acid as preservatives, Caramel Color. +Natural flavors from plant sources.

**JAM-GRAPE:** Concord Grapes (Water, Grape Puree Concentrate), Sugar, Corn Syrup, Citric Acid, Pectin, Sodium Citrate.

**JAM-STRAWBERRY:** Strawberries (Strawberry Concentrate, Water), Corn Syrup, Sugar, Pectin, Citric Acid.

**KETCHUP:** Tomato concentrate made from Red Ripe Tomatoes, Distilled Vinegar, High Fructose Corn Syrup, Corn Syrup, Salt, Spice, Onion Powder, Natural Flavoring+. +Natural flavoring is plant in origin.

**MAYONNAISE:** Soybean Oil, Eggs, Water, Distilled Vinegar, Contains 2% or less of the following: Egg Yolks, Salt, Sugar, Lemon Juice Concentrate, Natural Flavor+, Calcium Disodium EDTA added to protect flavor, Dehydrated Garlic, Dehydrated Onion, Paprika or Paprika Oleoresin. +Natural flavors from plant sources. Contains: Egg.

**MUSTARD:** Water, Distilled Vinegar, Mustard Seed, Salt, Turmeric.

**PICKLES:** Cucumbers, Water, Vinegar, Salt, Calcium Chloride or 1/10 of 1% Sodium Benzoate as a preservative, Alum and/or Propylene Glycol, Polysorbate 80, Natural Flavors+, Yellow #5, Turmeric Oleoresin, Blue #1, Soy Lecithin. +Natural flavors from plant sources. Contains: Soy Lecithin.

**STEAK SAUCE – (for Angus Steak Burger):** Tomato Paste, Water, High Fructose Corn Syrup, Distilled Vinegar, Sugar, Molasses, Sautéed Onion Puree (Yellow Onions, Soybean Oil, Water, Vinegar), Dijon Mustard (Water, Mustard Seed, Salt, White Wine, Spice), Salt, Food Starch-Modified, Contains Less Than 2% Of Raisins, Orange Juice and Oleoresin, Dehydrated Onion, Citric Acid, Caramel Color, Sodium Benzoate And Potassium Sorbate (As Preservatives), Natural Flavors, Corn Syrup, Dehydrated Garlic, Tamarind.

**TARTAR SAUCE – (for BK BIG FISH® Sandwich):** Soybean Oil, Sweet Relish (Cucumbers, High Fructose Corn Syrup, Vinegar, Onion, Salt, Red Bell Peppers, Xanthan Gum, Sodium Benzoate and Potassium Sorbate as Preservatives, Natural Flavorings+, & Emulsifier of Turmeric), Water, Egg Yolks, Contains less than 2% High Fructose Corn Syrup, Salt, Distilled Vinegar, Sugar, Dehydrated Onion, Lemon Juice Concentrate, Spice, Natural Flavors, Sodium Benzoate and Potassium Sorbate as Preservatives, Phosphoric Acid, Disodium Inosinate and Disodium Guanylate, Xanthan Gum, Calcium Disodium EDTA added to protect flavor. +Natural Flavors from plant sources. Contains: Egg and Soy Lecithin.

**BK™ STACKER SAUCE:** Soybean Oil, Sweet Relish (Cured Cucumbers, High Fructose Corn Syrup, Vinegar, Onion, Salt, Red Bell Peppers, Xanthan Gum, Sodium Benzoate and Potassium Sorbate as Preservatives, Natural Flavorings, Calcium Chloride, Polysorbate 80, Turmeric), Sugar,

# CONTENTS (Continued)

Water, Distilled Vinegar, Tomato Paste, Egg Yolk, Contains Less Than 2%, Salt, Dehydrated Onion, Xanthan Gum, Sodium Benzoate And Potassium Sorbate As Preservatives, Natural Flavors+, Propylene Glycol Alginate, Calcium Chloride, Caramel Color, Paprika, Paprika And Extractives (Color), Guanylate, Canola Oil, Calcium Disodium EDTA Added To Protect Flavor. +Natural Flavors from plant sources. Contains: Egg.

**HONEY BUTTER SAUCE (for Ham Omelet):** Margarine [Liquid And Partially Hydrogenated Soybean Oil, Water, Salt, Vegetable Mono & Diglycerides, Soy Lecithin, Sodium Benzoate (A Preservative), Artificial Color, Natural And Artificial Flavor, Calcium Disodium Edta Added To Protect Flavor, Citric Acid], Sugar, Condensed Sweet Whole Milk (Whole Milk, Sugar), Water And Corn Syrup, High Fructose Corn Syrup (Corn Syrup, Salt), Brown Sugar, Corn Syrup, Honey, Mono And Diglycerides, Pectin, Potassium Sorbate As A Preservative, Natural & Artificial Flavor. Contains: Milk and Soy.

**WHIP TOPPING:** High Fructose Corn Syrup, Partially Hydrogenated Palm Kernel Oil, Water, Contains Less Than 2% Of The Following: Sodium Caseinate (A Milk Derivative), Soy Protein Concentrate, Polysorbate 60, Carbohydrate Gum, Salt, Monoglycerides of Fatty Acids, Soy Lecithin, To Preserve Freshness Potassium Sorbate, Xanthan Gum. *Not A Source Of Lactose. Contains: Milk, Soy.

**OREO® COOKIE CRUMBLES:** Sugar, Enriched Flour (Wheat Flour, Niacin, Reduced Iron, Thiamine Mononitrate [Vitamin B1], Riboflavin [Vitamin B2], Folic Acid), Palm And/Or High Oleic Canola And/Or Soybean Oil, Cocoa Processed With Alkali, High Fructose Corn Syrup, Baking Soda, Cornstarch, Salt, Soy Lecithin (Emulsifier), Vanillin – An Artificial Flavor, Chocolate. Contains: Wheat and Soy.

