1  Trenton H. Norris (California State Bar No. 164781)
   Sarah Esmaili (California State Bar No. 206053)
2  ARNOLD & PORTER LLP
   90 New Montgomery Street, Suite 600
3  San Francisco, CA  94105
   Telephone:  (415) 356-3000
4  Facsimile:  (415) 356-3099
   Email:  trent.norris@aporter.com
5  Email:  sarah.esmaili@aporter.com

6  Peter L. Zimroth (*pro hac vice*)
   Kent A. Yalowitz (*pro hac vice*)
7  Nancy G. Milburn (*pro hac vice*)
   ARNOLD & PORTER LLP
8  399 Park Avenue
   New York, NY  10022
9  Telephone:  (212) 715-1000
   Facsimile:  (212) 715-1399
10 Email:  peter.zimroth@aporter.com
   Email:  kent.yalowitz@aporter.com
11 Email:  nancy.milburn@aporter.com

12 Attorneys for Plaintiff
   CALIFORNIA RESTAURANT ASSOCIATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE COUNTY OF SANTA CLARA and THE SANTA CLARA COUNTY PUBLIC HEALTH DEPARTMENT,<br><br>　　　　Defendants. | No. CV-08-03685 CW<br>(Related to No. CV-08-03247 CW)<br><br>**MANUAL FILING NOTIFICATION REGARDING EXHIBIT F TO DECLARATION OF STEPHANIE QUIRANTES IN SUPPORT OF PLAINTIFF'S MOTION FOR DECLARATORY RELIEF AND A PRELIMINARY INJUNCTION**<br><br>Hearing Date:　August 28, 2008<br>Hearing Time:　2:00 p.m.<br>Courtroom:　　Courtroom 2, 4th Floor<br><br>The Honorable Claudia Wilken<br><br>Complaint filed:  July 22, 2008<br>Notice of Removal filed:  August 1, 2008 |

1  Plaintiff California Restaurant Association is filing with the Court a paper copy only of
2  Exhibit F attached to the Declaration of Stephanie Quirantes in Support of Plaintiff's Motion for
3  Declaratory Relief and a Preliminary Injunction.  This exhibit is oversized and cannot be submitted
4  electronically for filing.

6  Dated:  August 18, 2008                              ARNOLD & PORTER LLP

9                                                      By:  _____/s/_____
                                                            Trenton H. Norris
                                                            Attorneys for Plaintiff
10                                                          CALIFORNIA RESTAURANT
                                                                ASSOCIATION

- 2 -
CASE NO. CV-08-03685 CW
MANUAL FILING NOTIFICATION REGARDING EXHIBIT F TO DECLARATION OF STEPHANIE QUIRANTES