## BREAKFAST:

**BACON:** Fully Cooked Bacon - Cured with Water, Salt, Sugar, Smoke Flavoring, Sodium Phosphate, Sodium Erythorbate, Sodium Nitrite.

**EGG OMELET:** Whole Egg, Whey, Soybean Oil, Salt, Natural and Artificial Butter Flavor, Xanthan Gum, Citric Acid, Annatto (Color). Contains: Egg and Milk.

**HAM:** Fully-Cooked, Thinly Sliced, Boneless Ham-Water Added - Cured with Water, Salt, Sugar, Contains 2% Or Less Sodium Lactate, Sodium Phosphate, Sodium Diacetate, Sodium Erythorbate, Sodium Nitrite.

**SAUSAGE (fried):** Pork, Seasoning (Salt and Black Pepper), Corn Syrup Solids, Dextrose, Monosodium Glutamate, Partially Hydrogenated Soybean Oil, Flavor [Maltodextrin, Grill Flavor (from Soybean Oil), Modified Corn Starch, Corn Syrup Solids].

**HASH BROWN ROUNDS (fried):** Potatoes, Partially Hydrogenated Soybean Shortening, Dehydrated Potato Flakes (Potatoes, Mono and Diglycerides, Sodium Acid Pyrophosphate, Citric Acid), Salt, Corn Flour, Enriched Wheat Flour (Wheat Flour, Niacin, Iron, Thiamine Mononitrate, Riboflavin, Folic Acid), Natural Flavorings, Disodium Dihydrogen Pyrophosphate (to promote color retention), Dextrose. +Natural flavors from plant sources. Contains: Wheat.

**CHEESY TOTS™ Potatoes:** See List Above.

**BISCUIT:** Enriched Bleached Wheat Flour, Niacin, Ferrous Sulfate, Thiamine Mononitrate, Riboflavin, Folic Acid, Water, Partially Hydrogenated Soybean And Cottonseed Oil, Buttermilk, Sugar, Baking Soda, Salt, Sodium Aluminum Phosphate, Sodium Caseinate, Datem, Sodium Acid Pyrophosphate, Monocalcium Phosphate, Potassium Sorbate (Preservative), Nonfat Milk. Contains: Wheat and Milk Ingredients.

## CONTENTS (Continued)

**CROISSANT (CROISSAN'WICH):** Enriched Flour (Wheat Flour, Malted Barley Flour, Niacin, Reduced Iron, Thiamine Mononitrate, Riboflavin, Folic Acid), Water, Margarine (Partially Hydrogenated Soybean and/or Cottonseed Oils, Milk, Salt, Mono and Diglycerides, Sodium Benzoate (Preservative), Artificial Flavor, Beta Carotene (Color), Vitamin A Palmitate), Yeast, High Fructose Corn Syrup, Contains 2% or Less of: Salt, Calcium Propionate (preservative), Soy Lecithin, Egg Yolks, Corn Syrup, Wheat Gluten, Sodium Caseinate, Whey Proteins, Soy Flour. **Contains: Egg, Milk, Soy and Wheat.**

**CINI-MINIS:** Bleached Enriched Flour (Bleached Flour, Niacin, Ferrous Sulfate, Thiamin Mononitrate, Riboflavin, Folic Acid), Water, Margarine (Partially Hydrogenated Vegetable Oil (Soybean, Cottonseed), Water, Nonfat Milk, Cultured Nonfat Milk, Salt, Mono- And Diglycerides, Soy Lecithin, Vitamin A Palmitate, Artificial Color), Sugar, High Fructose Corn Syrup, Partially Hydrogenated Vegetable Oil (Soybean, Cottonseed), Dextrose, Cinnamon, Eggs, Molasses, Nonfat Dry Milk, Butter, Whey, Yeast, Salt, Baking Powder (Baking Soda, Sodium Aluminium Phosphate), Sodium Caseinate, Modified Tapioca Starch, Datem, Mono- And Diglycerides, Natural And Artificial Flavor, Artificial Color, Nonfat Milk, Soy Lecithin, Calcium Phosphate, Calcium Oxide, Azodicarbonamide, L-Cysteine Hydrochloride, Ascorbic Acid. **Contains: Wheat, Milk, Egg and Soy Lecithin.**

**VANILLA ICING:** Liquid sugar, icing sugar, partially hydrogenated vegetable oil (soybean and cottonseed, and/or canola oil), dextrose, sorbitol, salt, natural and artificial flavor, potassium sorbate (as preservative), xanthan gum, polysorbate 60, citric acid, corn starch.

**FRENCH TOAST STICKS (Fried):** Bread: Enriched Bleached Flour (Wheat Flour, Malted Barley Flour, Niacin, Reduced Iron, Thiamine Mononitrate, Riboflavin, Folic Acid), Water, Yeast, Contains 2% Or Less Of Each Of The Following: Partially Hydrogenated Soybean Oil, Cottonseed Oil, Wheat Gluten, Salt, Corn Flour, Dough Conditioners (May Contain One Or More Of The Following: Mono- And Diglycerides, Ethoxylated Mono- And Diglycerides, Calcium And Sodium Stearoyl Lactylates, Calcium Iodate, Calcium Peroxide, Ascorbic Acid, Azodicarbonamide, Enzymes), Yeast Nutrients (Monocalcium Phosphate, Calcium Sulfate, Ammonium Sulfate), Corn Starch, Calcium Propionate Added To Retard Spoilage, Turmeric And Paprika Extractives, Soy Lecithin, Soy Flour. Batter And Breading: Water, Bleached Wheat Flour Enriched With Niacin, Iron, Thiamine Mononitrate, Riboflavin, Folic Acid, Wheat Flour, Sugar, Yellow Corn Flour, Soy Flour, Contains 2% Or Less Of The Following: Dextrose, Modified Corn Starch, Salt, Lecithin, Gum Arabic, Leavening (Monocalcium Phosphate, Sodium Bicarbonate), Yeast, Dextrin, Corn Flour And Artificial Flavor. Frying Fat: Partially Hydrogenated Vegetable Oil (Soybean Oil). **Comparison: Ingredients are from plant sources. Fried In Soybean Oil. Contains: Wheat and Soy Ingredients.**

### DRINKS:
(note: certain drinks are not included because ingredient information appears on the packages of the drinks)

**BK JOE® COFFEE (REGULAR & JUMBO):** Prestige Liquid Coffee Extract and Water.

**BK JOE® DECAF COFFEE:** Prestige Decaffeinated Liquid Coffee Extract and Water.

**SHAKE MIX:** Nonfat and Nonfat Milkfat Milk, Sugar, Sweet Whey, High Fructose Corn Syrup, Mono And Diglycerides, Guar Gum, Natural And Artificial Vanilla Flavor, Guar Gum, Mono- and Diglycerides, Cellulose Gum, Sodium Phosphate, Carrageenan. **+ Natural flavors from plant sources. Contains Milk.**

## CONTENTS (Continued)

**STRAWBERRY SHAKE SYRUP:** Corn Syrup, Water, High Fructose Corn Syrup, Citric Acid, Artificial Flavor, Sodium Benzoate (Preservative), and Colored with Red #40.

**CHOCOLATE SHAKE SYRUP:** High Fructose Corn Syrup, Water, Dextrose, Cocoa (Processed with Alkali), Corn Syrup, Sweet Whey Powder, Salt, Xanthan Gum, Potassium Sorbate (Preservative), Natural Flavors. **Contains Milk.**

**COCA COLA® CLASSIC:** High Fructose Corn Syrup and/or Sucrose. Water, Caramel Color Phosphoric Acid, Natural+ Flavors, Caffeine. +Natural flavors from plant sources.

**DIET COKE®:** Water, Caramel Color, Phosphoric Acid, Sodium Saccharin, Potassium Benzoate (to protect taste), Natural+ Flavors, Citric Acid, Caffeine, Potassium Citrate, Aspartame, Dimethylpolysiloxane. +Natural flavors from plant sources.

**SPRITE®:** High Fructose Corn Syrup and/or Sucrose. Water, Citric Acid, Natural+ Flavors, Sodium Citrate, Sodium Benzoate, Dimethylpolysiloxane. +Natural flavors from plant sources.

**DR PEPPER®:** High Fructose Corn Syrup and/or Sucrose. Water, Caramel Color, Phosphoric Acid, Natural+ Flavors, Artificial and Natural+ Flavor, Phosphoric Acid, Caffeine, Sodium Benzoate, Quillaia, Yucca Extract. +Natural flavors from plant sources.

**ICEE – COCA COLA CLASSIC:** High Fructose Corn Syrup and/or Sucrose. Water, Caramel Color, Phosphoric Acid, Natural+ Flavors, Quillaia, Yucca Extract. +Natural flavors from plant sources.

**ICEE – MINUTE MAID® CHERRY:** High Fructose Corn Syrup and/or Sucrose. Water, Citric Acid, Natural+ Flavors, Quillaia, Sodium Benzoate to protect taste, Yucca Extract, Red #40. +Natural flavors from plant sources.

### FRIED PRODUCTS:
French Fries are cooked in a fryer designated for French fries only.

**These products are fried in a shared fryer:** BK BIG FISH® Filet, Pork Sausage, TENDERCRISP® Chicken, CHICKEN TENDERS®, BK™ Chicken Fries, Original Chicken Patty, Spicy CHICKN'CRISP™ Patty, Hashbrowns, DUTCH APPLE PIE, Chicken French Toast Sticks, French Toast Sandwich Bread, and Onion Rings. Currently, we use PARTIALLY HYDROGENATED SOYBEAN OIL in our fryers, which does contain trans fats. However, some BURGER KING® restaurants may be using a blend of frying vegetable oils that do not contain Partially Hydrogenated Vegetable Oil in the ingredient statement usually contain some Trans fats.

### FOOD ALLERGEN INFORMATION

**SHORTENING-VEGETABLE, SOLID, 100% SOYBEAN**

Please note:
The information provided by Burger King Corporation regarding our food is as complete as possible at the time of this publication: September 2007. Fast or Regional products have not been included. The information on this list is reported to us by our suppliers and is based on Burger King Corporation's standard product formulations. Variations may occur depending on the supplier and/or product assembly on a restaurant-by-restaurant bases. Product formulations may change periodically, and we continue to update the list to reflect changes that occur in our products.

Burger King Corporation, its franchisees, and employees, do not assume responsibility for a person's sensitivity or allergy to any item. If you have a food item question and can not locate, please always consult your healthcare practitioner for questions regarding your diet. We encourage anyone with food sensitivities, allergies, or special dietary needs to check www.bk.com. If your item question about our menu, call:

Burger King Consumer Relations Department
(305) 378-3535, Monday-Friday 9 a.m.-5 p.m. (ET)
or mail inquiries:
Burger King Corporation
Attn: Consumer Relations Department 5505 Blue Lagoon Drive
Miami, FL 33126

## NUTRITIONAL INFORMATION – for most current information please visit www.bk.com

| WHOPPER® Sandwiches | Calories | Total fat (g) | Saturated fat * (g) | Trans Fat (g) | Chol (mg) | Sodium (mg) | Total Carb (g) | Dietary Fiber (g) | Total Sugars (g) | Protein (g) | Serving Size (g) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WHOPPER® Sandwich | 670 | 39 | 11 | 1.5 | 95 | 1020 | 51 | 3 | 11 | 28 | 290 |
| WHOPPER® Sandwich w/o Mayo | 510 | 22 | 9 | 1 | 80 | 880 | 51 | 3 | 11 | 28 | 269 |
| WHOPPER® Sandwich with Cheese | 760 | 47 | 16 | 1.5 | 115 | 1450 | 52 | 3 | 11 | 33 | 315 |
| WHOPPER® Sandwich with Cheese w/o Mayo | 600 | 30 | 14 | 1.5 | 100 | 1310 | 52 | 3 | 11 | 33 | 294 |
| DOUBLE WHOPPER® Sandwich | 900 | 57 | 19 | 2 | 175 | 1090 | 51 | 3 | 11 | 47 | 373 |
| DOUBLE WHOPPER® Sandwich w/o Mayo | 740 | 39 | 17 | 2 | 160 | 950 | 51 | 3 | 11 | 47 | 352 |
| DOUBLE WHOPPER® Sandwich with Cheese | 990 | 64 | 24 | 2.5 | 195 | 1520 | 52 | 3 | 11 | 52 | 398 |
| DOUBLE WHOPPER® Sandwich with Cheese w/o Mayo | 830 | 47 | 22 | 2 | 180 | 1380 | 52 | 3 | 11 | 52 | 376 |
| TRIPLE WHOPPER® Sandwich | 1130 | 74 | 27 | 3 | 255 | 1160 | 51 | 3 | 11 | 67 | 456 |
| TRIPLE WHOPPER® Sandwich w/o Mayo | 980 | 57 | 25 | 2.5 | 240 | 1020 | 51 | 3 | 11 | 66 | 434 |
| TRIPLE WHOPPER® Sandwich With Cheese | 1230 | 82 | 32 | 3.5 | 275 | 1590 | 52 | 3 | 11 | 71 | 480 |
| TRIPLE WHOPPER® Sandwich with Cheese w/o Mayo | 1070 | 65 | 29 | 3 | 260 | 1450 | 52 | 3 | 11 | 71 | 459 |
| WHOPPER JR.® Sandwich | 370 | 21 | 6 | 0.5 | 50 | 560 | 31 | 2 | 6 | 15 | 158 |
| WHOPPER JR.® Sandwich w/o Mayo | 290 | 12 | 4.5 | 0 | 40 | 490 | 31 | 2 | 6 | 15 | 147 |
| WHOPPER JR.® Sandwich with Cheese | 410 | 24 | 8 | 1 | 60 | 780 | 32 | 2 | 6 | 18 | 170 |
| WHOPPER JR.® Sandwich with Cheese w/o Mayo | 330 | 16 | 7 | 0.5 | 55 | 710 | 31 | 2 | 6 | 18 | 159 |
| Bacon (1 Strip) | 15 | 1 | 0 | 0 | 5 | 60 | 0 | 0 | 0 | 1 | 2.5 |

| Fire-Grilled Burgers | Calories | Total fat (g) | Saturated fat * (g) | Trans Fat (g) | Chol (mg) | Sodium (mg) | Total Carb (g) | Dietary Fiber (g) | Total Sugars (g) | Protein (g) | Serving Size (g) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hamburger | 290 | 12 | 4.5 | 1 | 40 | 560 | 30 | 1 | 6 | 15 | 121 |
| Cheeseburger | 330 | 16 | 7 | 0.5 | 55 | 780 | 31 | 1 | 6 | 17 | 133 |
| Double Hamburger | 410 | 21 | 9 | 1 | 85 | 600 | 30 | 1 | 6 | 25 | 164 |

# NUTRITIONAL INFORMATION (continued)

| Fire-Grilled Burgers (cont.) | Calories | Total fat (g) | Saturated fat* (g) | Trans Fat (g) | Chol (mg) | Sodium (mg) | Total Carb (g) | Dietary Fiber(g) | Total Sugars (g) | Protein (g) | Serving Size (g) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Double Cheeseburger | 500 | 29 | 14 | 1.5 | 105 | 1030 | 31 | 1 | 6 | 30 | 189 |
| BK™ Double Stacker | 610 | 39 | 16 | 1.5 | 125 | 1100 | 32 | 1 | 5 | 34 | 190 |
| BK™ Triple Stacker | 800 | 54 | 23 | 2 | 185 | 1450 | 33 | 1 | 5 | 46 | 250 |
| BK™ Quad Stacker | 1000 | 68 | 30 | 3 | 240 | 1800 | 34 | 1 | 6 | 62 | 311 |
| The Angus Steak Burger | 640 | 33 | 10 | 1.5 | 185 | 1260 | 55 | 3 | 10 | 33 | 273 |

| Chicken, Fish, & Veggie | Calories | Total fat (g) | Saturated fat* (g) | Trans Fat (g) | Chol (mg) | Sodium (mg) | Total Carb (g) | Dietary Fiber(g) | Total Sugars (g) | Protein (g) | Serving Size (g) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TENDERGRILL® Chicken Sandwich | 510 | 19 | 3.5 | 0.5 | 75 | 1180 | 49 | 4 | 7 | 37 | 258 |
| TENDERGRILL® Chicken Sandwich w/o Mayo | 400 | 7 | 1.5 | 0 | 70 | 1090 | 49 | 4 | 7 | 36 | 244 |
| TENDERCRISP® Chicken Sandwich | 790 | 44 | 8 | 4 | 70 | 1640 | 68 | 5 | 9 | 33 | 284 |
| Original Chicken Sandwich | 660 | 40 | 8 | 2.5 | 70 | 1440 | 52 | 4 | 5 | 24 | 219 |
| Original Chicken Sandwich w/o Mayo | 450 | 17 | 4 | 2 | 50 | 1250 | 52 | 4 | 5 | 23 | 190 |
| Spicy CHICK'N CRISP™ Sandwich | 480 | 31 | 5 | 2 | 45 | 870 | 36 | 1 | 4 | 15 | 144 |
| Spicy CHICK'N CRISP™ Sandwich w/o Mayo | 320 | 13 | 2.5 | 1.5 | 30 | 730 | 36 | 1 | 4 | 15 | 122 |
| CHICKEN TENDERS® Kid's Meal 4 pc | 170 | 10 | 2.5 | 1.5 | 25 | 480 | 11 | 0 | 0 | 9 | 62 |
| CHICKEN TENDERS® 5 pc | 210 | 12 | 3 | 2 | 35 | 600 | 13 | 0 | 0 | 12 | 77 |
| CHICKEN TENDERS® Big Kid's Meal 6 pc | 250 | 15 | 3.5 | 2.5 | 40 | 720 | 16 | 0 | 0 | 14 | 92 |
| CHICKEN TENDERS® 8 pc | 340 | 20 | 5 | 3 | 55 | 960 | 21 | <1 | 1 | 19 | 123 |
| Barbecue Dipping Sauce (1 oz) | 40 | 0 | 0 | 0 | 0 | 310 | 11 | 0 | 10 | 0 | 28 |
| Honey Mustard Dipping Sauce (1 oz) | 90 | 6 | 1 | 0 | 10 | 180 | 8 | 0 | 7 | 0 | 28 |
| Sweet and Sour Dipping Sauce (1 oz) | 45 | 0 | 0 | 0 | 0 | 55 | 11 | 0 | 10 | 0 | 28 |
| Ranch Dipping Sauce (1 oz) | 140 | 15 | 2.5 | 0 | 5 | 95 | 1 | 0 | 1 | 1 | 28 |
| BK™ CHICKEN FRIES 6 pc | 260 | 15 | 3.5 | 3 | 35 | 650 | 18 | 2 | 1 | 12 | 85 |
| BK™ CHICKEN FRIES 9 pc | 390 | 23 | 5 | 4.5 | 50 | 980 | 26 | 3 | 1 | 18 | 128 |
| BK™ CHICKEN FRIES 12 pc | 520 | 31 | 7 | 6 | 65 | 1300 | 35 | 4 | 2 | 25 | 170 |
| Buffalo Dipping Sauce (1 oz) | 80 | 8 | 1.5 | 0 | 5 | 350 | 2 | 0 | 1 | 0 | 28 |
| BK BIG FISH® Sandwich | 640 | 32 | 6 | 2.5 | 65 | 1450 | 67 | 3 | 9 | 24 | 249 |
| w/o Tartar Sauce | 470 | 13 | 3 | 2 | 50 | 1240 | 65 | 3 | 7 | 23 | 220 |
| BK VEGGIE® Burger** | 420 | 16 | 2.5 | 0 | 10 | 1100 | 46 | 7 | 8 | 23 | 215 |
| BK VEGGIE® Burger** w/ Cheese | 470 | 20 | 5 | 0 | 20 | 1320 | 47 | 7 | 9 | 25 | 228 |
| BK VEGGIE® Burger** w/o Mayo | 340 | 8 | 1 | 0 | 0 | 1030 | 46 | 7 | 8 | 23 | 205 |

| Side Orders | Calories | Total fat (g) | Saturated fat* (g) | Trans Fat (g) | Chol (mg) | Sodium (mg) | Total Carb (g) | Dietary Fiber(g) | Total Sugars (g) | Protein (g) | Serving Size (g) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MOTT'S® Strawberry Flavored Apple Sauce | 90 | 0 | 0 | 0 | 0 | 0 | 23 | <1 | 21 | 0 | 113 |
| Onion Rings – Small | 140 | 7 | 1.5 | 1 | 0 | 210 | 18 | 2 | 2 | 2 | 43 |
| Onion Rings – Medium | 310 | 15 | 3.5 | 2.5 | 0 | 440 | 37 | 4 | 4 | 4 | 91 |
| Onion Rings – Large | 440 | 22 | 4.5 | 4 | 0 | 620 | 53 | 5 | 6 | 6 | 130 |
| Onion Rings – King | 500 | 25 | 5 | 4.5 | 0 | 720 | 62 | 5 | 7 | 7 | 150 |
| Zesty Onion Ring Dipping Sauce (1 oz) | 150 | 15 | 2.5 | 0 | 15 | 210 | 3 | <1 | 2 | 0 | 28 |
| CHEESY TOTS™ Potatoes – Small (6 pc) | 210 | 12 | 4.5 | 2 | 20 | 650 | 20 | 2 | 1 | 7 | 77 |
| CHEESY TOTS™ Potatoes – Medium (9 pc) | 320 | 18 | 7 | 3 | 30 | 970 | 30 | 3 | 2 | 10 | 115 |
| CHEESY TOTS™ Potatoes – Large (12 pc) | 430 | 24 | 9 | 4 | 40 | 1300 | 40 | 3 | 2 | 14 | 153 |
| French Fries – Small (Salted) | 230 | 13 | 3 | 3 | 0 | 380 | 26 | 2 | 1 | 2 | 74 |
| French Fries – Medium (Salted) | 360 | 20 | 4.5 | 4.5 | 0 | 590 | 41 | 4 | 1 | 4 | 116 |
| French Fries – Large (Salted) | 500 | 28 | 6 | 6 | 0 | 820 | 57 | 6 | 5 | 5 | 160 |
| French Fries – King (Salted) | 600 | 33 | 8 | 7 | 0 | 990 | 69 | 6 | 2 | 6 | 194 |
| French Fries – Small (Salt not added)* | 230 | 13 | 3 | 3 | 0 | 240 | 26 | 2 | 1 | 2 | 74 |
| French Fries – Medium (Salt not added)* | 360 | 20 | 4.5 | 4.5 | 0 | 380 | 41 | 4 | 1 | 4 | 116 |
| French Fries – Large (Salt not added)* | 500 | 28 | 6 | 6 | 0 | 530 | 57 | 6 | 5 | 5 | 160 |
| French Fries – King (Salt not added)* | 600 | 33 | 8 | 7 | 0 | 640 | 69 | 6 | 2 | 6 | 194 |

| Salads (w/out dressing or garlic parmesan croutons) | Calories | Total fat (g) | Saturated fat* (g) | Trans Fat (g) | Chol (mg) | Sodium (mg) | Total Carb (g) | Dietary Fiber(g) | Total Sugars (g) | Protein (g) | Serving Size (g) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Side Garden Salad | 15 | 0 | 0 | 0 | 0 | 0 | 3 | 1 | 1 | 1 | 98 |
| TENDERGRILL® Chicken Garden Salad | 240 | 9 | 3.5 | 0 | 80 | 720 | 8 | 4 | 3 | 33 | 292 |
| TENDERCRISP® Chicken Garden Salad | 410 | 22 | 6 | 3.5 | 70 | 1080 | 26 | 5 | 4 | 29 | 306 |
| Garden Salad (no chicken) | 90 | 5 | 2.5 | 0 | 15 | 125 | 7 | 3 | 3 | 5 | 184 |

| Salad Dressings & Toppings & Condiments | Calories | Total fat (g) | Saturated fat* (g) | Trans Fat (g) | Chol (mg) | Sodium (mg) | Total Carb (g) | Dietary Fiber(g) | Total Sugars (g) | Protein (g) | Serving Size (g) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KEN'S® Light Italian Dressing (2 oz) | 120 | 11 | 1.5 | 0 | 0 | 440 | 5 | 0 | 4 | 0 | 57 |
| KEN'S® Ranch Dressing (2 oz) | 190 | 20 | 3 | 0 | 20 | 560 | 2 | 0 | 1 | 1 | 57 |
| KEN'S® Creamy Caesar Dressing (2 oz) | 210 | 21 | 4 | 0 | 25 | 610 | 4 | 0 | 3 | 3 | 57 |
| KEN'S® Honey Mustard Dressing (2 oz) | 270 | 23 | 3 | 0 | 20 | 520 | 15 | 0 | 14 | 1 | 57 |
| KEN'S® Fat Free Ranch Dressing (2 oz) (Restaurant Option) | 60 | 0 | 0 | 0 | 0 | 740 | 15 | 2 | 5 | 0 | 57 |
| Garlic Parmesan Croutons | 60 | 2 | 0 | 0 | 0 | 120 | 9 | 0 | 0 | 2 | 14 |
| Ketchup (Packet) | 10 | 0 | 0 | 0 | 0 | 125 | 3 | 0 | 2 | 0 | 10 |
| Mayonnaise (Packet) | 80 | 9 | 1.5 | 0 | 10 | 75 | 0 | 0 | 0 | 0 | 12 |

| Desserts | Calories | Total fat (g) | Saturated fat* (g) | Trans Fat (g) | Chol (mg) | Sodium (mg) | Total Carb (g) | Dietary Fiber(g) | Total Sugars (g) | Protein (g) | Serving Size (g) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dutch Apple Pie | 300 | 13 | 3 | 3 | 0 | 270 | 45 | 1 | 23 | 2 | 108 |
| HERSHEY'S Sundae Pie | 310 | 19 | 12 | 0 | 10 | 220 | 32 | 1 | 22 | 3 | 79 |

| Breakfast | Calories | Total fat (g) | Saturated fat* (g) | Trans Fat (g) | Chol (mg) | Sodium (mg) | Total Carb (g) | Dietary Fiber(g) | Total Sugars (g) | Protein (g) | Serving Size (g) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CROISSAN'WICH® Egg & Cheese | 300 | 17 | 6 | 2 | 145 | 740 | 26 | <1 | 5 | 12 | 115 |
| CROISSAN'WICH® Sausage & Cheese | 370 | 25 | 9 | 2 | 50 | 810 | 23 | <1 | 3 | 14 | 106 |
| CROISSAN'WICH® Sausage, Egg & Cheese | 470 | 32 | 11 | 2.5 | 180 | 1060 | 26 | 1 | 5 | 19 | 159 |
| CROISSAN'WICH® Ham, Egg & Cheese | 340 | 18 | 6 | 2 | 160 | 1230 | 26 | 1 | 6 | 18 | 149 |
| CROISSAN'WICH® Bacon, Egg & Cheese | 340 | 20 | 7 | 2 | 155 | 890 | 26 | <1 | 5 | 15 | 122 |
| DOUBLE CROISSAN'WICH™ w/ Sausage, Egg, & Cheese | 680 | 51 | 18 | 3 | 220 | 1590 | 26 | 1 | 6 | 29 | 215 |
| DOUBLE CROISSAN'WICH™ w/ Bacon, Egg, & Cheese | 430 | 27 | 10 | 2 | 175 | 1250 | 27 | <1 | 6 | 21 | 142 |
| DOUBLE CROISSAN'WICH™ w/ Ham, Egg, & Cheese | 420 | 23 | 9 | 2 | 185 | 2210 | 27 | 1 | 7 | 27 | 196 |
| DOUBLE CROISSAN'WICH™ w/ Sausage, Bacon, Egg, & Cheese | 550 | 39 | 14 | 2.5 | 200 | 1420 | 27 | 1 | 6 | 25 | 179 |
| DOUBLE CROISSAN'WICH™ w/ Ham, Bacon, Egg, & Cheese | 420 | 24 | 9 | 2 | 180 | 1600 | 27 | 1 | 7 | 24 | 169 |

# NUTRITIONAL INFORMATION (continued)

| Breakfast (cont.) | Calories | Total fat (g) | Saturated fat* (g) | Trans Fat (g) | Chol (mg) | Sodium (mg) | Total Carb (g) | Dietary Fiber(g) | Total Sugars (g) | Protein (g) | Serving Size (g) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOUBLE CROISSAN'WICH™ w/ Ham, Sausage, Egg, & Cheese | 550 | 37 | 14 | 2.5 | 205 | 2040 | 27 | 1 | 6 | 28 | 206 |
| Enormous Omelet Sandwich | 730 | 45 | 16 | 4 | 330 | 1940 | 44 | 2 | 8 | 37 | 266 |
| Ham Omelet Sandwich | 330 | 14 | 5 | 0 | 90 | 1130 | 35 | 1 | 4 | 16 | 139 |
| Sausage Biscuit | 390 | 26 | 8 | 5 | 35 | 1020 | 28 | 1 | 2 | 11 | 118 |
| Ham, Egg & Cheese Biscuit | 390 | 22 | 7 | 5 | 145 | 1410 | 31 | 1 | 4 | 16 | 156 |
| Sausage, Egg & Cheese Biscuit | 530 | 37 | 12 | 6 | 175 | 1490 | 31 | 1 | 4 | 20 | 183 |
| Bacon, Egg & Cheese Biscuit | 410 | 25 | 8 | 5 | 150 | 1320 | 31 | 1 | 4 | 16 | 146 |
| Hash Browns – Small | 260 | 17 | 4.5 | 5 | 0 | 500 | 25 | 2 | 0 | 2 | 84 |
| Hash Browns – Medium | 430 | 28 | 8 | 9 | 0 | 830 | 42 | 4 | 0 | 4 | 140 |
| Hash Browns – Large | 620 | 40 | 11 | 13 | 0 | 1200 | 60 | 6 | 1 | 5 | 202 |
| CHEESY TOTS™ Potatoes – See Side Orders | | | | | | | | | | | |
| Cini-minis | 390 | 18 | 5 | 4 | 20 | 560 | 51 | 2 | 19 | 7 | 108 |
| Vanilla Icing (for Cini-minis) | 110 | 3 | 0.5 | 0.5 | 0 | 40 | 21 | 0 | 20 | 0 | 28 |
| French Toast Sticks (3 piece) | 240 | 13 | 2.5 | 2 | 0 | 260 | 26 | 1 | 6 | 4 | 65 |
| French Toast Sticks (5 piece) | 390 | 22 | 4.5 | 3 | 0 | 440 | 43 | 2 | 9 | 7 | 109 |
| French Toast Kid's Meal (with syrup) | 680 | 24 | 6 | 3 | 10 | 590 | 100 | 3 | 55 | 15 | 494 |
| Grape Jam | 30 | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 6 | 0 | 12 |
| Strawberry Jam | 30 | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 6 | 0 | 12 |
| Breakfast Syrup | 80 | 0 | 0 | 0 | 0 | 20 | 21 | 0 | 14 | 0 | 28 |

| Shakes, Milk, & Iced Coffee | Calories | Total fat (g) | Saturated fat* (g) | Trans Fat(g) | Chol (mg) | Sodium (mg) | Total Carb (g) | Dietary Fiber(g) | Total Sugars (g) | Protein (g) | Serving Size (g) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mocha BK JOE® Iced Coffee | 380 | 10 | 6 | 0 | 40 | 290 | 66 | 1 | 63 | 6 | 452 |
| HERSHEY'S 1% Low Fat Milk | 110 | 2.5 | 1.5 | 0 | 15 | 130 | 13 | 0 | 12 | 8 | 244 |
| HERSHEY'S 1% Low Fat Chocolate Milk | 180 | 2.5 | 1.5 | 0 | 15 | 140 | 31 | 1 | 29 | 9 | 250 |
| Vanilla Milk Shake – Small | 400 | 15 | 9 | 0 | 60 | 240 | 57 | 0 | 55 | 8 | 296 |
| Vanilla Milk Shake – Medium | 560 | 21 | 13 | 0.5 | 85 | 330 | 79 | 0 | 77 | 11 | 411 |
| Vanilla Milk Shake – Large | 820 | 30 | 19 | 1 | 125 | 490 | 117 | 0 | 114 | 16 | 608 |
| Chocolate Milk Shake – Small | 470 | 14 | 8 | 0 | 55 | 390 | 75 | 1 | 72 | 9 | 315 |
| Chocolate Milk Shake – Medium | 690 | 20 | 12 | 0 | 75 | 680 | 114 | 2 | 110 | 11 | 447 |
| Chocolate Milk Shake – Large | 950 | 29 | 19 | 0.5 | 115 | 640 | 151 | 2 | 146 | 16 | 640 |
| Strawberry Milk Shake – Small | 460 | 14 | 9 | 0 | 55 | 240 | 73 | 0 | 71 | 7 | 314 |
| Strawberry Milk Shake – Medium | 660 | 19 | 12 | 0 | 75 | 330 | 111 | 0 | 109 | 10 | 444 |
| Strawberry Milk Shake – Large | 930 | 28 | 18 | 0.5 | 115 | 490 | 148 | <1 | 145 | 15 | 637 |
| OREO® Sundae Shake – Vanilla – Small | 610 | 24 | 16 | 0.5 | 60 | 400 | 87 | 1 | 81 | 10 | 351 |
| OREO® Sundae Shake – Vanilla – Medium | 800 | 31 | 20 | 1 | 85 | 570 | 119 | 2 | 105 | 13 | 479 |
| OREO® Sundae Shake – Chocolate – Small | 680 | 24 | 15 | 0.5 | 55 | 680 | 105 | 2 | 95 | 9 | 369 |
| OREO® Sundae Shake – Chocolate – Medium | 960 | 32 | 20 | 0.5 | 75 | 720 | 154 | 3 | 138 | 13 | 515 |
| OREO® Sundae Shake – Strawberry – Small | 660 | 23 | 15 | 0.5 | 55 | 380 | 103 | 1 | 94 | 9 | 367 |
| OREO® Sundae Shake – Strawberry – Medium | 940 | 31 | 19 | 0.5 | 75 | 550 | 151 | 2 | 136 | 12 | 512 |

*Saturated fat* (g)*: *Does not include Trans Fat.

BK VEGGIE® Burger™: ™Burger King Corporation makes no claim that the BK VEGGIE® Burger or any other of its products meets the requirements of a vegan or vegetarian diet. This product is NOT cooked on any equipment with meat or poultry products.

•To reduce sodium, you can order french fries without added salt.

## Beverages

| | COCA COLA® CLASSIC‡ | | | | | SPRITE®‡ | | | | | DR. PEPPER®‡ | | | | | DIET COKE® | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cup Serving Size*: | Kids | Small | Medium | Large | King | Kids | Small | Medium | Large | King | Kids | Small | Medium | Large | King | Kids | Small | Medium | Large | King |
| Calories | 110 | 140 | 200 | 290 | 390 | 110 | 140 | 200 | 290 | 390 | 110 | 140 | 200 | 280 | 380 | 0 | 0 | 0 | 0 | 5 |
| Carboydrate (g) | 30 | 39 | 53 | 79 | 104 | 29 | 39 | 53 | 79 | 104 | 29 | 39 | 52 | 78 | 104 | 0 | 0 | 0 | 0 | 0 |
| Sugar (g) | 30 | 39 | 53 | 79 | 104 | 29 | 39 | 53 | 79 | 104 | 29 | 35 | 50 | 70 | 95 | 0 | 0 | 0 | 0 | 0 |
| Sodium (mg) | 0 | 0 | 0 | 5 | 10 | 25 | 40 | 45 | 65 | 85 | 25 | 35 | 50 | 70 | 95 | 10 | 15 | 20 | 25 | 35 |

| | BK JOE® Regular Coffee‡ | | | BK JOE® Turbo Coffee‡ | | | BK JOE® Decaf Coffee‡ | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cup Serving Size*: | Small | Medium | Large | Small | Medium | Large | Small | Medium | Large | | | *Cup Serving Sizes (fl. oz) | |
| Calories | 5 | 10 | 10 | 10 | 10 | 15 | 5 | 5 | 5 | Kids: 12    Small: 16    Medium: 22    Large: 32    King: 42 | | | |
| Carboydrate (g) | 1 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | | | | |
| Sugar (g) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | |
| Sodium (mg) | 15 | 20 | 25 | 20 | 30 | 40 | 5 | 10 | 10 | | | | |
| Protein (g) | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | |

| | MINUTE MAID® Apple Juice | MINUTE MAID® Orange Juice | AQUAFINA® Water | ICEE® COCA COLA CLASSIC‡ | | ICEE® MINUTE MAID® Cherry‡ | |
|---|---|---|---|---|---|---|---|
| | | | | Small | Medium | Small | Medium |
| Cup Serving Size*: | 6.67 oz. | 8 oz. | 16 fl. oz. | 110 | 140 | 110 | 140 |
| Calories | 90 | 140 | 0 | 31 | 40 | 31 | 40 |
| Carboydrate (g) | 23 | 33 | 0 | 31 | 40 | 31 | 40 |
| Sugar (g) | 21 | 30 | 0 | 10 | 10 | 5 | 10 |
| Sodium (mg) | 15 | 20 | 0 | 0 | 0 | 0 | 0 |
| Protein (g) | 0 | 2 | 0 | | | | |
| Vitamin C (mg) | 60 | 42 | 0 | | | | |

Beverages "‡": These values represent Sodium derived from ingredients other than water. The actual amount of Sodium in the beverages will vary depending on the quantity contained in the water supply where the finished beverages are produced.

TM & © 2007 Burger King Brands, Inc. All Rights Reserved. © 2007 The Coca-Cola Company "Coca-Cola," "Coca-Cola Classic," "Diet Coke," "Sprite" "ICEE" and "Minute Maid" are registered trademarks of the Coca-Cola Company. All Rights Reserved. DR. PEPPER is a registered trademarks of Dr Pepper/Seven Up, Inc. © 2007. CHEESY TOTS™ is a trademark of H.J. Heinz Company and used under license by Burger King Corporation. Mott's is a registered trademark of Mott's LLP. All Rights Reserved. The HERSHEY'S trademark and trade dress are used under license.

This information provided by Burger King Corporation regarding our food is as complete as possible at the time of this publication: September 2007. Test or Regional products have not been included. The source of this information is reported to us by our suppliers or is lab tested "as served" by an accredited laboratory. We use FSHA Research Genesis R&D Software to calculate this nutritional data. Variations may occur depending on the season, the supplier and product preparation at your local restaurant. Product formulations may change periodically, we continue to update this list to reflect changes that occur in our products. Please check www.bk.com on a regular basis for the most up-to-date nutritional information.

**Note: NYC & Philadelphia Residents:** We have changed our oils to a trans fat free oil in the restaurants in your area. However, some products still contain partially hydrogenated oil in the formulation, and therefore, may have some trans fat. These nutritionals will not appropriately reflect the level of trans fat in products served in these areas, in many cases, the level of trans fat will be less than reflected in this brochure. These nutritionals apply to the rest of the U.S. where the fry oil used is partially hydrogenated soybean oil, which does contain trans fat.