1   ANN MILLER RAVEL, County Counsel (S.B. #62139)
    MIGUEL MÁRQUEZ, Assistant County Counsel (S.B. #184621)
2   TAMARA LANGE, Lead Deputy County Counsel (S.B. #177949)
    JENNIFER S. SPRINKLES, Deputy County Counsel (S.B. #211493)
3   OFFICE OF THE COUNTY COUNSEL
    70 West Hedding Street, East Wing, Ninth Floor
4   San Jose, California 95110-1770
    Telephone: (408) 299-5900
5   Facsimile: (408) 292-7240

6   Attorneys for Defendants
    COUNTY OF SANTA CLARA AND
7   THE SANTA CLARA COUNTY
    PUBLIC HEALTH DEPARTMENT
8

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

13  CALIFORNIA RESTAURANT              No.    C08-03685 CW
    ASSOCIATION,
14
            Plaintiff,                 **DECLARATION OF DR. MARTIN**
15                                     **FENSTERSHEIB IN OPPOSITION TO**
                                       **PLAINITFF'S MOTION FOR**
16  v.                                 **DECLARATORY RELIEF AND A**
                                       **PRELIMINARY INJUNCTION**
17  THE COUNTY OF SANTA CLARA and
    THE SANTA CLARA COUNTY PUBLIC      Hearing Date:  August 28, 2008
18  HEALTH DEPARTMENT,                 Time:  2:00 p.m.
                                       Dept.: Ctrm 2, 4th Floor
19          Defendants.

20

21

22

23

24

25

26

27

28

DECLARATION OF DR. MARTIN FENSTERSHEIB
CASE NO.  C08-03685 CW

1    I, Dr. Martin Fenstersheib, declare as follows:

2    1.    I have personal knowledge of the matters stated herein, except for those matters set

3    forth on information and belief, which I believe to be true, and if called to testify, I can and will

4    testify competently as to all matters set forth herein.

5    2.    I am the Health Officer of the Department of Public Health (the "Department") of the

6    County of Santa Clara (the "County"). I have held this position since 1994. I am also the Acting

7    Director of the Department. A copy of my *curriculum vitae* is attached hereto as Exhibit A.

8    3.    State law vests the Board of Supervisors with the power to preserve and protect the

9    public health in the unincorporated territory of the County by adopting ordinances, regulations and

10    orders not in conflict with general laws.[1]

11    4.    Pursuant to § A18-10 of the Santa Clara County Ordinance Code ("Ordinance Code"),

12    the Health Officer shall observe and enforce all orders and standards pertaining to public health

13    which are adopted by the Board of Supervisors. This responsibility is in addition to all the duties

14    prescribed by state statutes and regulations. A core function of the Health Officer and the

15    Department is to conduct health assessments and determine factors that negatively affect the health of

16    County residents.

17    5.    Pursuant to § A18-11 of the Ordinance Code, the County Health Officer has the

18    authority to act as the Health Officer for the fifteen cities within Santa Clara County. By resolution

19    and ordinance all fifteen cities have authorized the County Health Officer to act as health officer

20    within their jurisdiction. I will be meeting with the cities to encourage them to adopt the County's

21    menu labeling ordinance within each city.

22    6.    Because of the importance of the public health risk caused by obesity and poor

23    nutrition, I participated in all aspects of determining the need for Ordinance NO. NS-300.793, which

24    amended Division A18 of the Ordinance Code of the County of Santa Clara by adding a new Chapter

25    XXII to provide for menu labeling in chain restaurants ("Ordinance 300.793" or "Menu Labeling

26

27    [1] Cal. Health & Saf. Code § 101025.

28

1  Ordinance"), and I am submitting this declaration in opposition to the California Restaurant

2  Association's ("CRA") motion for declaratory relief and a preliminary injunction.

3  **I.    OBESITY IS EPIDEMIC IN THE U.S., CALIFORNIA, AND SANTA CLARA
        COUNTY**

4

5      7.    The epidemic of overweight and obesity have become the fastest growing and most

6  daunting public health challenge in the United States today.  The Centers for Disease Control and

7  Prevention ("CDC") uses the terms "overweight" and "obesity" as "labels for ranges of weight that

8  are greater than what is generally considered healthy for a given height."[2]  An overweight and obesity

9  epidemic currently damages the health of many Americans, including residents of Santa Clara

10 County.[3]  Over the last 25 years, obesity rates have doubled among U.S. adults and tripled among

11 children and teens.[4]  In the last decade alone, obesity rates have increased in *every* state in the nation.[5]

12 In 1995, less than 20% of adults were obese in each of the fifty states.  Just ten years later in 2005,

13 less than 20% of adults were obese in only *four* states, while in seventeen states, 25% or more of

14 adults were obese.[6]  In California, the percentage of obese adults has doubled to 23%, and more than

15 one third of children are overweight or at risk of being overweight.[7]  A comparison of the obesity

16 trend in just one year – from 2006 to 2007 – shows a dramatic national increase in rates of obesity,

17 including in California's immediate neighbors, Oregon and New Mexico:

18      [2] The Centers for Disease Control and Prevention, U.S. DEP'T OF HEALTH AND HUMAN SERVS.,
    DEFINING OVERWEIGHT AND OBESITY, http://www.cdc.gov/ nccdphp/dnpa/obesity/defining.htm.  An
19  adult who has a Body Mass Index (BMI) between 25 and 29.9 is considered overweight.  An adult
    who has a BMI of 30 or higher is considered obese.  *Id.*

20      [3] *Id.*

21      [4] Ogden CL, Carroll MD, Curtin LR, McDowell MA, Tabak CJ, Flegal KM.  Prevalence of
    overweight and obesity in the United States, 1999-2004. *Journal of the American Medical
22  Association.* 295:1549-1555. 2006; *see also Pelman v. McDonald's Corp.*, 237 F. Supp. 2d 512, 519-
    20 (S.D.N.Y. 2003) (summarizing rising obesity rates among adults and children).

23      [5] U.S. DEP'T OF HEALTH & HUMAN SERVS.,THE SURGEON GENERAL'S CALL TO ACTION TO
    PREVENT AND DECREASE OVERWEIGHT AND OBESITY (2001),
24  http://www.surgeongeneral.gov/topics/obesity/calltoaction/CalltoAction.pdf.

25      [6] CENTERS FOR DISEASE CONTROL AND PREVENTION (CDC), U.S. DEP'T OF HEALTH & HUMAN
    SERVS., U.S. OBESITY TRENDS 1985-2005,
26  http://www.cdc.gov/nccdphp/dnpa/obesity/trend/maps/index.htm.

27      [7] CAL. DEP'T OF HEALTH SERVS., FINDINGS FROM THE 1999 CALIFORNIA CHILDREN'S HEALTHY
    EATING AND EXERCISE PRACTICES SURVEY (2004), http://www.dhs.ca.gov/ps/cdic/cpns/research/
    download/calcheeps/CalCHEEPS-Low.pdf.

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24







25    8.    According to the Santa Clara County Behavioral Risk Factor Survey (BRFSS), County

26  adults showed a trend that mirrors the national trends.  In 2000, 52% of County adults were either

27
28

obese or overweight.[8]  By 2005, that proportion had increased to 53.8%.  Certain minority groups in

the County face dramatically higher obesity and overweight rates.  In 2005, over 70% of County adult

Latinos and African Americans reported a Body Mass Index (BMI) compatible with obesity or

overweight.  In addition, County Hispanics reported a 7% increase in the prevalence of overweight

and obesity during this 5 year period, which was the greatest increase.[9]



9.    County children also are impacted by this health crisis.  According to data from the

California Healthy Kids Survey (CHKS) for all the school districts in Santa Clara County, 26% of

high and middle school children in Santa Clara County were either overweight or at risk of becoming

overweight.[10]  This proportion is also higher among minorities: Latino (37%) and African American

(33%) students were overweight or at risk of becoming overweight compared to one in five for other

---

[8] Santa Clara County 2000 and 2005 Behavioral Risk Factors Survey (BRFSS), www.sccphd/statistics2.

[9] *Id.*.

[10] Santa Clara County 2005-2006 California Healthy Kids Survey (CHKS), www.sccphd.org/statistics2.

ethnic groups.[11]  Researchers note that 50% of children who are overweight remain overweight as

adults, contributing to increased cases of diabetes, heart disease and other chronic diseases.[12]



**Middle and high school students who are overweight or at risk of being overweight***

Source: SCC Public Health Department, California Healthy Kids Survey, 2005-2006
*Notes: Overweight or at risk of being overweight includes BMI >=85th percentile

10.    On June 24, 2008, the Board of Supervisors of the County of Santa Clara voted

unanimously to adopt Ordinance 300.793.  The Ordinance mandates that chain restaurants with 14 or

more locations in California post calorie and nutrition information on menus and menu boards to

enable the citizens of Santa Clara County to make more informed dining choices.

The County's Menu Labeling Ordinance will give residents of Santa Clara County the caloric content

and nutritional components of food prepared, purchased, and eaten outside the home, enabling them

to make healthy choices to prevent and/or manage chronic diseases associated with being overweight

or obese.  This information is sorely needed and not presently available to most consumers.  By

---

[11] *Id.*

[12] UNIV. OF CAL., AGRIC. & NATURAL RES., NUTRITION ONLINE MEDIA KIT, FACT SHEET,
http://news.ucanr.org/mediakits/nutrition/nutritionfactsheet.shtml (citing Univ. of Cal., Berkeley,
Cooperative Extension, Dep't of Nutritional Sci., *Childhood Overweight, A Fact Sheet for
Professionals* (2000)).

mandating that restaurants post nutritional information on menus and menu boards, Ordinance 300.793 will allow County residents dining in chain restaurants to make more informed decisions that may decrease their risk of the severe negative health effects associated with being overweight or obese. Access to such information is most beneficial at the point of purchase and is of particular value to parents trying to help their children eat wisely and to persons with specific dietary needs. Chain restaurants are an appropriate focus for menu labeling regulations because chain restaurants typically have standardized menus, recipes and preparation methods that allow for accurate nutritional disclosures. The Ordinance will also likely lead restaurants (as already evidenced in NYC), to reformulate their menus to include healthier options.

## II.    OBESITY, EXCESS WEIGHT AND POOR NUTRITION CAUSE A WIDE RANGE OF SERIOUS HEALTH PROBLEMS FOR SANTA CLARA COUNTY ADULTS AND CHILDREN

11.    The health problems associated with being overweight or obese have caused a public health crisis in Santa Clara County. Overweight or obese individuals are at increased risk for type 2 diabetes, heart disease, stroke, arthritis, gall bladder disease, osteoarthritis, sleep apnea, respiratory problems, depression, and colon, breast, endometrial, and prostate cancers. A survey in Santa Clara County found a strong correlation between overweight and obesity with certain chronic diseases.[13] Adults who were obese or overweight were three times more likely to have been diagnosed with high blood pressure and 1.8 times more likely to have a diagnosis of arthritis compared to those who were not obese or overweight.[14] An estimated 22% of County adult residents have high blood pressure, which requires limiting their sodium intake. In addition, 33% of County adults have high cholesterol and should restrict their fat intake.[15]

---

[13]  Santa Clara County 2000 Behavioral Risk Factors Survey (BRFSS), www.sccphd.org/statistics2.

[14]  Santa Clara County 2005 Behavioral Risk Factors Survey (BRFSS), www.sccphd.org/statistics2.

[15]  *Id.*



12.    Obesity and overweight are associated with large decreases in life expectancy.[16]  In fact, due to the rapid increase in obesity, today's children may – for the first time in modern history – have shorter lives than their parents.[17]  In addition, it is now estimated that more than a third of children who were born in 2000, are at very high risk for developing type II diabetes in their lifetime (girls: 38% boys 33%). According to the Surgeon General: "Unhealthy dietary habits and sedentary behavior together account for approximately 300,000 deaths every year."[18]  A 2005 study by the Centers for Disease Control and Prevention (CDC) estimated that approximately 112,000 deaths are associated with obesity each year in the United States, making obesity the second leading contributor

---

[16] Peeters A. Barendret JJ, Willekens F. Mackenbach JP, Marnun A, Bonneux L. Overweight and obesity by middle age are associated with shortened lifespan. *Annals of Internal Medicine*. 2003; 24-32.

[17] Olshansky SJ, Passaro DJ, Hershow RC, et al., A Potential Decline In Life Expectancy In The United States In The 21st Century, *New England Journal of Medicine*, March 17, 2005; 352(11):1138-1145.

[18] U.S. Department of Health and Human Services. The Surgeon General's call to action to prevent and decrease overweight and obesity. [Rockville, MD]: U.S. Department of Health and Human Services, Public Health Service, Office of the Surgeon General; [2001].

DECLARATION OF DR. MARTIN FENSTERSHEIB      7
CASE NO.  C08-03685 CW

to premature death, second only to tobacco.[19]  Of the top 15 leading causes of deaths in Santa Clara

County, five are associated with obesity or diabetes, as denoted by an "*" in the following table.

| | TOP 15 LEADING CAUSES OF DEATHS IN SANTA CLARA COUNTY | | | | | 2000-2005 Absolute Change |
|---|---|---|---|---|---|---|
| | | 2000 | | 2005 | | |
| Rank | | Frequency | Percent | Frequency | Percent | |
| 1 | Malignant Neoplasms (Cancer) * | 2082 | 23.7% | 2278 | 26.1% | 9.4% |
| 2 | Diseases of Heart * | 2550 | 29.0% | 2117 | 24.3% | -17.0% |
| 3 | Cerebrovascular diseases (Stroke)* | 728 | 8.3% | 571 | 6.6% | -21.6% |
| 4 | Chronic Lower Respiratory Diseases | 440 | 5.0% | 454 | 5.2% | 3.2% |
| 5 | Alzheimer's disease | 169 | 1.9% | 401 | 4.6% | 137.3% |
| 6 | Diabetes mellitus* | 239 | 2.7% | 338 | 3.9% | 41.4% |
| 7 | Influenza and pneumonia | 356 | 4.0% | 332 | 3.8% | -6.7% |
| 8 | Accidents -unintentional injuries | 324 | 3.7% | 327 | 3.8% | 0.9% |
| 9 | Chronic Liver Disease and Cirrhosis | 150 | 1.7% | 156 | 1.8% | 4.0% |
| 10 | Essential (primary) hypertension and hypertensive renal disease* | 72 | 0.8% | 127 | 1.5% | 76.4% |
| 11 | Intentional self-harm -suicide | 117 | 1.3% | 107 | 1.2% | -8.5% |
| 12 | Assault -homicide | 43 | 0.5% | 47 | 0.5% | 9.3% |
| 13 | Nephritis, nephrotic syndrome and nephrosis | 60 | 0.7% | 42 | 0.5% | -30.0% |
| 14 | Septicemia | 33 | 0.4% | 41 | 0.5% | 24.2% |
| 15 | Pneumonitis due to solids and liquids | 37 | 0.4% | 26 | 0.3% | -29.7% |
| | All other causes | 1402 | 15.9% | 1353 | 15.5% | -3.5% |
| | Group Total | 8802 | 100.0% | 8717 | 100.0% | -1.0% |

A.    **The Related Epidemics of Obesity and Diabetes Cause Devastating Health Consequences**

13.    Increasing obesity rates have led to increasing diabetes rates.  Indeed, being

overweight or obese is the main risk factor for diabetes.  As of 2005, 15.8 million Americans had

diabetes, almost triple the number from 1980.[20]  Between 50% and 80% of diabetes cases are

associated with obesity, unhealthy eating and physical inactivity.[21]  There has been a steady rise of

diabetes in California in recent years.  In 2001, the prevalence of diabetes among adults over 18 years

---

[19] Flegal K, Graubard B, Williamson D, Gail M, Excess Deaths Associated with Underweight, Overweight, and Obesity, *Journal of the American Medical Association*. 293: 1861, 1861-67 (2005).

[20] NAT'L CTR. FOR HEALTH STATISTICS, CDC, NAT'L DIABETES SURVEILLANCE SYSTEM, PREVALENCE OF DIABETES (1980-2005), http://www.cdc.gov/diabetes/statistics/prev/national/tablepersons.htm.

[21] Hu FB, Manson JE, Stampfer MJ, Colditz G, Liu S, Solomon CG, Willett WC, Diet, lifestyle, and the risk of type 2 diabetes mellitus in women. *New England Journal of Medicine*. 2001; 345:790-797 (2001).

old was 1.5 million or 6.2%. In 2005, over 1.8 million people (7.0%) have been diagnosed with diabetes.[22]  The total number of cases also increased from 1,071,000 in 1994 to 1,868,000 in 2005.[23]



Diabetes Prevalence by Year, Adults Age 18 and Over, California 2001-2005

Source: 2001, 2003, 2005 California Health Interview Surveys.

14.    In Santa Clara County, approximately 80,660 people over 20 years old, or 6.6% of the population have been diagnosed with diabetes.[24]

15.    Diabetes has devastating consequences. In 2005, diabetes ranked as the sixth leading case of death in the County. Diabetes was identified as the major cause of death for 3% of the decedents, with a total number of 338 deaths.[25]  Between 2000 and 2005 the number of deaths due to diabetes increased by 41%. Similarly, deaths due to essential hypertension increased by 76% during those years.

**B.    Obesity And Diabetes Are Responsible for Soaring Health Care Costs**

16.    Obesity and diabetes are generating extraordinary financial costs in the United States and in Santa Clara County. Between 1987 and 2001, rising obesity rates and obesity related illnesses

---

[22] UCLA CTR. FOR HEALTH POLICY RESEARCH, 2005 CALIFORNIA HEALTH INTERVIEW SURVEY, http://www.chis.ucla.edu/.

[23] County Level Estimates of Diagnosed Diabetes- Percentage of Adults in California by Natural Breaks, 2005 CDC, National Center for Chronic Disease Prevention and Health Promotion, 2007.

[24] *Id.*

[25] *Id.*

accounted for more than one-quarter of the growth in health care spending in the United States.[26] A 2002 study by the American Diabetes Association estimates that direct and indirect costs of diabetes were $132 billion, which means that one out of every ten health care dollars spent in the U.S. is spent on diabetes and its complications.[27] These sums are far larger if other obesity-related diseases and lost productivity are taken into account. Health care spending among people who are obese has been estimated to be 37% higher than among those with normal weight, and increases in the proportion of and spending on obese people relative to people of normal weight accounted for 27% of the rise in inflation-adjusted per capita health care spending between 1987 and 2001.[28]

17.    Diabetes also costs state and local governments huge sums. The Juvenile Diabetes Research Foundation International estimated that diabetes cost California alone about $20.4 billion in 2004 in direct and indirect costs.

18.    According to the California Department of Health Services, the obesity epidemic cost the private and public sectors in California an estimated $28 *billion* in direct medical expenses, workers' compensation, and lost productivity in 2005.[29] In Santa Clara County, the total cost of hospital admissions with obesity-coding was $140 million dollars from 2000-2002.[30]

/ / /

/ / /

---

[26] Thorpe KE, Florence CS, Howard DH, Joski P. The Impact of Obesity on Rising Medical Spending. Health Affairs (Millwood) 2004 Jul-Dec; Suppl Web Exclusives:W4-480-6.

[27] American Diabetes Assn., Economic Costs of Diabetes in the U.S. in 2002, *Diabetes Care* 23:3 (March 2003).

[28] Thorpe KE, Florence CS, Howard DH, Joski P. The Impact of Obesity on Rising Medical Spending. Health Affairs (Millwood). 2004 Jul-Dec; Suppl Web Exclusives:W4-480-6.

[29] CAL. DEP'T OF HEALTH SERVS., THE ECONOMIC COSTS OF PHYSICAL INACTIVITY, OBESITY, AND OVERWEIGHT IN CALIFORNIA ADULTS: HEALTH CARE, WORKERS' COMPENSATION, AND LOST PRODUCTIVITY (2005), http://www.dhs.ca.gov/cdic/cpns/press/downloads/costofObesityToplineReport.pdf.

[30] Healthy Silicon Valley-Hospital Council of Northern and Central California Santa Clara County Conference - Hospital Task Force Report, 2006, http://www.healthysiliconvalley.org/pdflib/press/press06/Hospital_Task_Force2.pdf.

III.    **CHAIN RESTAURANT MENU BOARDS WITHOUT CALORIE INFORMATION AND MENUS WITHOUT CALORIES, FAT AND SODIUM ARE MISLEADING AND DECEPTIVE**

19.    I have read and reviewed the Declaration of Mitchell H. Katz M.D. in Opposition to the Plaintiff's Motion for Declaratory Relief and a Preliminary Injunction in *California Restaurant Association v. The City and County of San Francisco and the San Francisco Department of Public Health*, Case No. C08-3247 CW. I am familiar with the body of research on which he relies. Dr. Katz's Declaration accurately reflects the research summarized in paragraphs 20 through 70 of this declaration, and I hold the same opinions expressed by Dr. Katz therein. The Katz Declaration is attached as Exhibit B.

20.    An August 2008 study by the Dr. Robert C. and Veronika Atkins Center for Weight and Health at the University of California, Berkeley (the "Center"), entitled Potential Impact of Menu Labeling of Fast Foods in California, reviewed the leading data in the field relevant to menu labeling. A copy of that report is attached hereto as Exhibit C. The Center reports that consumers routinely underestimate calories in food and that, without menu labeling, consumers are unlikely to be able to identify the wide range of calories in similar products.[31] The study compared the calorie content of burgers at McDonalds and found that the nine burger choices ranged from 250 to 740 calories.[32] The study concluded that without either portion size or calorie information on menu boards, a consumer would find it difficult if not impossible to accurately estimate the calorie content of the menu items.[33] In addition, the study reported that, in California, 84% of a representative sample of adults support requiring fast-food and chain restaurants to post nutritional information on menus and menu boards. The traditional public health nutritional messages, which focus on limiting high calorie and poor nutritional foods, must be supplemented with information about actual nutritional content at the point of purchase to enable consumers to make healthy choices.

---

[31]    Center for Weight and Health, *Potential Impact of Menu Labeling of Fast Foods in California*, August 2008. www.cnr.berkeley.edu.

[32]    *Id.*

[33]    *Id.*

## A.    Children's Menus in Chain Restaurants Are Deceptively High in Calories, Sodium and Fat

21.    An August 2008 report on the 25 largest revenue-generating chain restaurants in the United States found that children's menus are consistently high in calories (93%) and sodium (86%). The report also found that 45% of children's meals in the top chain restaurants exceed the recommendations for saturated and trans fat, which can raise blood cholesterol levels and increase heart disease.[34]  For example, parents would be surprised to learn that a Burger King children's meal of a double cheeseburger, fries and chocolate milk has 910 calories.  According to the August report, soft drinks are offered with 95% of the children's meals of the largest chain restaurants.[35] A copy of that report is attached hereto as Exhibit D.  Because children's meals are advertised as "meals," many parents are likely to assume that portion sizes are calculated to allow children to eat three meals a day.  Yet at leading chain restaurants, 93% of children's meals exceed the calorie limit.  At the top three chain restaurants by revenue – McDonald's, Burger King and KFC=92-100% of the children's meal combinations exceeded the calorie limit.  The study concluded that providing calorie information on menus and menu boards will help parents to identify which options are healthier. Making information about caloric values and fat and sodium content available to consumers will reduce consumer confusion and deception and increase parents' ability to make healthy choices for their children.

22.    A 2005 UCLA study looked at the sugary drink consumption of children in California and found that two-thirds (66.3%) of California adolescents drink soda and nearly half (48%) eat fast food on a daily basis.  Low income adolescents ages 12-17 drink more soda and sugary drinks (1.5 to 1.6 per day) than those of higher incomes (1.2 per day).  African-American and Latino adolescents drink the greatest amount of soda and sugary drinks per day (2 and 1.7 per day respectively).  Teens

---

[34] Center for Science in the Public Interest, *Kids Meals: Obesity on the Menu*, August 2008. http://cspinet.org/new/pdf/kidsmeals-report.pdf.

[35] *Id.*

who eat fast food as part of a daily routine also tend to drink more soda. Those who eat fast food daily "drink an additional soda for each time they eat fast food beyond the first instance."[36]

**B.    Chain Restaurants Often Target Children With Their Advertisements**

23.    As explained in the Katz Declaration in paragraphs 61-63, chain restaurants make extensive use of advertising to appeal to children. A Federal Trade Commission study of 2006 expenditures and activities of 44 food and beverage companies found that Quick Service Restaurants reported spending nearly $294 million on marketing to youth, divided evenly between children and adolescents.[37]



/ / /

/ / /

/ / /

---

[36]    UCLA CTR. FOR HEALTH POLICY RESEARCH, HASTERT, *MORE CALIFORNIA TEENS CONSUME SODA AND FAST FOOD EACH DAY THAN FIVE SERVINGS OF FRUITS AND VEGETABLES*, SEPTEMBER 2005. WWW.HEALTH POLICY.UCLA.EDU/PUBS/FILES/TEEN_FASTFOOD_PB.PDF.

[37] Federal Trade Commission, Marketing Food to Children and Adolescents: A Review of Industry Expenditures, Activities, and Self Regulation, July 2008. www.ftc.gov/os/2008/07/p064504foodmktingreport.pdf.

DECLARATION OF DR. MARTIN FENSTERSHEIB        13
CASE NO.  C08-03685 CW

C. **The Increasing Number of Chain Restaurants Makes High Calorie Food More Available to County Residents**

24.    Between 2005 and 2009, the number of fast food establishments is projected to increase from 266,300 to 287,437 establishments.[38] In Santa Clara County, there are more than four times as many fast-food restaurants and convenience stores as supermarkets and produce vendors.[39] Fast food restaurants are more likely to be found in low-income neighborhoods and near low-income schools.[40] As explained in the Katz Declaration in paragraphs 25- 35, the increasing number of chain restaurants, which serve food that is easily available, inexpensive and high in calories, has facilitated the trend of obesity and overweight.

IV. **ORDINANCE 300.793 IS AN IMPORTANT PART OF THE COUNTY'S BROADER EFFORT TO REDUCE OVERWEIGHT AND OBESITY**

25.    My expert opinion and the policy of the Public Health Department of Santa Clara County hold that the best approach to reversing the obesity epidemic among our residents is to use all the strategies and techniques that are available to us within our County system of government. The Menu Labeling Ordinance is an important strategy in a multi-pronged approach designed to improve consumer education, reduce consumer confusion and deception, and empower individuals to make healthier choices. The Public Health Department and other Santa Clara County Departments, including Valley Medical Center (the County hospital) and Parks & Recreation, are working together to increase public awareness and knowledge about the importance of healthy eating and regular physical activity as part of a healthy lifestyle. The County is also creating environments that support healthy lifestyles where people live, work, learn and play throughout the County. To this end, the County has existing programs to:

---

[38] C. Barnes & Co. 2008 Barnes Reports: U.S. Fast Foods Restaurants Industry (NAICS 72221). 2007.

[39] California Center for Public Health Advocacy, Searching for Healthy Food, The Food Landscape in Santa Clara County, January 2007.

[40] Center for Weight and Health, *Potential Impact of Menu Labeling of Fast Foods in California*, August 2008. www.cnr.berkeley.edu.

- Integrate primary prevention into medical services offered through Valley Medical Center and ambulatory clinics, such as the Pediatric Healthy Lifestyles Clinic offering education and treatment for pediatric patients who are overweight or at risk of becoming overweight.

- Coordinate the Early Childhood Feeding Practices Collaborative, an initiative designed to address pediatric obesity, through a systematic approach integrating healthcare and daycare settings.

- Support implementation and monitoring of school wellness policies and establishment of coordinated school health councils in school districts throughout Santa Clara County.

- Conduct community assessments on nutrition and physical activity environments in local neighborhoods and engage residents in helping to create environmental changes, such as farmers' markets, community gardens, sidewalks and bike paths, to support the health of local residents.

- Increase access to affordable, healthy foods in neighborhoods with limited access.

- Coordinate countywide Healthy Trails initiative designed to encourage individuals, families, worksites, and community groups to engage in physical activity using trails located in the County Parks.

- Implement County worksite wellness programs serving a workforce of over 17,000 employees (largest employer in Santa Clara County).

- Adopt policies to support healthy food options at meeting and events.

- Provide worksite wellness trainings and tools to support healthy lifestyle behaviors through organizational practice and policy changes in small and large worksites, including in schools, healthcare agencies, community-based organizations, and other governmental businesses.

- Develop and implement social marketing campaigns designed to encourage breastfeeding, eating fruits and vegetables, and getting regular physical activity.

26.     The Department and the County are undertaking a broad range of measures to help residents of the County prevent or reverse weight gain. The need for additional actions to halt the obesity epidemic is no reason to refrain from taking action on posting nutrition information.

## V.     ORDINANCE 300.793 IS NECESSARY TO REDUCE CONSUMER CONFUSION AND DECEPTION AND TO ADVANCE PUBLIC HEALTH IN SANTA CLARA COUNTY

27.     Based on my expertise as a physician and as a Health Officer and my familiarity with the body of research described above, in the attached studies and in the Katz Declaration, it is my expert opinion that implementation of Ordinance 300.793 will directly advance the County and the Department's goals of reducing consumer confusion and deception about the nutritional content of food sold at chain restaurants. Implementation of Ordinance 300.793 is necessary to combat the serious public health crisis resulting from obesity. Many chain restaurants provide no nutritional information to consumers and only a few provide that information at the point of decision making. The increasing rate of overweight and obesity, the harm to individuals, the community and the public from obesity-related illnesses and the clear relationship between eating at fast-food restaurants and increased caloric intake all support the necessity of Ordinance 300.793 to advance public health and to reduce consumer confusion and deception to make healthy choices when reviewing chain restaurant menus and menu boards.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed on August 19, 2008 at San Jose.

By: _____
MARTIN FENSTERSHEIB, M.D.

## CURRICULUM VITAE

**Martin Darryl Fenstersheib, MD, MPH**                        Revised: August 2007
**976 Lenzen Avenue**
**San Jose, California  95126**

### Professional Experience

| | |
|---|---|
| 1994 - Present | Health Officer, Santa Clara County<br>Medical Director, Santa Clara County Public Health Department, San Jose, CA |
| May 2003 | Select Group on Homeland Security to Israel, Project Interchange |
| 1993 - 1994 | Acting Health Officer, Santa Clara County Public Health Department, San Jose, CA |
| 1989 - 1993 | Deputy Health Officer, Santa Clara County Health Department, San Jose, CA |
| 1989 - 1997 | Chief, Disease Control and Prevention Division, Santa Clara County Public Health Department, San Jose, CA |
| 1986 - 1993 | STD Control Officer, Santa Clara County Health Department, San Jose, CA |
| 1986 - 1993 | Medical Director and Clinician, Santa Clara County HIV Early Intervention Clinic, San Jose, CA |
| 1982 - 1986 | Director, Well Baby Clinic, San Francisco Health Districts 1 and 2, San Francisco, CA Clinical Physician, Hispanic Children's Clinic, Mission Area, San Francisco Health Department, San Francisco, CA |
| 1981 - 1982 | La Clinica, Mexican Migrant Workers Clinic, Watsonville, CA |
| 1980 - 1984 | Ambulatory Division and Emergency Room, St. Lukes Hospital, San Francisco, CA Ambulatory Clinic, Kaiser Permanente Hospital, Oakland, CA Ambulatory Clinic, Kaiser Permanente Hospital, South San Francisco, CA Evening Unit Physician, Pediatric Oncology Unit, Pacific Medical Center, San Francisco, CA |
| 1979 - 1980 | Private Practice of Pediatrics, Greensboro, NC |

### Educational Background

| | |
|---|---|
| 1971 - 1975 | Autonomous University of Guadalajara, Mexico; M.D. |
| 1967 - 1971 | Tulane University, New Orleans, Louisiana; B.S., Biology |

### Postdoctoral Training

| | |
|---|---|
| 1981 - 1982 | Fellowship, Preventive Medicine, University of California, Berkeley, CA |
| 1980 - 1981 | Master of Public Health, Division Maternal and Child Health, University of California, Berkeley, School of Public Health, Berkeley, CA |
| 1977 - 1979 | Residency, Milwaukee Children's Hospital, Milwaukee, WI |
| 1976 - 1977 | Internship, Hospital of the Medical College of Pennsylvania, Philadelphia, PA |


EXHIBIT A

## Licensure and Certification

| | |
|---|---|
| 1987 | American Board of Preventive Medicine |
| 1985 | American Board of Pediatrics |
| 1984 - 2000 | Physician Assistant Supervisor, California |
| 1980 - Present | State License, California (A35836) |
| 1976 - Present | State License, Pennsylvania |

## Professional Affiliations

| | |
|---|---|
| 2006 – Present | Senior Fellow, American Leadership Forum of Silicon Valley, California |
| 2006 – Present | Preparedness Project Advisory Committee, Center for Infectious Disease Research and Policy (CIDRAP), Pew Charitable Trusts |
| 2005 – Present | Board of Directors, National Association of County and City Health Officials |
| 2004 – Present | Chair, Chronic Disease Committee, National Association of County and City Health Officials |
| 2003 – Present | Member, American Cancer Society, Colon Cancer Free Zone Project |
| 2003 – Present | Member, South Bay Emergency Medical Directors Association |
| 2002 – Present | Member, Approval Authority, State of California Office of Homeland Security Grant Programs, (Chair 2006 – 2007) |
| 1998 – Present | Member, California Medicine and Public Health Initiative |
| 1998 – Present | Member, Bay Area Terrorism Working Group, California |
| 1998 – Present | Member, Metropolitan Medical Task Force, San Jose, CA |
| 1998 – Present | Co-Chair, Traffic Safe Communities Network, Santa Clara County Public Health Department |
| 1996 – Present | Member, Board of Directors, California Conference of Local Health Officers |
| 1995 – Present | Member, HIV Health Services Planning Council, Santa Clara County, CA |
| 1995 – Present | Member, California Medical Association |
| 1995 – Present | Vice President for Community Health, Santa Clara County Medical Association |
| 1994 - Present | Chairman, Department of Community Health and Preventive Medicine, Santa Clara Valley Medical Center, San Jose, CA |
| 1994 – Present | Member, Association of Bay Area Health Officials, California |
| 1993 – Present | Staff Physician, Santa Clara Valley Medical Center, San Jose, CA |
| 2004 – 2006 | Co-chair, Strategic Planning Committee, California Department of Health Services |
| 2003 – 2005 | Member, Forensic Epidemiology Project: Joint Training for Law Enforcement and Public Health Officials on Investigative Responses to Bioterrorism |
| 2000 – 2001 | Member, California Hepatitis C Strategic Planning Group, State Department of Health Services |
| 2000 – 2003 | Member, Bioterrorism and Emergency Response Advisory Committee, National Association of County and City Health Officials |
| 1999 – 2001 | Member, American Heart Association Stroke Task Force, San Jose, CA |
| 1998 – 1999 | President, Health Officers Association of California |

| | |
|---|---|
| 1998 – 1999 | Member, Mayor's Quality of Life Task Force, San Jose, CA |
| 1997 – 1999 | President, California Conference of Local Health Officers |
| 1996 – 2003 | Member, California HIV Planning Group, State Department of Health Services, Office of AIDS |
| 1996 – 1999 | Member, American Red Cross Medical Advisory Committee, Northern California Region, San Jose, CA |
| 1988 – 1990 | Chairperson, State STD Control Association |
| 1988 – 1990 | Member, Board of Directors, VNA Inc., San Jose, CA |
| 1987 – 2000 | Co-Chair HIV/AIDS Task Force, Santa Clara County Medical Association, San Jose, CA |
| 1987 – 1989 | Director, Santa Clara County AIDS Program, San Jose, CA |
| 1981 – 1984 | Consultant and Teacher, Public Health Nurses, Well Baby Care and Examinations, Yolo County and Santa Cruz County, CA<br>VD Clinics, Berkeley City Health Department, Berkeley, CA |

## Professional Associations

| | |
|---|---|
| 1999 – Present | National Association of County and City Health Officials |
| 1999 – Present | County Health Executives Association of California |
| 1995 – Present | Santa Clara County Medical Association |
| 1995 – Present | California Medical Association |
| 1993 - Present | California Conference of Local Health Officers |
| 1993 - Present | American College of Preventive Medicine, Fellow |
| 1981 - Present | American Public Health Association |
| 1985- 1988 | American Academy of Pediatrics, Fellow |
| 1982- 1984 | Bay Area Physicians For Human Rights |

## Honors and Awards

| | |
|---|---|
| October 2004 | Recipient of the Francis C. Arrillaga Humanitarian Award for End of Life Care from Pathways Home Health and Hospice, Santa Clara County, CA |
| June 2003 | Recipient of the Outstanding Contribution in Community Service from Santa Clara County Medical Association, CA |

## Publications/Studies

1. "Cost Benefit Analysis of Alpha-Feto Protein Screening" in conjunction with the Northern California Kaiser, Division of Genetics, 1982.
2. Job and Task Analysis, Concentrating on the Child Health and Disability Prevention Program, San Francisco Health Department, 1982.
3. Incidence Study of Chlamydia in the Population Pressing to the Central VD Clinic, Santa Clara County, 1985.
4. Francis D., Anderson R., Gorman M., Fenstersheib M., et al. Targeting AIDS Prevention and Treatment Toward HIV-1 Infected Persons. *JAMA* 1989; 262: 2572 -2576.

5.   Morrow HW, Slaten DD, Reingold AL, Werner SB, Fenstersheib MD. Risk factors associated with a school-related outbreak of serogroup C meningococcal disease. *Pediatr Infect Dis J* 1990; 9:394 - 398.

6.   Fenstersheib, M.D., Miller M., Diggins, C., Liska S., et al. Outbreak of Pontiac fever due to Legionella anisa. *Lancet* 1990; 336:35-7.

7.   Kemper CA, Zolopa AR, Hamilton JR, Fenstersheib M, Bhatia G, and Deresinski SC. Prevalence of measles antibodies in adults with HIV infection: Possible risk factors for seronegativity. *AIDS* 1992; 6:1321-5.

8.   Mohle-Boetani JC, Miller B, Halpern M, Fenstersheib M, et al. School-based screening for tuberculous infection. A cost-benefit analysis. *JAMA* 1995; 274:613-9.

9.   Snyder DC, Mohle-Boetani JC, Palla B, Fenstersheib M. Development of a population-specific risk assessment to predict elevated blood lead levels in Santa Clara County, California. *Pediatrics* 1995; 96:643-8.

10.  Katz MH, McFarland W, Guillin V, Fenstersheib M, et al. Continuing High Prevalence of HIV and Risk Behaviors Among Young Men Who Have Sex With Men: The Young Men's Survey in the San Francisco Bay Area in 1992 to 1993 and in 1994 to 1995. *J Acquir Immune Defic Syndr Hum Retroviral* 1998; 19:178-181.

11.  Mohle-Boetani JC, Werner, SB, Abbott S, Fenstersheib M, et al. *Salmonella enteritidis* Infections from Shell Eggs: Outbreaks in California. *West J Med* 1998; 169:229-301.

1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   WAYNE SNODGRASS, State Bar #148137
    FRANCESCA GESSNER, State Bar #247553
3   TARA M. STEELEY, State Bar #231775
    Deputy City Attorneys
4   1 Dr. Carlton B. Goodlett Place
    City Hall, Room 234
5   San Francisco, California 94102-4682
    Telephone:     (415) 554-4762
6   Facsimile:     (415) 554-4699
    E-Mail:        francesca.gessner@sfgov.org
7

8   Attorneys for Defendant
    CITY AND COUNTY OF SAN FRANCISCO
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

13   CALIFORNIA RESTAURANT          Case No. C08-3247 CW
     ASSOCIATION,
14                                  **DECLARATION OF DR. MITCHELL
                                    H. KATZ IN OPPOSITION TO
15              Plaintiff,          PLAINTIFF'S MOTION FOR
                                    DECLARATORY RELIEF AND A
16        vs.                       PRELIMINARY INJUNCTION**

17   THE CITY AND COUNTY OF SAN
     FRANCISCO AND THE SAN          Hearing Date:    September 4, 2008
18   FRANCISCO DEPARTMENT OF        Time:            2 p.m.
     PUBLIC HEALTH,                 Place:           Ctrm 2, 4th Floor
19
                Defendants.
20

21

22

23

24

25

26

27

28

DECLARATION OF DR. MITCHELL H. KATZ          n:\govtit\li2008\090033\00499755.doc
CASE NO. C08-3247 CW



I, Dr. Mitchell H. Katz, declare as follows:

1.      I have personal knowledge of the matters stated herein, except for those matters set forth on information and belief, which I believe to be true, and if called to testify, I can and will testify competently as to all matters set forth herein.

2.      I am the Director of Health for the Department of Public Health (the "Department") of the City and County of San Francisco ("the City" or "San Francisco"). I have held this position since 1997. A copy of my *curriculum vitae* is attached hereto as Exhibit A.

3.      Pursuant to § 4.110 of the San Francisco City Charter ("Charter"), the Health Commission and the Department are charged with "provid[ing] for the preservation, promotion and protection of the physical and mental health of the inhabitants of the City and County" of San Francisco. A core function of the Department is to conduct health assessments and determine factors that negatively affect the health of San Francisco residents. The Department also enforces provisions of the San Francisco Health Code (the "Health Code") and other applicable laws regulating service of food directly to consumers in the City.

4.      Because of the importance of the public health risk caused by obesity, I participated in all aspects of determining the need for Ordinance 40-08 ("Ordinance 40-08" or "Menu Labeling Ordinance"), and I am submitting this declaration in opposition to the California Restaurant Association's ("CRA") motion for declaratory relief and a preliminary injunction.

## OBESITY IS EPIDEMIC IN THE U.S., CALIFORNIA, AND SAN FRANCISCO

5.      An obesity epidemic currently damages the health of many Americans, including residents of San Francisco.[1] Over the last 25 years, obesity rates have doubled among U.S. adults and tripled among children and teens.[2] In the last decade alone, obesity rates have increased in *every* state

---

[1] The Centers for Disease Control and Prevention (CDC) uses the terms "overweight" and "obesity" as "labels for ranges of weight that are greater than what is generally considered healthy for a given height." CENTERS FOR DISEASE CONTROL AND PREVENTION (CDC), U.S. DEP'T OF HEALTH AND HUMAN SERVS., DEFINING OVERWEIGHT AND OBESITY, http://www.cdc.gov/nccdphp/dnpa/obesity/defining.htm. An adult who has a Body Mass Index (BMI) between 25 and 29.9 is considered overweight. An adult who has a BMI of 30 or higher is considered obese. *Id.*

[2] Ogden CL, Carroll MD, Curtin LR, McDowell MA, Tabak CJ, Flegal KM. Prevalence of overweight and obesity in the United States, 1999-2004. *Journal of the American Medical* (continued on next page)

in the nation.[3]  In 1995, less than 20% of adults were obese in each of the fifty states.  Just ten years

later in 2005, less than 20% of adults were obese in only *four* states, while in seventeen states, 25% or

more of adults were obese.[4]  In California, the percentage of obese adults has doubled to 23%, and

more than one third of children are overweight or at risk of being overweight.[5]

# Obesity Trends* Among U.S. Adults
## (*BMI ≥30, or ~ 30 lbs. overweight for 5' 4" person)



BRFSS, 1986

BRFSS, 2006

---

(footnote continued from previous page)

*Association.* 295:1549-1555. 2006; *see also Pelman v. McDonald's Corp.*, 237 F. Supp. 2d 512, 519-20 (S.D.N.Y. 2003) (summarizing rising obesity rates among adults and children).

[3] U.S. DEP'T OF HEALTH & HUMAN SERVS., THE SURGEON GENERAL'S CALL TO ACTION TO PREVENT AND DECREASE OVERWEIGHT AND OBESITY (2001), http://www.surgeongeneral.gov/topics/obesity/calltoaction/CalltoAction.pdf.

[4] CENTERS FOR DISEASE CONTROL AND PREVENTION (CDC), U.S. DEP'T OF HEALTH & HUMAN SERVS., U.S. OBESITY TRENDS 1985-2005, http://www.cdc.gov/nccdphp/dnpa/obesity/trend/maps/index.htm.

[5] CAL. DEP'T OF HEALTH SERVS., FINDINGS FROM THE 1999 CALIFORNIA CHILDREN'S HEALTHY EATING AND EXERCISE PRACTICES SURVEY (2004), http://www.dhs.ca.gov/ps/cdic/cpns/research/ download/calcheeps/CalCHEEPS-Low.pdf.

DECLARATION OF DR. MITCHELL H. KATZ              2                    n:\govlit\li2008\090033\00499755.doc
CASE NO.  C08-3247 CW



# Obesity is Epidemic in the U.S.

**1.8 million more obese U.S. adults each year 4% annual increase**

6.      According to the California Health Interview Survey (CHIS), San Francisco mirrors the national trends. In 2001, 39.7% of San Franciscans were overweight or obese. By 2005, the percentage increased to 42.6%.[6] Latino and African American individuals in San Francisco face particularly high obesity rates.[7]

7.      San Francisco children are also impacted by this health crisis. According to data from 2004, 24% of school-age children in San Francisco are overweight.[8] According to the 2005 Youth Risk Behavior Survey for the San Francisco Unified School District, 10.5% of high school students are overweight and 13.3% are at risk for becoming overweight. Researchers note that 50% of children who are overweight remain overweight as adults, contributing to increased cases of diabetes, heart disease and other chronic diseases.[9]

---

[6] UCLA CTR. FOR HEALTH POLICY RESEARCH, 2005 CALIFORNIA HEALTH INTERVIEW SURVEY, http://www.chis.ucla.edu/.

[7] *Id.*

[8] CAL. CTR. FOR PUB. HEALTH ADVOCACY, THE GROWING EPIDEMIC: CHILD OVERWEIGHT RATES IN CALIFORNIA'S 10 LARGEST CITIES (2004), http://www.publichealthadvocacy.org/research_pdfs/10cities.pdf.

[9] UNIV. OF CAL., AGRIC. & NATURAL RES., NUTRITION ONLINE MEDIA KIT, FACT SHEET, http://news.ucanr.org/mediakits/nutrition/nutritionfactsheet.shtml (citing Univ. of Cal., Berkeley, (continued on next page)

8.    On March 18, 2008, after receiving overwhelming support for the proposal in the public comment period, the San Francisco Board of Supervisors voted unanimously to adopt Ordinance 40-08 ("the Ordinance"). The Ordinance mandates that chain restaurants with 20 or more locations in California provide nutrition information on menus and menu boards to enable the citizens of San Francisco to make more informed dining choices. The Mayor signed the Ordinance into law on March 24, 2008.

9.    The Department and I support the Menu Labeling Ordinance because it will give residents of San Francisco the information they need to make healthy choices to prevent and/or manage chronic diseases associated with being overweight. San Francisco is facing an obesity crisis. This information is sorely needed and not presently available to most consumers. By mandating that restaurants post nutritional information on menus and menu boards, Ordinance 40-08 will allow San Francisco residents dining in chain restaurants to make more informed choices that can decrease their risk of the severe negative health effects associated with being overweight. It will also likely lead restaurants to reformulate their menus to include healthier options. These issues are discussed in greater detail below, as are the specific contentions made in the declarations from McDonald's, Burger King, and T.G.I. Friday's submitted by CRA.

**OBESITY AND EXCESS WEIGHT CAUSE A WIDE RANGE OF SERIOUS HEALTH PROBLEMS FOR SAN FRANCISCO ADULTS AND CHILDREN**

10.    The health problems associated with being overweight have caused a public health crisis in San Francisco. Overweight or obese individuals are at increased risk for type 2 diabetes, heart disease, stroke, arthritis, gall bladder disease, osteoarthritis, sleep apnea, respiratory problems, depression, and colon, breast, endometrial, and prostate cancers. Obesity and overweight are associated with large decreases in life expectancy.[10] In fact, due to the rapid increase in obesity,

---

(footnote continued from previous page)
Cooperative Extension, Dep't of Nutritional Sci., *Childhood Overweight, A Fact Sheet for Professionals* (2000)).

   [10] Peeters A. Barendret JJ, Willekens F. Mackenbach JP, Mamun A, Bonneux L. Overweight and obesity by middle age are associated with shortened lifespan. *Annals of Internal Medicine*. 2003; 24-32.

1    today's children may – for the first time in modern history – have shorter lives than their parents.[11]

2    According to the Surgeon General: "Unhealthy dietary habits and sedentary behavior together

3    account for approximately 300,000 deaths every year."[12]  A 2005 study by the Centers for Disease

4    Control and Prevention (CDC) estimated that approximately 112,000 deaths are associated with

5    obesity each year in the United States, making obesity the second leading contributor to premature

6    death, behind only tobacco.[13]



11.    Based on a recent analysis of premature mortality in San Francisco[14] and estimates of

fractions of premature mortality attributable to overweight,[15] being overweight ranks as the second

---

[11] Olshansky SJ, Passaro DJ, Hershow RC, et al., A Potential Decline In Life Expectancy In The United States In The 21st Century, *New England Journal of Medicine*, March 17, 2005; 352(11):1138-1145.

[12] U.S. Department of Health and Human Services. The Surgeon General's call to action to prevent and decrease overweight and obesity. [Rockville, MD]: U.S. Department of Health and Human Services, Public Health Service, Office of the Surgeon General; [2001].

[13] Flegal K, Graubard B, Williamson D, Gail M, Excess Deaths Associated with Underweight, Overweight, and Obesity, *Journal of the American Medical Association*. 293: 1861, 1861-67 (2005).

[14] Aragón TJ, Lichtensztajn DY, Katcher BS, Reiter R, Katz MH., Calculating Expected Years Of Life Lost To Rank The Leading Causes Of Premature Death In San Francisco, San Francisco Department of Public Health (July 24,2007), http://www.sfdph.org/dph/files/reports/StudiesData/CHE_Rpt07242007C.pdf.

DECLARATION OF DR. MITCHELL H. KATZ          5          n:\govlit\li2008\090033\00499755.doc
CASE NO.  C08-3247 CW

1   leading cause of premature mortality among females and the third leading cause among males in San

2   Francisco.  As the following chart illustrates, nearly all of the top causes of premature death in San

3   Francisco are attributable at least in part to poor diet and lack of exercise.

| Rank | Underlying cause of death | YLLs | Deaths | Average YLL | | Attributable in part to Diet/ Exercise |
|------|---------------------------|------|--------|-------------|---|----------------------------------------|
| **Male** | | | | | | |
| 1 | Ischemic heart disease | 9,854 | 1,103 | 8.9 | | ● |
| 2 | HIV/AIDS | 6,465 | 319 | 20.3 | | |
| 3 | Lung, bronchus, and trachea cancers | 4,134 | 387 | 10.7 | | ● |
| 4 | Cerebrovascular disease | 3,420 | 418 | 8.2 | | ● |
| 5 | Hypertensive heart disease | 3,379 | 287 | 11.8 | | ●● |
| **Female** | | | | | | |
| 1 | Ischemic heart disease | 6,721 | 1,017 | 6.6 | | ● |
| 2 | Cerebrovascular disease | 4,221 | 614 | 6.9 | | ● |
| 3 | Lung, bronchus, and trachea cancers | 3,376 | 326 | 10.4 | | ● |
| 4 | Breast Cancer | 2,975 | 222 | 13.4 | | ● |
| 5 | Hypertensive heart disease | 2,215 | 269 | 8.2 | | ●● |

YLL = Years of Life Lost (measure of premature mortality)

●● = Percent attributable to diet and exercise estimated to be greater than 40%

●  = Percent attributable to diet and exercise estimated to be between 10% and 40%

Source: analysis by SFDPH, Community Health Epidemiology,
  using state death statistical master files

20   Roughly a quarter of premature mortality in San Francisco from ischemic heart disease,

21   approximately half of premature mortality from hypertensive heart disease, and nearly three-quarters

22   of premature mortality from diabetes can be attributed to being overweight.  Being overweight is also

23   an important cause of premature mortality from stroke, diabetes, colon cancer, and breast cancer in

(footnote continued from previous page)
[15] Ezzati M, Vander Hoorn S, Lopez AD, Danaei G, Rodgers A, Mathers CD, *et al.*,
Comparative Quantification Of Mortality And Burden Of Disease Attributable To Selected Risk
Factors, GLOBAL BURDEN OF DISEASE AND RISK FACTORS, 241-396 (1st ed. 2006).

DECLARATION OF DR. MITCHELL H. KATZ          6                    n:\govlit\li2008\090033\00499755.doc
CASE NO.  C08-3247 CW

San Francisco. Excess weight contributes to high blood pressure, which affects 23% of San Franciscans, and high cholesterol, which affects 20% of San Franciscans.[16]

12.    Having excess sodium or saturated fat in one's diet also causes health problems. An estimated 23% of San Franciscans have high blood pressure, which requires them to limit their sodium intake. In addition, 20% of San Franciscans have high cholesterol and are advised to reduce their intake of saturated fat.

### A.    The Related Epidemics of Obesity and Diabetes Cause Devastating Health Consequences

13.    Increasing obesity rates have led to increasing diabetes rates. Indeed, being overweight or obese is the main risk factor for diabetes.

14.    As of 2005, 15.8 million Americans had diabetes, almost triple the number from 1980.[17] Between 50% and 80% of diabetes cases are associated with obesity, unhealthy eating and physical inactivity.[18] There has been a steady rise of diabetes in California in recent years. In 2001, the prevalence of diabetes among adults over 18 years old was 1.5 million or 6.2%. In 2005, over 1.8 million people (7.0%) have been diagnosed with diabetes.[19]

---

[16]    UCLA CTR. FOR HEALTH POLICY RESEARCH, 2005 CALIFORNIA HEALTH INTERVIEW SURVEY, http://www.chis.ucla.edu/.

[17] NAT'L CTR. FOR HEALTH STATISTICS, CDC, NAT'L DIABETES SURVEILLANCE SYSTEM, PREVALENCE OF DIABETES (1980-2005), http://www.cdc.gov/diabetes/statistics/prev/national/tablepersons.htm.

[18] Hu FB, Manson JE, Stampfer MJ, Colditz G, Liu S, Solomon CG, Willett WC, Diet, lifestyle, and the risk of type 2 diabetes mellitus in women. *New England Journal of Medicine.* 2001; 345:790-797 (2001).

[19] UCLA CTR. FOR HEALTH POLICY RESEARCH, 2005 CALIFORNIA HEALTH INTERVIEW SURVEY, http://www.chis.ucla.edu/.

DECLARATION OF DR. MITCHELL H. KATZ         7                    n:\govlit\li2008\090033\00499755.doc
CASE NO.  C08-3247 CW



Source: 2001, 2003, 2005 California Health Interview Surveys.

15.    In San Francisco, approximately 6.3% of adults age 18 or older have been diagnosed with diabetes.  According to the most recent data available, 16% of African Americans in San Francisco have been diagnosed with diabetes.[20]

16.    Diabetes has devastating consequences.  According to data from 2004, diabetes is the ninth leading cause of premature death in San Francisco.  Diabetes was also a contributing cause in 442 deaths in 2000 and 441 deaths in 2004 in the City.

---

[20] UCLA CTR. FOR HEALTH POLICY RESEARCH, 2005 CALIFORNIA HEALTH INTERVIEW SURVEY, http://www.chis.ucla.edu/.

DECLARATION OF DR. MITCHELL H. KATZ          8                    n:\govlit\li2008\090033\00499755.doc
CASE NO.  C08-3247 CW

| Rank | Cause | Deaths | Crude Rate | Age-Adjusted Rate | | |
|---|---|---|---|---|---|---|
| | | | | Rate | LCI | UCI. |
| 1 | Isch.heart dis. | 1,056 | 133.4 | 112.0 | 92.3 | 134.7 |
| 2 | Cerebrovasc.dis | 504 | 63.7 | 53.1 | 39.8 | 69.3 |
| 3 | Trach/Bronch/lung Cancer | 361 | 45.6 | 40.9 | 29.3 | 55.4 |
| 4 | Hypten.heart dis. | 233 | 29.4 | 25.7 | 16.8 | 37.7 |
| 5 | Low.Respir.Infec. | 248 | 31.3 | 25.5 | 16.6 | 37.4 |
| 6 | COPD | 226 | 28.5 | 24.4 | 15.7 | 36.3 |
| 7 | Alzheimer/oth.demen.dis. | 234 | 29.6 | 23.0 | 14.6 | 34.5 |
| 8 | HIV/AIDS | 178 | 22.5 | 19.6 | 12.2 | 29.8 |
| 9 | Diabetes | 143 | 18.1 | 15.7 | 8.9 | 25.5 |
| 10 | Colon/rect.cancer | 136 | 17.2 | 15.1 | 8.5 | 24.9 |
| 11 | Breast Cancer | 110 | 13.9 | 12.4 | 6.6 | 21.4 |
| 12 | Self-inflict.Injur. | 101 | 12.8 | 11.2 | 5.8 | 19.7 |
| 13 | Liver Cancer | 95 | 12.0 | 11.0 | 5.5 | 19.7 |
| 14 | Lymphoma/Mult.myel. | 93 | 11.7 | 10.4 | 5.1 | 18.9 |
| 15 | Pancreas Cancer | 92 | 11.6 | 10.3 | 5.0 | 18.8 |

**Data sources:** Ca. Dept. of Health Services, death master statistical file; Ca. Dept. of Finance, population projections

Deaths are San Francisco resident deaths. Rates are per 100,000 population.

Age adjusted rates are age-adjusted to standard US 2000 pop.

**B.     Obesity And Diabetes Are Responsible for Soaring Health Care Costs**

17.     Obesity and diabetes are generating extraordinary financial costs in the United States and in San Francisco.  Between 1987 and 2001, rising obesity rates and obesity related illnesses accounted for more than one-quarter of the growth in health care spending in the United States.[21]  A 2002 study by the American Diabetes Association estimates that direct and indirect costs of diabetes were $132 billion, which means that one out of every ten health care dollars spent in the U.S. is spent on diabetes and its complications.[22]  These sums are far larger if other obesity-related diseases and lost productivity are taken into account.  Health care spending among people who are obese has been estimated to be 37% higher than among those with normal weight, and increases in the proportion of

---

[21] Thorpe KE, Florence CS, Howard DH, Joski P. The Impact of Obesity on Rising Medical Spending. Health Affairs (Millwood) 2004 Jul-Dec; Suppl Web Exclusives:W4-480-6.

[22] American Diabetes Assn., Economic Costs of Diabetes in the U.S. in 2002, *Diabetes Care* 23:3 (March 2003).

1  and spending on obese people relative to people of normal weight accounted for 27% of the rise in

2  inflation-adjusted per capita health care spending between 1987 and 2001.[23]

3      18.    Diabetes also costs state and local governments huge sums.  The Juvenile Diabetes

4  Research Foundation International estimated that diabetes cost California alone about $20.4 billion in

5  2004 in direct and indirect costs.  In 2005, San Francisco General Hospital spent approximately $25

6  million treating patients who presented with diabetes as their primary condition.

7      19.    According to the California Department of Health Services, the obesity epidemic cost

8  the private and public sectors in California an estimated $28 *billion* in direct medical expenses,

9  workers' compensation, and lost productivity in 2005.[24]  In San Francisco, the epidemic costs an

10  estimated $192 million a year in medical expenses, lost productivity and workers' compensation.  In

11  fact, the Department alone spends an estimated $15.5 million a year treating obesity-related

12  conditions.

## THE OBESITY EPIDEMIC IS CAUSED BY EXCESS CALORIC CONSUMPTION

15     20.    Experts agree that the extraordinarily rapid population-level weight gain that has

16  occurred over the past three decades is a result of our changing diet, rather than genetics.  The food

17  industry in the U.S. encourages over-consumption of calories through increasingly large portions of

18  foods and beverages that are energy-dense, easily available, and inexpensive.[25]

19     21.    While increasing weight results from an imbalance between calories consumed

20  (nutrition) and energy expended (physical activity), it is clear that "rising obesity is primarily the

---

[23] Thorpe KE, Florence CS, Howard DH, Joski P. The Impact of Obesity on Rising Medical Spending. Health Affairs (Millwood).  2004 Jul-Dec; Suppl Web Exclusives:W4-480-6.

[24] CAL. DEP'T OF HEALTH SERVS., THE ECONOMIC COSTS OF PHYSICAL INACTIVITY, OBESITY, AND OVERWEIGHT IN CALIFORNIA ADULTS: HEALTH CARE, WORKERS' COMPENSATION, AND LOST PRODUCTIVITY (2005), http://www.dhs.ca.gov/cdic/cpns/press/downloads/costofObesityToplineReport.pdf.

[25] Hill JO, Wyatt HR, Reed GW, Peters JC, Obesity and the Environment: Where Do We Go from Here?, *Science* 2003; 299 (5608):853-5.

DECLARATION OF DR. MITCHELL H. KATZ          10          n:\govlit\li2008\090033\00499755.doc
CASE NO.  C08-3247 CW

1  result of consuming more calories."[26] Unburned calories are stored as fat, regardless of whether the

2  calories come from fats, carbohydrates or proteins.[27]

3      22.    For this reason, calories are recognized as the most important element of nutrition

4  information needed to address the obesity epidemic. Contrary to McDonald's claim that "[e]mphasis

5  on calorie intake . . . may not contribute towards the maintenance of a healthy body weight," *see*

6  DeMuth Dec. ¶ 8, the FDA and other nutrition experts agree that "calorie information is *most* relevant

7  to obesity prevention."[28] FDA's Obesity Working Group concluded in 2004, "a focus on total calories

8  is *the most useful single piece of information* in relation to managing weight."[29]

9      23.    Even modest reductions in calorie intake can dramatically improve health. A

10  reduction of 300 calories twice per week (the difference between a large diet and a sugar-sweetened

11  soda) could result in a weight loss of more than 8 pounds in a year. This is equivalent to the weight

12  loss documented in a landmark study which found that progression to diabetes from pre-diabetes was

13  reduced by 58% in people who underwent moderate weight loss and modest increases in physical

14  activity.[30]

15      24.    Ordinance 40-08 aims to increase awareness of calorie intake by making calorie

16  information available on menu boards. It also requires three additional pieces of information on

17  menus: saturated fat, carbohydrates, and sodium. Contrary to the many claims in the declarations

18  submitted in support of CRA's motion and to the arguments in CRA's Memorandum of Points and

19

20      [26] Bleich S, Cutler D, Murray C, Adams A. Why is the developed world obese? NBER Working Paper # 12954; 2007, http://www.nber.org/papers/w12954.

21      [27] When calorie consumption decreases, for example through a reduction in portion size,
22  reduction in other unhealthy nutrients, such as saturated fat or sodium, also frequently occur, as evidenced by the chains own published information for varying portion sizes. *See* McDonald's Nutrition Facts, http://www.mcdonalds.com/app_controller.nutrition.index1.html.

23      [28] The Keystone Forum on Away-From-Home Foods: Opportunities for Preventing Weight
24  Gain and Obesity, Final Report (May 2006) ("Keystone Report"), at 80 (emphasis added), Pl. Appendix F.

25      [29] U.S. FOOD AND DRUG ADMINISTRATION (FDA), CALORIES COUNT: REPORT OF THE
26  WORKING GROUP ON OBESITY (2004), at Part V(B) http://www.cfsan.fda.gov/~dms/owg-toc.html ("FDA Calories Count Report") (emphasis added).

27      [30] Diabetes Prevention Program Research Group. Reduction in the Incidence of Type 2
     Diabetes with Lifestyle Intervention or Metformin. *Journal of Medicine* 2002; 346: 393-403.

28

Authorities, restaurants are *in no way prevented* by San Francisco's Menu Labeling Ordinance from providing additional nutrient information to their customers on menu boards. Ordinance 40-08 sets a floor for the nutritional information chain restaurants must provide, not a ceiling.

## THE RISE IN OBESITY HAS COINCIDED WITH AN INCREASE IN EATING AWAY FROM HOME

### A. Americans Are Consuming An Increasing Portion Of Their Calories From Restaurant Food

25.     The rise in obesity rates in the United States has coincided with the increased consumption of away-from-home foods. Eating out, and eating extra calories while eating out, contributes disproportionately to the excess calorie intake that fuels the obesity epidemic.[31]

26.     Whereas in 1970 Americans spent just 26% of their food budget on food prepared away from home, they now spend almost half (46%) of their food dollars on such items. In 1994-1996, the average American consumed about one third of their calories from foods prepared outside of the home, up from 18% less than 20 years earlier.[32]

27.     The increasing number of chain restaurants, which serve food that is easily available, inexpensive and high in calories, has facilitated this trend. Between 2005 and 2009, the number of fast food establishments is projected to increase from 266,300 to 287,437 establishments.[33] Of the approximately 4,500 restaurants in San Francisco, an estimated 372, or 12%, are chain restaurants that are subject to the requirements of Ordinance 40-08.

28.     Fast food has become a staple of the American diet. An estimated 30% of children between the age of four and nineteen eat fast food on a typical day.[34] On average, children and youth

---

[31] St-Onge MP, Keller KL, Heymsfield SB. Changes in childhood food consumption patterns: a cause for concern in light of increasing body weights. *American Journal of Clinical Nutrition* 2003; 78:1068-1073; French SA, Harnack L, Jeffery RW. Fast food restaurant use among women in the Pound of Prevention study: dietary, behavioral and demographic correlates. *International Journal of Obesity* 2000; 24:1353-1359.

[32] Guthrie JF. et al. Role of Food Prepared Away from Home in the American Diet, 1977-78 Versus 1994-96: Changes and Consequences. *Society for Nutrition Education* 2002; 34:140-150.

[33] C. Barnes & Co. 2008 Barnes Reports: U.S. Fast Foods Restaurants Industry (NAICS 72221). 2007.

[34] Bowman, S.A., Gortmaker, S.L., Ebbeling, C.B., Pereira, M.A., Ludwig, D.S. 2004. Effects of fast food consumption on energy intake and diet quality among children in a National Household (continued on next page)

DECLARATION OF DR. MITCHELL H. KATZ      12                    n:\govlit\li2008\090033\00499755.doc
CASE NO.  C08-3247 CW

1   aged 11-18 visit fast food outlets twice per week.[35] In addition, 37% of adults report eating in fast

2   food establishments.[36]

      **B.**     **Away-From-Home Meals Such As Those Served At Chain Restaurants Have Larger Portions, More Calories, And Lower Nutritional Value Than Meals Prepared At Home**

5       29.     Studies have documented patterns of increasing portion sizes, particularly at fast-chain

6   restaurants, since the 1970s, in a pattern that parallels the epidemic of obesity.[37] On average, portion

7   sizes and calories increased for soft drinks by 49 calories, for French fries by 68 calories, and for

8   hamburgers by 97 calories per serving.[38] Because even small changes, such as eating just 10 more

9   calories per day over the course of a year, can result in weight gain of one pound, the potential impact

10   of increases in portion size ranging from 50 to 100 calories is dramatic.

11       30.     Meals eaten away from home are associated with increased calorie intake. Despite Dr.

12   Allison's allegation that the "evidence submitted in favor of the unique role of restaurants as

13   contributing to the obesity epidemic is strictly observational, and more importantly, equivocal," the

---

(footnote continued from previous page)

Survey. *Journal of Pediatrics.* 113(1): 112-118., http://pediatrics.aappublications.org/cgi/reprint/113/1/112.

[35] UNIV. OF CAL., AGRIC. & NATURAL RES., NUTRITION ONLINE MEDIA KIT, FACT SHEET, http://news.ucanr.org/mediakits/nutrition/nutritionfactsheet.shtml (citing *Inst. of Med., Preventing Childhood Obesity: Health in the Balance* (2005)).

[36] Paeratakul S, Ferdinand D, Champagne C, Ryan D, Bray G. Fast-Food Consumption Among U.S. Adults and Children: Dietary and Nutrient Intake Profile, *Journal of the American Dietetic Association.* 103: 1332-1338 (2003).

[37] Nielsen, S. J., and B. M. Popkin. Patterns and trends in food portion sizes, 1977-1998. *Journal of the American Medical Association.* 2003; 289(4):450-453; Young, L. R. and M. Nestle. The Contribution of Expanding Portion Sizes to the US Obesity Epidemic. *American Journal of Public Health* 2002; 92(2):246-249; Guthrie, J. F., B. H. Lin, and E. Frazao. Role of food prepared away from home in the American diet, 1977-78 versus 1994-96: Changes and consequences. *Journal of Nutrition Education and Behavior* 2002; Ello-Martin, J. A., J. H. Ledikwe, and B. J. Rolls. The Influence of Food Portion Size and Energy Density on Energy Intake: Implications for Weight Management. *The American Journal of Clinical Nutrition* 2005; 82(1 Suppl.):236S-241S.34(3):140-150; Young L.R. and Nestle M. Portion Sizes and Obesity: Responses of Fast-Food Companies. *Journal of Public Health Policy* 2007; 28: 238–248.

[38] Nielsen, S. J., and B. M. Popkin. Patterns and trends in food portion sizes, 1977-1998. *Journal of the American Medical Association.* 2003; 289(4):450-453.

1  evidence that restaurant and fast food are the fastest growing component of the national increase in

2  caloric intake is incontrovertible.

3      31.    The nationwide Food Consumption Survey revealed that energy (calorie) intake from

4  restaurant/fast food as a percentage of total energy intake doubled (+90%) between 1977 and 1996, as

5  national caloric intake increased for Americans by nearly 200 calories per day, from 1,791 to 1,983

6  calories.  Restaurants and fast food were the fastest growing source of calories in this period, while

7  calories from food at home fell.[39]  Indeed, the report by the FDA-commissioned Keystone Forum on

8  Away-From-Home Foods ("Keystone Report") observed that "[e]ating out more frequently is

9  associated with obesity, higher body fatness, and higher body mass index."[40]  Children eat almost

10  twice (1.8 times) as many calories when eating out than when eating at home.[41]

11      32.    Numerous studies show that people who eat at fast food establishments consume more

12  calories.  A 1994-1996 survey of 17,370 adults and children found that adults who ate at fast food

13  restaurants consumed 205 more calories per day than those who did not, and children ate 155 more

14  calories.[42]  In a survey of more than 9,000 adults, mean caloric intake on days when fast food was

15  consumed was 206 calories higher than on other days.[43]  This increase in calories would result in a

16  three-pound weight gain each year if a consumer were to eat fast food only once each week.

17  Similarly, in a study of nearly 900 women, increased frequency of eating at fast food restaurants was

18

19  [39] Nielsen SJ, Siega-Riz AM, Popkin BM. Trends in energy intake in the United States between 1977-1996: Similar shifts seen across all age groups. *Obesity Research* 10:370-378 (2002)

20  [40] Keystone Report (Pl. Appendix F), at 27; *see also* Kant, AK & Graubard, BI.  Eating out in America, 1987-2000:  Trends and Nutritional Correlates. *Preventive Medicine* 2004;38:243-249

21  (Analysis of data from the 1987 and 1992 National Health Interview Surveys (NHIS) and the 1999-2000 National Health and Nutrition Examination Survey (NHANES) found that the number of meals

22  eaten out was associated with eating more calories, total fat and saturated fat.  Eating out also was associated with higher BMIs in women.)

23  [41] Zoumas-Morse C, Rock C, Sobo E, Neuhouser M.  Children's patterns of macronutrient

24  intake and associations with restaurants and home eating. *Journal of the American Dietetic Association* 2001; 101(8):923-925.

25  [42] Paeratakul S, Perdinand D, Champagne C, Ryan D, Bray G.  Fast-food consumption among

26  US adults and children: dietary and nutrient intake profile. *Journal of American Dietetic Association* 2003; 103(10):1332-1338.

27  [43] Bowman S, Vinyard B.  Fast food consumption of US adults: impact on energy and nutrient intakes and overweight status. *Journal of the American College of Nutrition* 2004; 23(2):163-168.

28

associated with higher total calorie intake.[44] This association has also been shown among adolescents and children. A study of 4,746 students age 11-18 years found that regular fast food consumption was associated with 800 extra calories per week in boys and 660 extra calories per week in girls.[45] Such calorie excess could translate into a weight gain of 10 pounds or more per year. An increase of 129 calories per day among high- versus low-frequency consumers of fast food was also reported in a large national cohort of adolescent girls.[46]

33.    Fast food consumption translates into an increase in body weight in both adults and children.[47] In a study of more than 9,000 adults, eating fast food increased the prevalence of

[44] French SA, Harnack L, Jeffery RW. Fast food restaurant use among women in the Pound of Prevention study: dietary, behavioral and demographic correlates. *International Journal of Obesity* 2000. 24:1353-1359 *see also* Kruger, J et al. Dietary Practices, Dining Out Behavior and Physical Activity Correlates of Weight Loss Maintenance. *Preventing Chronic Disease: Public Health Research, Practice, and Policy* 2008;5:1-14 (A survey of adults found that people who did not eat at fast-food restaurants were more successful at maintaining their weight loss than people who ate at fast-food restaurants two or more times a week).

[45] French SA, Story M, Neumark-Sztainer D, Fulkerson JA & Hannan P. Fast food restaurant use among adolescents: associations with nutrient intake, food choices and behavioral and psychosocial variables. *International Journal of Obesity,* 2001; 25: 1823-33.

[46] Schmidt M, Affenito SG, Striega-Moore R, Khoury PR, Barton B, Crawford P, Kronsberg S, Schreiber G, Obarzanek E, Daniels S. Fast-food intake and diet quality in black and white girls: the National Heart, Lung, and Blood Institute Growth and Health Study. *Archives of Pediatrics & Adolescent Medicine* 2005; 159(7):626-631.

[47] Duffey KJ, Gordon-Larsen P, Jacobs DR, Williams OD & Popkin BM. Differential associations of fast food and restaurant food consumption with 3-y change in body mass index: the Coronary Artery Risk Development in Young Adults Study. *American Journal of Clinical Nutrition* 2007; 85:201-208; French SA, Harnack L, Jeffery RW. Fast food restaurant use among women in the Pound of Prevention study: dietary, behavioral and demographic correlates. *International Journal of Obesity* 2000. 24:1353-1359; Niemeier H, Raynor H, Lloyd-Richardson E, Rogers M, Wing R. Fast food consumption and breakfast skipping: predictors of weight gain from adolescence to adulthood in a nationally representative sample. *Journal of Adolescent Health* 2006; 39:842-849; Pereira MA, Kartashov AI, Ebberling CB, VanHorn L, Slattery ML, Jacobs DR & Ludwig DS. Fast-food habits, weight gain, and insulin resistance (the CARDIA study): 15-year prospective analysis. *Lancet* 2005; Thompson OM, Ballew C, Resnicow K, Must A, Bandini LG, Cyr H, Dietz WH. Food purchased away from home as a predictor of change in BMI z-score among girls. *International Journal of Obesity* 2004; 28:282-289.365:36-42; Satia JA, Galanko JA, Siega-Riz AM, Eating at fast food restaurants is associated with dietary intake, demographic, psychosocial and behavioral and behavioral factors among African Americans in North Carolina. *Public Health Nutrition*: 7(8) , 1089-1096; Guthrie JF. et al. Role of Food Prepared Away from Home in the American Diet, 1977-78 Versus 1994-96: Changes and Consequences. *Journal of Nutrition Education and Behavior.* 2002; 34(3):140-150; Binkley, UK, Eales J, Jekanowski M, The relation between dietary change and rising US obesity. *International Journal of Obesity* (2000) 24, 1032-1039.

DECLARATION OF DR. MITCHELL H. KATZ          15          n:\govli\li2008\090033\00499755.doc
CASE NO. C08-3247 CW

1    overweight by 27-31%.[48]  Among 3,394 adults in the Coronary Artery Risk Development in Young

2    Adults Study (CARDIA), eating fast food was positively associated with a higher Body Mass Index

3    (BMI), a key measure of obesity.  This same association has been found in different contexts, such as

4    among Mexican children in San Diego, where 4-7-year-old children were twice as likely to be obese

5    if they ate in fast food restaurants,[49] and among Minnesota secondary school students.[50]  Follow-up

6    studies further strengthen the evidence for a causal association between eating fast food and weight

7    gain.  In a study of 3,031 adults (part of CARDIA) who were followed up for 15 years, baseline fast

8    food intake was directly associated with increases in body weight.[51]  Similarly, in a study of almost

9    10,000 adolescents, more days of fast food consumption at baseline predicted increases in BMI at

10    five-year follow-up.[52]  In a cross-sectional study of boys and girls in three age groups, those aged 12-

11    19 years who consumed foods away from home were more likely to have a higher BMI percentile.[53]

12          34.     Sit-down chains also serve food associated with increased caloric intake and weight

13    gain.  One study compared food selections made by adolescents who were asked to order a dinner

14    meal from both sit-down chain restaurants and fast food restaurants.  Meals selected at Chili's,

---

[48] Bowman S, Vinyard B.  Fast food consumption of US adults: impact on energy and nutrient intakes and overweight status. *Journal of the American College of Nutrition* 2004; 23(2):163-168

[49] Duerksen SC, Elder JP, Arredondo EM, Ayala GX, Slymen DJ, Campbell NR, Baquero B.  Family restaurant choices are associated with child and adult overweight status in Mexican-American families. *Journal of the American Dietetic Association* 2007; 107(5): 849-853.

[50] French SA, Story M, Neumark-Sztainer D, Fulkerson JA & Hannan P.  Fast food restaurant use among adolescents: associations with nutrient intake, food choices and behavioral and psychosocial variables. *International Journal of Obesity*, 2001; 25: 1823-33.

[51] Pereira MA, Kartashov AI, Ebberling CB, VanHorn L, Slattery ML, Jacobs DR & Ludwig DS.  Fast-food habits, weight gain, and insulin resistance (the CARDIA study): 15-year prospective analysis. *Lancet* 2005; 365:36-42

[52] Niemeier H, Raynor H, Lloyd-Richardson E, Rogers M, Wing R.  Fast food consumption and breakfast skipping: predictors of weight gain from adolescence to adulthood in a nationally representative sample. *Journal of Adolescent Health* 2006; 39:842-849.

[53] Huang TT, Howarth NC, Lin BH, Roberts SB & McCrory MA.  Energy intake and meal portions: associations with BMI percentile in US Children. *Obesity Research* 2004; 12 (11): 1875-1885

1  Denny's and Outback Steakhouse had even higher calorie content than at comparison restaurants

2  McDonald's and Taco Bell.[54]

3      35.    Evidence also shows that eating meals away from home is associated with having a

4  poor diet. The United States Department of Agriculture has observed that away-from-home foods

5  have lower nutritional quality than home foods.[55] Eating fast food is associated with lower fruit and

6  vegetable consumption and greater consumption of sweetened beverages.[56] Generally, individuals

7  who eat fast foods consume more calories and have poorer diet quality than those who do not.[57]

8  **CONSUMERS CONSISTENTLY UNDERESTIMATE THE NUMBER OF CALORIES, FAT, CARBOHYDRATES, AND SODIUM CONTAINED IN RESTAURANT MEALS**

9

10      36.    While Americans are eating out more than ever before and restaurant foods tend to

11  have higher calorie counts than home-cooked meals, consumers consistently underestimate the

12  number of calories in menu items.[58] As the FDA-commissioned Keystone Report concluded,

---

13  [54] Yamamoto JA, Yamamoto JB, Yamamoto BE, Yamamoto LG. Adolescent calorie/fat menu ordering at fast food restaurants compared to other restaurants. *Hawaii Medical Journal.* 2006 Aug;65(8):231-6

14

15  [55] *See* Lin B, *et al.,* Away-From-Home Foods Increasingly Important to Quality of American Diet. *U.S. Dep't of Agric., Econ. Research Serv., Agriculture Info. Bull.* No. 749 (1999), http://www.ers.usda.gov/publications/aib749/aib749.pdf.

16  [56] Taveras EM, Berkey CS, Rifas-Shiman SL, *et al.,* Association of Consumption of Fried Food Away from Home with Body Mass Index and Diet Quality in Older Children and Adolescents, *Pediatrics,* Oct. 2005; 116(4): e518-524; Crawford, D et al. Which Food-related Behaviors Are Associated with Healthier Intakes of Fruits and Vegetables among Women?. *Public Health Nutrition* 2007;10:256-265 (A cross-sectional survey found that Australian women who ate meals from fast-food restaurants were less likely to eat two or more servings of vegetables and two or more servings of fruit a day.);

17

18

19

20  [57] *See* Bowman, S.A., Gortmaker, S.L., Ebbeling, C.B., Pereira, M.A., Ludwig, D.S. 2004. Effects of fast food consumption on energy intake and diet quality among children in a National Household Survey. *Journal of Pediatrics.* 113(1): 112-118, http://pediatrics.aappublications.org/cgi/reprint/113/1/112. (concluding that children who ate fast food consumed more calories per gram of food and had poorer diet quality); Paeratakul S, Ferdinand D, Champagne C, Ryan D, Bray G. Fast-Food Consumption Among U.S. Adults and Children: Dietary and Nutrient Intake Profile, *J. of the Am. Dietetic Ass'n* 103: 1332-1338 (2003) (concluding that adults who reported eating fast foods had higher intakes of calories and fat, and lower intakes of vitamins A and C than adults who did not eat fast food); M. Schmidt, et al., Fast-Food Intake and Diet Quality in Black and White Girls, *Archives Of Pediatric And Adolescent Medicine.* 159: 626-631 (2004) (concluding that fast food intake in girls between the ages of 9 and 19 was associated with increased calorie and fat consumption).

21

22

23

24

25

26  [58] Burton S, Creyer EH. What consumers don't know can hurt them: Consumer evaluations and disease risk perceptions of restaurant menu items. *The Journal of Consumer Affairs.* 2004; 38(1):121-145.

27

28

DECLARATION OF DR. MITCHELL H. KATZ    17
CASE NO. C08-3247 CW

1    "[w]ithout nutrition information, consumers typically are unable to assess the caloric content of

2    foods."[59]  Although federally mandated nutrition labeling on food products for sale in supermarkets

3    facilitates inform choice for meals eaten at home, consumers lack such essential information when

4    eating in restaurants. This information gap constitutes a significant barrier to healthy food choices.[60]

5         37.    A recent study found that calories in restaurant items were almost *two times* more than

6    what consumers expected.[61]  A March 2007 poll conducted in California found that an overwhelming

7    number of Californians are unable to identify fast food and restaurant menu items with the

8    fewest/most calories, salt, or fat.[62]  Moreover, steadily increasing portion sizes in restaurant meals

9    make consumers even more likely to underestimate nutritional content.[63]

10        38.    Even experienced nutrition professionals have difficulty accurately estimating the

11   calorie content of restaurant food.  In one study, while these professionals could accurately describe

12   the calories in a cup of milk, they generally underestimated calories in restaurant food by 200 to 600

13   calories.  For example, dietitians estimated on average that a typical hamburger with onion rings meal

14   had 865 calories when it actually had 1,550.  Given that even experienced professionals in the field of

15   nutrition cannot accurately estimate the calorie content of restaurant foods, consumers are even less

16   likely to do so.[64]

17

18   _____

19       [59] Keystone Report (Pl. Appendix F), at 68, 73.

        [60] U.S. Food and Drug Administration (FDA) and Center for Food Safety and Applied
20   Nutrition (CFSAN). Counting Calories:  Report of the Working Group on Obesity," 2004.
     http://www.cfsan.fda.gov/~dms/owg-toc.html.

21       [61] Burton S, Creyer EH, Kees J, Huggins K. Attacking the obesity epidemic: the potential
     health benefits of providing nutrition information in restaurants. *American Journal of Public Health.*
22   2006; 96:1669-1675.

23       [62] CAL. CTR. FOR PUB. HEALTH ADVOCACY, Statewide poll of 523 registered California voters
     conducted on March 20-31, 2007 by Field Research Corp.,
24   www.publichealthadvocacy.org/menulabelingpoll.html.

         [63] *See* Young LR, Nestle M. Expanding Portion Sizes in the U.S. Marketplace: Implications
25   for Nutrition Counseling, *Journal of the American Dietetic Association.* 103: 231, 231-34 (2003);
     Brian Wansink, Pierre Chandon P, Meal Size, Not Body Size, Explains Errors in Estimating Calorie
26   Content of Meals, *Annals of Internal Medicine.* 145: 326, 326-32 (2006).

         [64] J. Backstrand, et al., Fat Chance (Washington, DC: Center for Science in the Public Interest,
27   1997).

28

DECLARATION OF DR. MITCHELL H. KATZ          18          n:\govlit\li2008\090033\00499755.doc
CASE NO. C08-3247 CW

39.     It is difficult for consumers to be able to discern that a far lower calorie option is often available within a group of similar products.  For example, calories in cheeseburgers at Burger King vary more than three-fold:

| | |
|---|---|
| Cheeseburger | 330 calories |
| Whopper Junior with cheese | 410 calories |
| Double Whopper with cheese | 990 calories |
| Triple Whopper with cheese | 1,230 calories |

A consumer ordering a salad at Burger King with the goal of eating food with fewer calories might be startled to learn that dressing can have more calories than the salad; and the calories can vary two-fold – from 300 to 670 – not counting the croutons:

| | |
|---|---|
| BK Tendergrill Chicken Garden Salad | 240 calories |
| BK Tendercrisp Chicken Garden salad | 400 calories |
| Ken's Fat Free Ranch Dressing | 60 calories |
| Kens' Honey Mustard Dressing | 270 calories |

And that calories in McDonald's desserts can vary more than ten-fold:

| | |
|---|---|
| McDonald's shakes | 420-1160 calories |
| McDonald's hot fudge sundae | 330 calories |
| Fruit and yogurt parfait with granola | 160 calories |
| Vanilla low fat ice cream cone | 150 calories |
| Apple dippers w/ low fat caramel dip | 105 calories |

**EVIDENCE SHOWS THAT, WHEN GIVEN NUTRITIONAL INFORMATION, CONSUMER USE THAT INFORMATION TO MAKE LOWER CALORIE AND HEALTHIER CHOICES**

40.     Both common sense and published scientific evidence demonstrate why making nutrition information readily available at the point of purchase will influence many consumers to make lower-calorie, healthier choices.[65]  Since 1994, the federal Nutrition Labeling and Education Act (NLEA) has made nutrition information available to consumers on packaged foods purchased in retail stores.  This information is widely used, with three quarters of American adults reporting that

---

[65] Burton S, Creyer EH, Kees J, Huggins K. Attacking the obesity epidemic: the potential health benefits of providing nutrition information in restaurants. *American Journal of Public Health.* 2006; 96:1669-1675.

DECLARATION OF DR. MITCHELL H. KATZ          19          n:\govli\li2008\090033\00499755.doc
CASE NO.  C08-3247 CW

1  they examine food labels.[66] The calorie section is the most frequently consulted part of the Nutrition

2  Facts panel on packaged foods, with 73% of consumers reporting that they look at calorie content.[67]

3  Nearly half (48%) of those who consult the nutrition information on packaged foods report changing

4  their food purchasing habits as a result of reviewing this information.[68]

5       41.     Similarly, consumers are interested in knowing the calorie content of restaurant foods

6  and will use it to make more informed choices. Six nationally representative polls have found that

7  anywhere from 62% to 87% of Americans support requiring restaurants to list nutrition information.[69]

8  In studies where calorie information is provided, consumers choose high-calorie items 24% to 37%

9  less often.[70] A 2005 study found that providing nutrition information at the point of sale in campus

10 dining facilities had a positive influence on the food purchasing behavior of college students.[71]

11 Similarly, another study found that signs showing the calorie content of available foods in a cafeteria

12 setting significantly decrease the number of calories that people purchase.[72]

13

14

---

15 [66] US Department of Health and Human Services (US DHHS), Centers for Disease Control and Prevention, National Center for Health Statistics. Healthy People 2000 Final Review. 2001.

16 [67] International Food Information Council (IFIC) Foundation. Food & Health Survey: Consumer Attitudes Toward Food, Nutrition & Health. Washington, DC: 2007.

17 [68] Levy AS. Derby BM. The Impact of NLEA on Consumers: Recent Findings from FDA's
18 Food Label and Nutrition Tracking System. Washington DC: Center for Food Safety and Applied Nutrition. Food and Drug Administration. 1996.

19 [69] Center for Science in the Public Interest. Anyone's Guess: The need for nutrition labeling at fast-food and other chain restaurants. Washington, DC: Center for Science in the Public Interest,
20 2003; Harvard Forums on Health. Obesity as a Public Health Issue: A Look at Solutions. National Poll by Lake, Snell, Perry & Associates. June 2003.

21 [70] Burton S, Creyer EH, Kees J, Huggins K. Attacking the obesity epidemic: the potential
22 health benefits of providing nutrition information in restaurants. *American Journal of Public Health.* 2006; 96:1669-1675. Once again, the DeMuth (McDonald's) declaration does not accurately reflect
23 an authority it cites. Describing the Burton study, she states, "Purchase intent for the more-healthy items was increased only when both calorie plus nutrient information were provided." DeMuth Dec.
24 ¶ 13. Actually, the authors concluded that while calorie information with additional nutritional information affected more choices, calorie information alone had a significant effect on certain
25 consumer purchase intentions.

26 [71] Conklin MT, Cranage DA, Lambert CU. College students' use of point of selection nutrition information, *Topics in Clinical Nutrition.* 2:20, 97, 97-108 (2005).

27 [72] Milich R, Anderson J, Mills M. Effects of visual presentation of caloric values on food buying by normal and obese persons, *Perceptual & Motor Skills.* 1976 Feb;42(1):155-62.

28

DECLARATION OF DR. MITCHELL H. KATZ          20          n:\govlit\li2008\090033\00499755.doc
CASE NO. C08-3247 CW

1     42.    Most recently, Los Angeles County published a study quantifying the potential impact

2 of mandatory menu labeling at fast food and large chain restaurants. Using a conservative

3 assumption that calorie postings would result in 10% of large chain restaurant patrons ordering

4 reduced calorie meals, with an average reduction of 100 calories per meal, Los Angeles concluded

5 that menu labeling would avert 39% of the 6.75 million pound average annual weight gain in the

6 county population. The Los Angeles study is attached hereto as Exhibit B.

7     43.    CRA questions the usefulness of nutritional information if consumers are unaware of

8 their recommended daily calorie intake. Such knowledge, however, is not essential for nutrition

9 labeling to be effective. As noted in the FDA's Keystone Report: "The data collected since the NLEA

10 was implemented in 1994 suggest that people tend to use food label information to compare "like"

11 products, rather than to make selections across product lines."[73] Nutritional information provided in

12 restaurants allows consumers to compare meal options and make better selections irrespective of

13 whether they know their daily-recommended intake. For example, a consumer will be able to choose

14 between a small portion of McDonalds fries knowing that it has 250 calories versus a large portion at

15 fries at 570 calories, between its Deluxe Breakfast with syrup at 1,410 calories instead of the Big

16 Breakfast with a regular sized biscuit at 720 calories, or between a large Coke at 310 calories versus a

17 small one for 150 calories or a diet Coke for <1 calorie. Also, CRA ignores that Ordinance 40-08

18 requires restaurants to include the following statement on menus in a clear and conspicuous manner:

19 "Recommended limits for a 2,000 calorie daily diet are 20 grams of saturated fat and 2,300

20 milligrams of sodium." See Health Code Section 468.3(b)(2). Thus, Ordinance 40-08 educates

21 consumers about recommended daily allowances so that they can make more informed choices.

22     44.    The argument advanced in the Declaration of Michael Andres (McDonald's) that

23 requiring posting by some and not all restaurants will create a competitive disadvantage for affected

24 restaurants is purely speculative, as is the allegation that these restaurants will lose business. In fact,

25 it is entirely plausible that consumers, who are increasingly choosing foods based on nutritional value

26 or perceptions of healthfulness, will prefer purchasing at restaurants where nutrition information is

27     [73] Keystone Report (Pl. Appendix F), at 72.

28

DECLARATION OF DR. MITCHELL H. KATZ    21
CASE NO. C08-3247 CW

1    available. The proposal to require nutrition labeling had widespread support before the Board of

2    Supervisors, and a 2007 study by the California Center for Public Health Advocacy found 84% of

3    respondents support "requiring fast-food and chain restaurants to post nutrition information on their

4    menus."[74] Given the public support for menu labeling, the availability of nutrition information to

5    consumers may in fact come to be seen as a competitive advantage despite CRA's dire predictions.

6         45.    Contrary to the Andres Declaration (McDonald's), which speculates that San

7    Francisco's Menu Labeling Ordinance could cause revenue loss, consumer confusion, and delays in

8    lines, Subway Restaurants has reported no such difficulties since they began posting calorie

9    information on their menu boards in New York City. As part of a Centers for Disease Control and

10   Prevention educational webcast, John Musco, Development Agent for Subway restaurant's Greater

11   New York Region, said this about the calorie posting measure: "We've seen no negative feedback, no

12   loss of sales in our stores because of it. It's been positive."[75] Subway's experience demonstrates that

13   restaurants can provide nutritional information while still offering clear, attractive and uncluttered

14   menu boards.

15

16

17

18

19

20

21

22

23

24   [74] Cal. Ctr. for Pub. Health Advocacy, Menu Labeling Poll: Californians Overwhelmingly
Support Mandatory Menu Labeling, http://www.publichealthadvocacy.org/menulabelingpoll.html.

25   [75] Centers for Disease Control and Prevention and University of North Carolina at Chapel Hill
School of Public Health. Cutting-Edge Legal Preparedness for Chronic Disease Prevention. Public

26   Health Grand Rounds [webcast]. November 29, 2007.
http://www.publichealthgrandrounds.unc.edu/legal/webcast_hi.htm.

27

28

Subway Menu Boards in Place in Manhattan on July 2, 2007[76]



## NUTRITION DISCLOSURES IN RESTAURANTS WILL LIKELY LEAD TO THE DEVELOPMENT OF HEALTHIER MENU OFFERINGS

46.    In addition to informing consumers, the Department anticipates that requiring nutritional disclosures will motivate the food service industry to improve its menu offerings. According to the FDA-sponsored Keystone Report:

> A key benefit of mandatory nutrition labeling on packaged foods has been the reformulation of existing products and the introduction of new, nutritionally improved products. Between 1991 (before the implementation of the NLEA) and 1995 (after implementation) the number of fat-modified cheeses has tripled, and market share for fat-modified cookies increased from zero percent of the market to 15%. In a similar fashion, nutrition labeling on menus and menu boards will likely spur nutritional improvements in restaurant foods.[77]

---

[76] Photograph provided by the New York City Department of Health & Mental Hygiene.

[77] Keystone Report (Pl. Appendix F), at 73.

DECLARATION OF DR. MITCHELL H. KATZ          23          n:\govlit\li2008\090033\00499755.doc
CASE NO. C08-3247 CW

# CURRENT NUTRITION INFORMATION PRACTICES AT CHAIN RESTAURANTS ARE INADEQUATE

47.    The current practices of chain restaurants do not effectively transmit nutrition information to consumers. At least 50% of chain restaurants do not make any nutritional information available to customers anywhere.[78] While CRA has submitted declarations from some that do, only a minuscule proportion of their customers see the nutritional information that is available.

### A.    Websites And Nutritional Hotlines Are Insufficient To Convey Nutritional Information To Customers

48.    According to the declaration of Debra DeMuth, Director of Global Nutrition for McDonald's, McDonald's has over 50 million patrons per day, amounting to 18.3 billion visits per year, but received only 578,000 annual "hits" on their nutrition information website in 2007– presumably including search engine redirects and other spurious hits. Even if we attributed all website hits to customers, this would represent a rate of 0.003% hits per meal (or one hit for every 31,500 meals). Even including all off-site methods described by DeMuth for obtaining nutrition information (578,000 website visits, a projected 48,000 annual calls to the toll free hotline), the use of these sources remains minuscule compared to the number of meals served.

49.    Similarly, Burger King's Fiscal 2007 Annual report states that ""Worldwide 11 million guests a day visit a BURGER KING restaurant."[79] Stephanie Quirantes' declaration notes that the Burger King website receives an average of 78,866 visits a month, while its interactive "Build a Meal" site receives approximately 46,479 visits each month. Further, the linked "Healthy Dining Finder" has received 83,102 hits since March 2007. Even when considering all of these as unique visits by customers (certainly an overestimate) and even assuming that all of the individuals who visit the Burger King website do so to access calorie or nutrition information (highly unlikely), there are *at most* approximately 1.57 million electronic inquiries for nutritional information. This is certainly a large number, but when compared to Burger King's some 4 billion customer visits each year, it

---

[78] Wootan MG, Osborn M. Availability of Nutrition Information from Chain Restaurants in the U.S., *American Journal of Preventative Medicine* 2006 vol. 30 at 266-268.

[79] *See* http://media.corporate-ir.net/media_files/irol/87/87140/2007_AR.pdf.

1   translates to approximately 0.039% of meals (or one in 2,500) served for which nutritional

2   information might have been obtained electronically.

3   **B.    Few Consumers See The On-Site Information Currently Available At Some Chain Restaurants**

4
5   50.     The methods for providing onsite nutrition information described in the declarations of

6   DeMuth (McDonald's) and Quirantes (Burger King Corporation) – methods that they claim to be

7   more comprehensive than the requirements of San Francisco's Menu Labeling Ordinance – are also

8   not effective in transmitting nutrition information to consumers.

9   51.     The New York City Department of Health and Mental Hygiene conducted a large exit

10  interview survey of 7,318 diners at a random sample of 275 of restaurants in May and June of 2007.

11  With the exception of Subway, only 4% of chain restaurant consumers reported seeing calorie

12  information.[80]

13  52.     Only at Subway, which posted some nutritional information near cash registers at the

14  time of New York's survey, did a substantial proportion – 31% – of consumers report seeing calorie

15  information.[81] When chain restaurants post calories even more prominently, as required by San

16  Francisco's Menu Labeling Ordinance, consumers will be even more likely to see the nutritional

17  information and make healthier choices.

18  53.     Provision of nutrition information in restaurants can have an impact even if not all

19  patrons make use of the information. The DeMuth declaration (McDonald's) cites Krukowski's

20  report[82] that about 50% of students in a study said that they were not likely to use caloric information.

21  Yet, conversely about 50% of patrons in that same study stated that they *would* use nutrition

22  information if it were available, suggesting that calorie posting will have a substantial effect on public

23  health.  National estimates suggest that affecting energy balance by even 100 calories per day could

---

24  [80] Bassett M *et al.*, Purchasing Behavior and Calorie Information at Fast-Food Chains in New York City, 2007. *American Journal of Public Health.* (Jun 12, 2008).

25  [81] *Id.*

26  [82] Krukowski RA, Harvey-Berino J, Kolodinsky J, Narsana RT, Desisto TP. Consumers may not use or understand calorie labeling in restaurants. *Journal of the American Dietetic Association* 2006; 106(6):917-20.

27
28

1  alter the trajectory of the average weight gain that is driving the obesity epidemic.[83] Even the

2  National Restaurant Association accepts this, stating, "Research shows that affecting energy balance

3  by 100 calories per day could prevent weight gain in most of the population."[84]

4          54.     The key difference between restaurants' current voluntary practices and the disclosures

5  required by Ordinance 40-08 is that nutrition information will be seen by most consumers under

6  Ordinance 40-08, while it is seen by 4% of consumers (excluding Subway) using present methods.

7  Unlike disclosures on food wrappers or tray liners, the disclosures mandated by Ordinance 40-08 will

8  be seen at the point of sale, *before* consumers select their order. As the FDA-commissioned

9  Keystone Report concluded, "information provided at the consumer's point of decision, wherever that

10  might be, is most likely to be used and useful to the consumer."[85] The FDA Obesity Working

11  Group's 2004 report similarly recommended that restaurants provide "readily available, nutrient

12  content information *at the point-of-sale*."[86]

13          55.     Despite the initiatives described in the DeMuth (McDonald's) and Quirantes (Burger

14  King) Declarations, nutrition information is invisible to the overwhelming majority of consumers

15  who stand on line each day and order items from its menu boards. As described in the declarations

16  submitted by CRA, chain restaurants do not typically display nutritional information where and when

17  consumers make their choices and purchases. Such information is typically displayed only where it is

18  hard to find, difficult to read, or accessible only after a purchase is made. Thus, the provided

19  information has little or no impact on choice.

20

21

22

23  ───────────────

24  [83] Hill JO, Wyatt HR, Reed GW, Peters JC. Obesity and the environment: where do we go
from here? *Science* 2003; 299(5608):853-5.

25  [84] Garren DM, Gay J. Comment; Notice of Intention to Repeal and Reenact 81.50 to Article
81 of the New York City Health Code; Mandatory Calorie Statements. National Restaurant
26  Association. November 27, 2007 p.13.

27  [85] Keystone Report (Pl. Appendix F), at 81.

[86] *FDA Calories Count Report,* at Part V(B) (emphasis added).

28

**SCIENTIFIC EXPERTS RECOMMEND THAT NUTRITIONAL INFORMATION BE READILY AVAILABLE IN RESTAURANTS, ESPECIALLY AT THE POINT OF PURCHASE**

56.    Although McDonald's claims that there is no "public health community consensus on menu board labeling," *see* DeMuth Dec. ¶ 12, nutritional labeling of restaurant foods has been recommended as a useful strategy for addressing obesity and its related illnesses by the:

- FDA
- U.S. Surgeon General
- National Academies' Institute of Medicine
- American Medical Association
- American Diabetes Association
- American Heart Association
- American Cancer Society
- American Academy of Pediatrics
- Center for Science in the Public Interest, and
- American Public Health Association.[87]

The FDA's Working Group on Obesity has concluded that "the pervasiveness of the obesity epidemic means that more nutrition information *must* be presented to consumers in restaurant settings."[88] Similarly, the U.S. Surgeon General has called for "increasing availability of nutrition information for

---

[87] *See FDA Calories Count Report,* at Part V(B) (emphasis added); U.S. DEP'T OF HEALTH & HUMAN SERVS., THE SURGEON GENERAL'S CALL TO ACTION TO PREVENT AND DECREASE OVERWEIGHT AND OBESITY (2001), *available at* http://www.surgeongeneral.gov/topics/obesity/calltoaction/CalltoAction.pdf; INSTITUTE OF MEDICINE, PREVENTING CHILDHOOD OBESITY: HEALTH IN THE BALANCE (Jeffrey P. Coplan et al. eds., 2004) (emphasis added); AM. MED. ASS'N, Press Release, AMA Adopts Policies to Promote Healthier Food Options to Fight Obesity in America (June 27, 2007), *available at* http://www.ama-assn.org/ama/pub/category/17768.html; AM. HEART ASS'N, Position Statement on Menu Labeling (March 4, 2008), *available at* http://www.americanheart.org/downloadable/heart/120466146011 2Policy%20Position%20Statement %20on%20Menu%20Labeling.pdf; AM. PUBLIC HEALTH ASS'N, Support for Nutrition Labeling in Fast-Food and Other Chain Restaurants (Nov. 9, 2004), *available at* http://www.apha.org/advocacy/policy/policysearch/default.htm?id=1300; http://www.nyc.gov/html/doh/downloads/pdf/public/notice-intention-hc-art81-50-1007.pdf.

[88] *See FDA Calories Count Report,* Section V(B)(2) (emphasis added).

DECLARATION OF DR. MITCHELL H. KATZ        27        n:\govlit\li2008\090033\00499755.doc
CASE NO. C08-3247 CW

1 | foods eaten and prepared away from home."[89]  The National Academies' Institute of Medicine has

2 | recommended that: "Fast-food and full-service restaurants should expand healthier meal, food, and

3 | beverage food options (including children's meals) and provide calorie content and general nutrition

4 | information *at point of purchase*."[90]  In a 2004 report, the Institute concluded that because "[t]he

5 | obesity epidemic is a serious public health problem that calls for *immediate* action to reduce its

6 | prevalence as well as its health and social consequences ... actions should be based on the best

7 | available evidence---as opposed to waiting for the best possible evidence."[91]  The 2006-2007 report of

8 | the President's Cancer Panel also recommends: "Make nutrition information on restaurant foods

9 | readily available on menus and understandable to consumers."[92]

10 |      57.    The final report of the FDA's Keystone report recommends that: "Away-from-home

11 | food establishments should provide consumers with calorie information in a standard format that is

12 | easy to use."[93]  This was the *first* recommendation in Chapter 4 of the report.  As the report noted

13 | when providing operational tips for accomplishing its recommendation:

> Information should be provided in a manner that is easy for consumers to see and use as part
> of their purchasing and eating decisions. Consumer might view such information, for
> example, when standing at a counter, while reviewing a menu board, in a car when reading a
> drive-through menu, or when sitting down at a table reviewing a menu, a table tent, or others
> means of providing information.[94]

CRA's Memorandum of Points and Authorities cites other parts of the report, such as the desirability

of further research, but not this key recommendation.

---

[89] U.S. Dep't of Health & Human Servs., The Surgeon General's Call To Action To Prevent and Decrease Overweight and Obesity (2001), *available at* http://www.surgeongeneral.gov/topics/obesity/calltoaction/CalltoAction.pdf.

[90] Institute of Medicine of the National Academies. Industry can play a role in preventing childhood obesity. Fact Sheet 2004. Drawn from Preventing Childhood Obesity, Health in the Balance 2005, *available at* www.iom.edu.

[91] *Id.* (emphasis added).

[92] President's Cancer Panel. Promoting Healthy Lifestyles. Policy, Program and Personal and Recommendations for Reducing Cancer Risk. 2006-2007 Annual Report. U. S. Department of Health, National Institutes of Health, National Cancer Institute. Bethesda, Maryland, 2007.

[93] Keystone Report (Pl. Appendix F), at 76.

[94] *Id.* at 77-78.

DECLARATION OF DR. MITCHELL H. KATZ          28
CASE NO.  C08-3247 CW

58.     In concluding that the best available scientific evidence supports the provision of nutrition information at the point of purchase, San Francisco is part of a growing national consensus that menu labeling legislation is likely to yield significant health and economic benefits by providing consumers with the information they need to make better informed choices and decrease their risk for obesity.

## CHAIN RESTAURANTS ARE AN APPROPRIATE FOCUS FOR NUTRITION DISCLOSURE REQUIREMENTS

59.     Chain restaurants represent an appropriate focus for regulation for several reasons.  As outlined above, the vast majority of chain restaurants typically serve food that is clearly associated with excess caloric intake and with obesity.  In addition, children, an especially vulnerable segment of the population, are targeted by chain restaurant marketing campaigns.

### A.     Chain Restaurants Often Serve Standardized Meals That Are High In Calories And Low In Nutritional Value

60.     As explained above in paragraphs 29-35, fast food and chain restaurants often serve highly caloric meals and eating such meals is associated with being overweight or obese.  Chain restaurants also typically have standardized menus, recipes and preparation methods that allow for accurate nutritional disclosures.

### B.     Chain Restaurants Often Target Children In Their Advertisements

61.     Many of the chain restaurants covered by Ordinance 40-08 make extensive use of advertising to promote the appeal and wholesome image of their products, particularly to susceptible groups such as children.  The major chains use marketing strategies directly aimed at children to establish a preference for their fast food brand,[95] and children who view such television advertisements are about 50% more likely to eat fast food.[96]  Such advertising does not contain any

---

[95] Connor, SM. Food-related advertising on preschool television: building brand recognition in young viewers. *Pediatrics*. 118(4):1478-85, 2006

[96] Taveras EM, Sandora TJ, Shih, M-C, Ross-Degnan D, Goldmann DA, Gillman M W. The association of television and video viewing with fast food intake by preschool-age children. *Obesity*. 14(11):2034-41, 2006 Nov.

1  information about the risk of obesity for those consuming fast food regularly, and many such

2  advertisements may inaccurately imply that fast food is generally wholesome, healthy food.  Ads

3  typically feature slender, healthy-looking children and parents.  For instance, the ad below from

4  McDonald's suggests that McDonald's is good place to obtain a meal for a child, a place where

5  parents "don't have to worry about the quality or nutrition."



*McDonalds's You Might be Surprised Magazine Ad. (2007)*

62.    This ad deceptively suggests that parents do not have to worry about their children's

nutrition at McDonald's.  Based on the options listed on McDonald's website, however, the average

number of calories in McDonald's Happy Meal offerings is approximately 530 calories, 26% higher

than the advertised meal.[97]  The average caloric content of a Happy Meal is over half of a 3-year-old's

daily-recommended number of calories and about 40% of the recommended daily caloric intake for a

child between four and eight years old.[98]  Indeed, over 20% of the Happy Meals listed on McDonald's

[97] http://www.mcdonalds.com/app_controller.nutrition.categories.happymeals.index.html

[98] American Heart Association, *Table: Dietary Recommendations for Children, available at* http://www.americanheart.org/presenter.jhtml?identifier=3033999.

DECLARATION OF DR. MITCHELL H. KATZ          30          n:\govlit\li2008\090033\00499755.doc
CASE NO.  C08-3247 CW

1  child between four and eight years old.[98]  Indeed, over 20% of the Happy Meals listed on McDonald's

2  website have over 600 calories, nearly half of the average recommended number of calories for 4 to 8

3  year olds.  Such calorie dense meals contrast sharply with McDonald's advertising which promises to

4  provide "[a]ge appropriate portion sizes for our kids meals."[99]

5      63.    Researchers at Robert Wood Johnson Foundation's national research program

6  *Bridging the Gap* found that fast-food advertisements make up the largest category of all food related

7  advertisements seen by teens.[100]  "Clearly our kids are getting bombarded with poor nutritional

8  messages every day," said Risa Lavizzo-Mourey, M.D., M.B.A., president and CEO of the Robert

9  Wood Johnson Foundation.[101]  An National Institutes of Health-supported study looked at television

10 fast-food advertising seen by children and estimated that these advertisements were responsible for

11 18% of overweight in children ages 3-11 and 14% in adolescents.[102]  Given the epidemic of

12 childhood obesity, Ordinance 40-08 is an important tool to help parents offset the effects of fast-food

13 advertising on their children.

14 **ORDINANCE 40-08 REQUIRES NUTRITION DISCLOSURES – IT DOES NOT FORCE A MESSAGE**

15

16     64.    CRA argues that Ordinance 40-08 forces restaurants to voice the City's points of view

17 that "patrons *must* consider the caloric content of food when ordering in a restaurant," and "calories

18 are the only nutritional criterion that patrons need to consider." Pl. Mem. at 23-24.  Posting calorie

19 information on menu boards will not force anyone to take calories into consideration, any more than

20     [98] American Heart Association, *Table: Dietary Recommendations for Children, available at* http://www.americanheart.org/presenter.jhtml?identifier=3033999.

21     [99] McDonald's, *Fact Sheet: Communicating with Children, available at*
22 http://www.mcdonalds.com/corp/about/factsheets.RowPar.0001.ContentPar.0001.ColumnPar.0005.File1.tmp/Communicating%20to%20Children%20FACT%20SHEET.pdf.

23     [100] Powell, LM, Szczypka G, Chaloupka, FJ, Braunschweig CL. Nutritional content of
24 television food advertisements seen by children and adolescents in the United States. *Pediatrics* 120:576-583, 2007.

25     [101] Robert Wood Johnson Foundation. New Study Confirms Vast Majority of Ads Seen by Kids Promote Foods High in Sugar, Fat or Sodium. Sep 4, 2007 - Chicago, Ill. Accessed February 6, 2008 at http://www.rwjf.org/newsroom/newsreleasesdetail.jsp?productid=21922

26     [102] Chou SY, Rashad I, Grossman M. Fast Food Advertising on television and its influence on
27 childhood obesity. R01 DK54826 from the National Institute of Diabetes and Digestive and Kidney Diseases Report. December 2006.

28

1   having labels on clothing (which are mandatory) forces you to consider buying cotton rather than

2   polyester, or access to the Nutrition Facts Panel forces you to consider buying tofu.  The Ordinance

3   simply requires that consumers have ready access to calorie information when making a choice.  It

4   does not in any way imply that calories are the only important nutritional criterion, especially since it

5   requires that the amount of saturated fat, carbohydrates and sodium also be provided on menus for

6   each menu item.  It simply establishes a minimum requirement for disclosure of the information of

7   the greatest public health importance in fighting the obesity epidemic.

8   **THE REQUIREMENTS OF ORDINANCE 40-08 ARE NARROWLY TAILORED AND ARE NECESSARY TO EFFECTIVELY COMMUNICATE WITH CONSUMERS**

9

10          65.       In contrast to the virtual invisibility of nutritional information in many chain

11   restaurants, menus and menu boards are effective means of providing information.  Indeed, the

12   evidence submitted by CRA describes how effectively menu boards can communicate information to

13   their patrons.  As Michael Andres of McDonald's explained in his declaration, "[o]ur menu boards are

14   the focal point of our business inside our restaurants."  Andres Dec. ¶ 2.   Given the importance of

15   menus and menu boards for communicating with customers, nutritional disclosures on menus and

16   menu boards is essential to inform consumers about the nutritional content of foods and overcome the

17   failure of current practices that transmit nutritional information to no more than a small fraction of

18   customers.

19   **NATURAL INGREDIENTS, FRESH FOODS AND CALORIE POSTING ARE COMPATIBLE**

20          66.       Contrary to assertions of the CRA, there is nothing incompatible about cooks using

21   fresh, non-processed foods and San Francisco's Menu Labeling Ordinance.  Mr. Randolph, from

22   T.G.I. Friday's, states that their food is often cut, measured, and prepared by hand by individual

23   cooks in its restaurants, introducing some variation.  He also notes that there are some natural

24   differences in the size and nutritional content of meats and other ingredients in T.G.I. Friday's meals.

25   To address Mr. Randolph's concerns about inconsistency in natural ingredients, Ordinance 40-08

26   provides that restaurants are only in violation of the Ordinance if they do not make disclosures in the

27   form and location required by the Ordinance, the nutritional information disclosed is different from

28   what the restaurant knows or believes to be the true and accurate information, or the nutritional

DECLARATION OF DR. MITCHELL H. KATZ          32                    n:\govlit\li2008\090033\00499755.doc
CASE NO.  C08-3247 CW

1  information "[d]eviates from what actual analysis or other reliable evidence shows to be the average

2  content of a representative sample of the Menu Item by more than 20%." S.F. Health Code

3  § 468.3(g)(2). Mr. Randolph does not explain why this 20% safe-harbor is insufficient to account for

4  the natural variations in food and preparation methods. Chain restaurants employ processes and

5  follow specifications to ensure consistency in the preparation of their menu items. As Mr. Randolph

6  explains, T.G.I. Friday's chefs "follow specifications on how to prepare dishes, and they and other

7  employees receive training on how to prepare and present our menu items." Randolph Dec. ¶ 8.

8  Indeed, T.G.I. Friday's and most chain restaurants are already providing nutritional information on

9  menus in New York even though that ordinance does not contain a 20% safe harbor provision.  Thus,

10  there can be no doubt that is feasible for T.G.I. Friday's and other chain restaurants to provide

11  nutritional information on their menus.

## STANDARD OF EVIDENCE FOR PUBLIC HEALTH DETERMINATIONS

13        67.  The Allison declaration raises the question of what should be the standard of evidence

14  for promulgating public policy. The standard for recommending certain biomedical interventions is

15  generally the evidence of benefit from randomized, placebo-controlled clinical trials. The grading

16  system which Allison cites is based on an "A" rating for strong evidence from randomized controlled

17  trials in such settings.  While such trials represent one of the strongest forms of scientific evidence,

18  they are rarely available, or even feasible, for public policy interventions.  For example, could we

19  realistically or ethically randomize people and expose some to sunburn for decades to observe their

20  skin cancer rates?

21        68.  Had evidence from randomized controlled trials been the requirement for

22  implementation of public health policies, we would have failed to implement many of the major

23  public health triumphs on the past hundred years, including:

24      •   Chlorination of water

25      •   Fluoridation of water

26

27      •   Elimination of lead-based paint

28      •   Mandatory installation of automobile safety seat belts

DECLARATION OF DR. MITCHELL H. KATZ      33             n:\govlit\li2008\090033\00499755.doc
CASE NO. C08-3247 CW

- Smoke detectors

- Smoke-free air policies

- Standards to reduce hazardous conditions in the workplace

69. Adherence to a rigid standard of randomized controlled trials for social policy making would have cost millions of lives lost to diseases, motor vehicle accidents, fires, and cancer as well as resulting in millions more lead-poisoned and intellectually impaired children. Government has the obligation to create public policy wisely, based on the best available evidence, to protect the public's health, and cannot wait to act until all scientific questions are answered, especially when policies that protect the public's health are likely to carry no or minimal risks. As the FDA-sponsored Keystone Report:

> The need for additional research should not preclude reasonable action. As noted in the Institute of Medicine's 2004 report, Preventing Childhood Obesity: Health in the Balance "[t]he obesity epidemic is a serious public health problem that calls for immediate action to reduce its prevalence as well as its health and social consequences. Therefore…actions should be based on the best available evidence—as opposed to waiting for the best possible evidence." With regard to this last consideration, the best available evidence for obesity prevention and control is grounded in a solid, well-documented knowledge base regarding energy balance. Keystone Forum participants believe that what is needed now is reasonable guidance and action to help make healthy food choices easier for individuals and families.[103]

70. The Allison declaration also references Seymour et al, 2004.[104] Seymour makes clear that not only randomized clinical trials, but a variety of forms of evaluation of effectiveness of nutrition policies are relevant, many of which can only be performed post-implementation: "...  policy interventions can be more difficult to evaluate than environmental interventions which may account for the lack of such studies in the literature … The impact of this policy change may not come only from individual awareness, knowledge and behavior change but may also come from

---

[103] Keystone Report (Pl. Appendix F), at 20.

[104] Seymour JD, Yaroch AL, Serdula M, Blanck HM, Khan LK.  Impact of nutrition environmental interventions on point-of-purchase behavior in public: a review.  *Preventative Medicine* 2004; 39: S108-S136

changes to the foods served by the restaurant so the nutritional content of menu items pre- and post-intervention should be compared."

### ORDINANCE 40-08 IS AN IMPORTANT PART OF SAN FRANCISCO'S BROADER EFFORT TO REDUCE OVERWEIGHT AND OBESITY

71.    The Department does not propose that nutrition labeling *alone* can reverse the obesity epidemic.  Rather, the Menu Labeling Ordinance is one of a series of policy efforts being pursued in San Francisco to improve education and empower consumers to make healthier choices.  For instance, San Francisco's Mayor has instituted a program called "Shape Up San Francisco" to "increase the awareness of and opportunities for increased physical activity and improved nutrition where people live, play, work and learn."  Specifically, Shape Up San Francisco seeks to:

- Increase access to affordable, healthy food in neighborhoods with limited access.
- Complete the streets for improved walking and biking.
- Promote overall community aesthetics and atmosphere of safety to encourage outdoor physical activity and recreation.
- Create a Physical Activity Council to coordinate physical activity services and policy work.
- Adopt and implement health and wellness worksite criteria/standards.
- Adopt standards for the provision of healthy, sustainable food at all meetings and events.
- Develop and adopt legislation requiring city funded youth programs to adhere to nutrition standards.
- Create, adopt and implement policies to address physical activity in after school sites.
- Work with San Francisco healthcare facilities to create and implement health and wellness policies to improve healthy eating and physical activity environments for staff, patients, clients, and visitors.
- Increase reimbursement for obesity prevention and treatment by insurers.[105]

---

[105] *See* Shape Up San Francisco: About Us, *available at* http://www.sfgov.org/site/shapeupsf_index.asp?id=58059.

DECLARATION OF DR. MITCHELL H. KATZ          35
CASE NO.  C08-3247 CW

72.    Thus, the Department and the City are undertaking a broad range of measures to help residents of San Francisco prevent or reverse weight gain. The need for additional actions to halt the obesity epidemic is no reason to refrain from taking action on posting nutrition information.

## ORDINANCE 40-08 IS NECESSARY TO AVOID CONSUMER CONFUSION OR DECEPTION

73.    Ordinance 40-08 is necessary to prevent consumer confusion or deception concerning the nutritional content of the food they order at chain restaurants.

74.    The different calorie counts for different menu items are not intuitively obvious to the average consumer. Indeed, consumers are often shocked to discover the calorie content in foods they thought were lower in calories. For instance, few people would guess that the pecan-crusted chicken salad at T.G.I. Friday's (1,360 calories) has more calories than the cheeseburger and fries (1,290 calories).[106] Or that a smoked turkey sandwich (930 calories) at Chili's has more calories than a sirloin steak (540 calories). Or that a large milk shake from McDonald's has over 1,000 calories, about half the total daily-recommended amount of calories.

75.    Another source of consumer confusion or deception is that the calorie increase that comes with ordering a larger size of an item is often not reflected in the price differentials. For example, going from a McDonald's $1.79 medium fries with 380 calories to a $1.99 large fries with 570 calories is an 11% price increase but a 50% calorie increase. Calorie information will be particularly important to highlight these increases.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[106] Roni Caryn Rabin, *New Yorkers Try To Swallow Calorie Sticker Shock*, MSNBC.COM (July 17, 2008), http://www.msnbc.msn.com/id/25464987.

DECLARATION OF DR. MITCHELL H. KATZ          36
CASE NO. C08-3247 CW

76.    Even when chain restaurants make nutritional information available, it is often confusing or deceptive.  For instance, an "individual-sized" Chicago Classic pizza from Uno Chicago Grill ("Uno") has 115% of a person's daily-recommended intake of calories, nearly 250% of a person's daily fat allowance, and 186% of a person's daily sodium allowance.[107]  Even though Uno's menu confirms that the "individual" pizza is meant to serve only one person,[108] in order to avoid having to disclose these shocking facts, Uno's website provides nutrition information for the "individual" pizza by "serving size,"  and the "individual" size pizza contains three servings for purposes of its nutritional disclosures.[109]  Because Uno's website lists the caloric, fat and sodium content as only 1/3rd of the actual totals, a customer who checks the nutritional disclosures is likely to believe that the individual pizza has only 1/3rd of the calories, fat and sodium that it actually has, unless that customer happens to notice the deceptive serving size definition.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed on July 31, 2008

By: _____
    MITCHELL H. KATZ, M.D.

---

[107] Nutrition Information for Chicago Classic Pizza, http://www.unos.com/kiosk/nutritionUnos.html.

[108] Menu from Uno Chicago Grill, http://641.unotogo.com/zgrid/proc/site/sitemnup.jsp?nls_sf=tm5216&nls_st=tm1270421&id=4103317810560&ctx=ct156772812&mnuid_it=61684&vnmi_it=174.

[109] Nutrition Information for Chicago Classic Pizza, http://www.unos.com/kiosk/nutritionUnos.html.

DECLARATION OF DR. MITCHELL H. KATZ          37          c:\docume~1\mitchk~1\locals~1\temp\notesfff692\00499755.doc
CASE NO.  C08-3247 CW



# Center for Weight & Health

**Center Information Sheet**

## Potential Impact of Menu Labeling of Fast Foods in California

**SANDWICHES**

| | | |
|---|---|---|
| HAMBURGER (300 cal) | | 1.29 |
| Dbl. BURGER w/ CHEESE (640 cal) | | 2.49 |
| CRISPY CHICKEN SANDWICH (660 cal) | | 4.49 |
| FISH FILET SANDWICH (380 cal) | | 2.29 |

**SALADS**

| | | |
|---|---|---|
| CAESAR SALAD W/ CHICKEN (550 cal) | | 4.29 |
| RANCH SALAD w/ CHICKEN (580 cal) | | 5.29 |
| ASIAN SALAD W/ CHICKEN (450 cal) | | 5.29 |
| SIDE SALAD (140 cal) | | 1.29 |

**SIDES**

| | | |
|---|---|---|
| FRENCH FRIES (250 cal) | SMALL | 1.29 |
| FRENCH FRIES (380 cal) | MED | 1.79 |
| FRENCH FRIES (570 cal) | LG | 2.29 |
| CHICKEN NUGGETS (250 cal) | 6 PCS. | 2.29 |

**SHAKES/DESSERTS**

| | | |
|---|---|---|
| MILK SHAKE (420 cal) | 12oz. | 1.29 |
| MILK SHAKE (580 cal) | 16oz | 2.49 |
| MILK SHAKE (1160 cal) | 32oz. | 1.29 |
| ICE CREAM w/ CANDIES (710 cal) | 16 oz. | 2.00 |

California, like the rest of the nation, is experiencing an obesity epidemic. In California today, nearly 60% of Californians are either overweight or obese.[1] This epidemic did not occur overnight. Over the past decade Californians on average have gained about one pound per year.[2]

In the midst of the obesity epidemic, Americans now eat one billion meals a week outside the home.[3] Restaurant dining has become more frequent in California and across the nation, among people of all incomes, ethnic and racial backgrounds. In 2006, Americans spent almost half (48 percent) of their food dollars on foods prepared outside the home, in comparison to 26 percent in 1970.[4] **The largest single source of food consumed away from home is fast food.**[5] In California alone there are an estimated 15,000 fast food establishments, nearly four times as many

For more information on the
Dr. Robert C. and Veronica Atkins Center for
Weight & Health, UC Berkeley
www.cnr.berkeley.edu/cwh
510-642-2915





as there are grocery stores in the state.[6] Given these trends, it is not surprising that adults now consume three times the calories from fast food than did their parents just two decades earlier.[7]

**Fast food restaurants are more likely to be found in low-income neighborhoods and near low-income schools**. Poorer neighborhoods have greater access to fast food and less access to supermarkets.[8,9] In a new California study, nearly two-thirds of schools (65 percent) had a fast food restaurant within 1/6 of a mile of campus. Schools in low-income neighborhoods had even more fast food restaurants nearby than schools in higher income areas.[10]

According to a recent national survey, over one quarter (26.5 percent) of adults eat fast food on any given day, consuming **approximately 200 calories more on days when fast food is eaten**.[11] In a 2007 consumer survey of Californians 16-64 years of age, 82% of California adults in the five largest market areas in California – Fresno, Los Angeles, Sacramento, San Diego, and San Francisco – made fast food purchases at least once per month. These fast food consumers made fast food purchases an average of 14.9 times per month, the equivalent of 3.4 times per week.[12]

---

### Estimating the caloric content of foods is difficult for consumers

Research shows that **consumers routinely underestimate the calories in food**.[13,14,15,16,17] Even nutrition professionals underestimate the calories contained in meals typically available at fast food restaurants – by 200 to 600 calories.[18] One reason it is challenging to estimate the calories in fast food, is that there is a wide range of calories contained in very similar products. For example, one popular fast food restaurant offers six similarly sized chicken sandwiches (from 8 ounces to 9 ounces) with a range of calories from 420 to 630 calories (**Table 1**), depending on whether they are grilled or fried, or have added bacon and other added ingredients. Based on this example, providing helpful information to consumers could allow consumers to save up to 210 calories, while still eating a similar product.

| Table 1.  Variation in Calorie Content of Similarly Sized Chicken Sandwiches at a Fast Food Restaurant [20] | | |
|---|---|---|
| Item | Serving Size (in ounces) | Calories |
| Grilled Regular Chicken Sandwich  | 8 | 420 |
| Grilled Chicken BLT Sandwich | 8.3 | 470 |
| Breaded Regular Chicken Sandwich | 8.1 | 530 |
| Breaded Chicken BLT Sandwich | 8.5 | 580 |
| Breaded Chicken Club Sandwich | 9 | 630 |

Small differences in calories of food selections can add up quickly given the large number of fast food visits in California. For example, a savings of approximately 3,100 calories in a month could be achieved if on each of 3.4 weekly visits, the average adult fast food consumer selects a grilled chicken sandwich instead of breaded chicken club sandwich. Similarly, two hamburger sandwiches of virtually the same serving size (a difference of 0.3 oz) at the same fast food restaurant differ by 80 calories, which could total to a savings of ~1,200 calories over a month, with an average of 3.4 weekly visits.

**Similar items can differ greatly in size – even at the same chain.** In addition to differences in preparation and added ingredients, menu items can differ greatly by portion size. Information about portion sizes of items is typically not specified or visible at point of purchase. **Table 2** lists the calorie content and portion sizes of different burgers found in quick serve restaurants. Without either portion size or calorie information on menu boards, a consumer would find it difficult if not impossible to accurately estimate the calorie content of menu items.

**Even when nutrition information is provided, it is often not readily accessible.** In a 2006 study of a major fast food chain in Washington, DC, it was necessary to ask two or more employees in order to obtain nutrition information in 62 percent of the outlets sampled.[19] No outlet displayed information on menu boards where it could be readily seen when placing an order. Of the 59 percent of outlets that did provide in-store nutrition information for the majority of menu items, the most common venue used was the back of



tray liners (43 percent) typically distributed after food is received, and pamphlets (43 percent). The other 14 percent used other means such as on-site posters.

| Table 2. Variation in Calorie Content of Fast Food Burgers of Different Size [20] | | |
|---|---|---|
| Item | Serving Size (in ounces) | Calories |
| Regular Burger | 3.5 | 250 |
| Regular Cheeseburger | 4 | 300 |
| Large Burger | 6 | 410 |
| Extra Cheese Burger | 5.8 | 440 |
| Large Cheeseburger | 7 | 510 |
| Extra Large Burger | 7.5 | 540 |
| Extra Large Cheeseburger | 9.8 | 740 |

*People use nutrition information to help them make decisions about what to eat*

Nutrition labeling of packaged foods has been mandated by the FDA since the 1990s. Nearly three out of four American adults use nutrition information on food labels of packaged foods, including calorie information.[21,22] **Almost one half (48 percent) of American adults report that reading the nutrition information on food labels helped them change their purchasing habits.**[23]

Basic nutrition information is helpful for healthy menu planning both at home and in restaurants. **Two-thirds of Americans in representative public opinion polls said they support requiring restaurants to list nutrition information.**[24,25] **In California, 84% of a representative sample of adults support requiring fast-food and chain restaurants to post nutritional information on menus and menu boards.**[26] Menu labeling is also supported by leading health organizations and consumers across the nation.[27]

Typically in fast food restaurants consumers rarely see or obtain nutrition information. In a recent study of over 7,000 patrons of 11 large fast food chains in New York City, only 4% of patrons saw calorie information when ordering food, even though it was available in brochures placed at condiment tables, on posters hung on a restaurant wall, or posted on the Internet.[28]



| Menu Board | | |
|---|---|---|
| Item | Calories | Price |
| **SANDWICHES** | | |
| HAMBURGER | 280 Cal. | .89 |
| CHEESEBURGER | 330 Cal. | .99 |
| DOUBLE CHEESEBURGER | 470 Cal. | 1.89 |
| FRIED CHICKEN SANDWICH | 550 Cal. | 2.89 |
| GRILLED CHICKEN SANDWICH | 450 Cal. | 2.89 |
| **SIDES** | | |
| FRIES (lg.) | 540 Cal. | 1.65 |
| FRIES (sm.) | 210 Cal. | 1.05 |
| ONION RINGS | 900 Cal. | 1.95 |
| **DRINKS** | | |
| CHOCOLATE SHAKE | 770 Cal. | 2.35 |
| COLA (lg.) | 330 Cal. | 1.35 |
| DIET COLA (lg.) | 0 Cal. | 1.35 |

## *Potential benefits of menu labeling in California*

### Changing consumer behavior to prevent weight gain

A 2008 study conducted at a fast food chain restaurant found that 32% of customers reported seeing calorie information posted on the splash guard (in front of ingredients used to make sandwiches) and that they purchased meals averaging 52 fewer calories than customers who did not see the calorie information. Among customers who said they used the calorie information, their meals averaged 99 calories lower than those who reported not using it.[28]

### Virtuous cycle – product reformulation to reduce calories

Calorie labeling at fast food chains could start a "virtuous cycle."[29]  Restaurants may begin to introduce lower calorie items and smaller portion sizes so that consumers will have a greater variety of lower calorie choices.  Based on experiences with the Nutrition Labeling Act for packaged foods, and recent legislation to include trans fatty acids on labels, companies were shown to be able to change formulation in ways that promote health and also maintain product appeal.[28]

In response to consumer health concerns and legislative action such as the trans fatty acid bans, fast food companies have already begun to reduce the use of hydrogenated oils.[30]  Similarly, a new law in New York City requiring calorie labeling on menus has resulted in some restaurants making beneficial changes to their offerings.[31]  Possible reformulations include changing ingredients (including condiments), changing cooking methods, and reducing portion sizes of menu items.



### Using calorie information at fast food restaurants can help Californians to avoid gaining millions of pounds

To help illustrate a range of possible outcomes from menu labeling, **Table 3** provides a variety of scenarios based on different possibilities about the percentage of people who frequent fast food restaurants and notice calorie information. For all scenarios, the decrease in calories purchased is held at 52 calories per visit based on the impact measured in the New York City study described above.[28]  Smaller reductions in daily calorie intake and resultant weight could occur if compensatory increases in intake were to occur at other times of day. However, greater reductions in calories and weight would likely be seen with product reformulation and portion size changes. *If 80% of adult customers notice calorie information on menu boards in California, and reduce calories in their purchases by 52 calories per visit, for example, this could result in an average annual weight gain avoided of 2.1 pounds per adult who frequents fast food restaurants.*

**Table 3. Spectrum of Potential Impact of Calorie Labeling on Average Weight of Adults Who Frequent Fast Food Restaurants in California in Relation to Percentage of Patrons who Observe Calorie Information\***

| Scenario | Patrons observing calorie information (%) | Projected average weight change for adults who frequent fast food restaurants† (pounds/person) |
|---|---|---|
| No patrons see menu board labels | 0 | 0.0 |
| Few patrons see menu board labels‡ | 4 | -0.1 |
| Minority of patrons see menu board labels § | 32 | -0.9 |
| Majority of patrons see menu board labels | 80 | -2.1 |
| All patrons see menu board labels | 100 | -2.7 |

\* Based on 3.4 visits/week by the 82% of California residents that visit a fast food restaurant on a given month - assuming situation continues for 1 year from Reference 12.

† Using value of 52 calorie reduction/visit for patrons observing calorie information from Reference 28. Based on a reduction of 3500 calories to prevent 1 pound of weight gain from Reference 33.

‡ Equivalent to percentage of customers at chain restaurants noticing calorie information from posters and brochures from Reference 28.

§ Equivalent to documented customer awareness of nutritional information posted on a splash guard from Reference 28.



**Table 4** illustrates potential weight changes based on frequency of fast food visits for individuals who observe and respond to calorie menu labeling in a similar fashion to the New York Study (i.e., decrease consumption by an uncompensated 52 calories per visit). For example, for an individual who eats fast food 3.4 times per week (the average for 82% of California adults), an estimated 2.7 pounds per year less weight would be expected if calories labels are in place compared to if menus are not labeled. For an individual who eats fast food 7 times per week, the corresponding annual weight savings is 5.4 pounds.

**Table 4. Spectrum of Potential Impact of Calorie Labeling on Average Weight of an Adult in Relation to Frequency of Fast Food Visits†**

| Fast Food Visits (times/week) | Projected average annual weight change for an adult who frequents fast food restaurants† (pounds/person) |
|---|---|
| 1 | -0.8 |
| 2 | -1.5 |
| 3.4 | -2.7 |
| 7 | -5.4 |

†Using 52 calorie reduction/visit for patrons observing calorie information from Reference 28 snd value of 3500 calories to prevent 1 pound of weight gain from Reference 33.

As **Figure 1** illustrates, the hypothetical scenarios presented to estimate changes in fast food customers can also be analyzed taking into account the entire population of the state of California. For example, if 80% of fast food customers observed posted calorie labeling then a total of approximately 40 million pounds of weight gain per year could be prevented among all adults in the state. If all of fast food customers observed the calorie labeling then an estimated 50 million pounds of weight gain would be prevented.

**Figure 1. Spectrum of Potential Impact of Calorie Labeling on Weight of Entire Adult Population in California** (Based on estimation of 52 calorie reduction per purchase[28] and the current California adult population[32])



**Figure 2** models the impact of different menu labeling scenarios on weight gain in Californian adults over time. The blue line represents the projection of continuing trends without any changes in caloric intake.[2] The red line represents the projection of changes made if menu labels were in place, and 32% of fast food customers in California noticed this information and changed their purchases to consume 52 fewer calories per visit. The green line models the impact of 80% of fast food customer making this change. Obviously the higher the number of people able to see calorie information and make even modest changes. The higher the potential to impact obesity rates. **If a sizeable proportion of fast food customers were to see calorie information and make a modest change in caloric intake as a result, this choice could have a dramatic impact on weight gain for the state.**

**Figure 2. Weight Change of Average California Adult Since 1997 Based on Several Menu Labeling Scenarios**
(Actual 1997-2003 and projected through 2021)



## Conclusion: Menu Labeling Provides an Opportunity to Change the Course of the Obesity Epidemic in California

Posting calories on menus and menu boards would provide visible, easy-to-locate information to consumers. For an individual fast food consumer, responding to calorie content on menu boards at every fast food visit could translate into a decrease of over two pounds of weight per year (**Table 5**). If 80% of Californians see calorie menu labels at fast food chains, and make changes similar to those documented in the literature, this could result, on a population level, in an annual weight loss of nearly one pound per person per year for Californians -- compared to the current average weight gain of about one pound per year (**Table 6**). Menu board labeling thus has the potential to dramatically reverse the trajectory of the obesity epidemic in California.

8



**Table 5.  Estimated impact on an individual fast food consumer who sees calorie content posted on menu boards on all fast food visits**

| Description | Number | Data Source |
|---|---|---|
| a) Fast food visits per person who regularly eats at fast food restaurants | 14.9  Visits per month | Reference 12 |
| b) Months | 12  per year | |
| c) Change (decrease) in calories purchased | -52  Calories per visit | Reference 28 |
| d) Caloric equivalent of body weight | 3500  Calories per pound | Reference 33 |
| e) Estimated average weight change for adult fast food customers who see calorie information on menu boards | - 2.7  Pounds per year | (a) x (b) x (c) / (d) |

**Table 6.  Possible statewide impact of posting calorie content on fast food menu boards**

| Description | Number | Data Source |
|---|---|---|
| a) Estimated average weight change for adult fast food customers who see calorie information on menu boards | - 2.7 Pounds per year | From Table 6 (e) |
| b) Estimated average weight change for all fast food customers (if estimating that 80% of fast food customers see calorie information on menu boards) | - 2.1 Pounds per year for all fast food customers | (a) x 80% |
| c) Estimated average weight change for all California adults (if 80% notice menu labels and 82% of Californians age 16-64 years regularly eat at fast food restaurants) | - 1.7 Pounds per year for all California adults | (b) x 82% |
| d) Average weight change for California adults **prior** to menu labeling | +1.0 Pounds per person per year | Reference 2 |
| e) Estimated average weight change for California adults **after** menu labeling | - 0.7 Pounds per person per year | (c) + (d) |
| f) Estimated total weight change for 23 million California adults | - 40 million pounds annually | (c) x 23 million from Reference 32 |

**Qualifications:** This Information Sheet was created using the best available published evidence, which to date is limited. We recognize that there are differences in methodology and population samples among studies, and caution must be taken when generalizing to the larger population. Therefore this paper provides a variety of scenarios for discussion, using conservative estimates of consumer behavior change and a full spectrum of possibilities on the percentage of customers noticing calorie information. Weight estimations were based on Behavioral Risk Factor Surveillance data for 1999-2003 for adults, 18 years of age and over. California's population estimate was based on adults 18-64 years of age for the year 2006. Potential compensatory increases in intake were not included in scenarios. Possible impact of product reformulation was also not included in scenarios.

Prepared by: Dr. Robert C. and Veronica Atkins
Center for Weight and Health, UC Berkeley
in cooperation with the
California Center for Public Health Advocacy

For more information, visit www.cnr.berkeley.edu/cwh
and www.publichealthadvocacy.org

# References

[1]Centers for Disease Control. Behavioral Risk Factor Surveillance System – Prevalence Data for 2007. Available at: http://apps.nccd.cdc.gov/brfss/. (Accessed August 2008).

[2]Lee H. Obesity Among California Adults: Racial and Ethnic Differences. Public Policy Institute of California. 2006.

[3]McGowan, M. What's NOT on the Menu? University of Arkansas, Research Frontiers. May 2006. Available at: researchfrontiers.uark.edu/6145.php. (Accessed July 2008).

[4]National Restaurant Association. Industry at a Glance. 2005.

[5]Guthrie JF, Lin BH, Frazao E. Role of food prepared away from home in the American diet, 1977-78 versus 1994-96: Changes and consequences. J Nutr Educ Behav 2002;34:140-150.

[6]California Center for Public Health Advocacy. Searching for Health Food: The Food Landscape in California Cities and Counties. January 2007.

[7]Cutler DM, Glaeser EL, Shapiro MA. Why have Americans become more obese? National Bureau of Economic Research Working Paper Series. No. 9446. 2003.

[8]Block JP, Scribner RA, DeSalvo KB. Fast food, race/ethnicity, and income: a geographic analysis. Am J Prev Med 2004 Oct;27:211-7.

[9]Smoyer-Tomic KE, Spence JC, Raine KD, Amrhein C, Cameron N, Yasenovskiy V, Cutumisu N, Hemphill E, Healy J. The association between neighborhood socioeconomic status and exposure to supermarkets and fast food outlets. Health Place 2008;14:740-54.

[10]Simon PA, Kwan D, Angelescu A, Shih M, Fielding JE. Proximity of fast food restaurants to schools: Do neighborhood income and type of school matter? Prev Med 2008 Mar 10.

[11]Bowman SA, Vinyard BT. Fast food consumption of U.S. adults: Impact on energy and nutrient intakes and overweight status. J Amer Coll Nutr 2004;2:163-168.

[12]2007 Quick-Track data of quick service visits in the major California markets – Fresno, Los Angeles, Sacramento, San Diego and San Francisco for consumers age 16-64. (Accessed August 2008).

[13]Wansink B, Chandon P. Meal size, not body size, explains errors in estimating the calorie contents of meals. Ann Int Med 2006;145:326-332.



[14]Chandon P, Wansink B. The biasing health halos of fast-food restaurant health claims: lower calorie estimates and higher side-dish consumption intentions. J Consum Res 2007;34:301-314.

[15]Young LR, Nestle M. Portion sizes and obesity: Responses of fast-food companies. J Public Health Pol 2007;28:238-248;

[16]Field Research. Corporation telephone survey of 523 registered California votes, conducted March 20 – 31, 2007. Available at: www.publichealthadvocacy.org/menulabelingpoll.html. (Accessed October 2007).

[17]Burton S, Creyer EH, Kees J, Huggins K. Attacking the obesity epidemic: the potential health benefits of providing nutrition information in restaurants. Am J Public Health 2006;96:1669-1675.

[18]Backstrand J, Wootan MG, Young LR, Hurley J. Fat Chance. Washington, DC: Center for Science in the Public Interest, 1997.

[19]Wootan MG, Osborn M, Mallow CJ. Availability of point-of-purchase nutrition information at a fast-food restaurant. Prev Med 2006;43:458-459.

[20]McDonald's USA. Nutrition Information. Available at: www.mcdonalds.com/usa/eat/nutrition_info.html. (Accessed July 2008).

[21]U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Health Statistics. Healthy People 2000. 2001.

[22]International Food Information Council Foundation. Food & Health Survey: Consumer Attitudes Toward Food. Nutr & Health Washington, DC: 2007.

[23]Levy AS, Derby BM. The Impact of NLEA on Consumers: Recent Findings from FDA's Food Label and Nutrition Tracking System. Washington DC: Center for Food Safety and Applied Nutrition. Food and Drug Administration. 1996.

[24]Center for Science in the Public Interest. Nationally representative poll by Global Strategy Group. September 2003.

[25]Harvard Forums on Health. Obesity as a Public Health Issue:  A Look at Solutions. National poll by Lake Snell Perry & Associates. June 2003.

[26]Survey of California Registered Voters About Obesity Prevention Policies and Voter Knowledge of Caloric, Fat and Salt Content in Various Foods from Popular Fast-Food Restaurants. Field Research Corporation, April 2007. Available at: www.publichealthadvocacy.org/menulabelingpoll.html. (Accessed August 2008).

[27]Friedman RR. Menu Labeling in Chain Restaurants: Opportunities for Public Policy. Rudd Center for Food Policy and Obesity, Yale University. 2008.

[28]Bassett MT, Dumanovsky T, Huang C, Silver LD, Young C, Nonas C, Matte TD, Chideya S, Frieden TR. Purchasing behavior and calorie information at fast-food chains in New York City, 2007. Am J Public Health 2008;98:1457-1459.

[29]Berman M, Lavisso-Mourey R. Obesity prevention in the information age: Caloric information at the point of purchase. JAMA 2008;300:433-435.

[30]Associated Press. Fast Food Chains Drop Trans Fat to Meet New York City Ban. June 30, 2008. Available at: www.foxnews.com/story/0 ,2933,373594,00.html. (Accessed August 2008).

[31]Beck M. On the Table: The Calories Lurking in Restaurant Food. The Wall Street Journal. July 29, 2008; Page D1.

[32]U.S. Census Bureau. California QuickFacts. Available at: http://quickfacts.census.gov/qfd/states/06000.html. (Accessed July 2008).

[33]Duyff RL.  American Dietetic Association Complete Food and Nutrition Guide. Hoboken, New Jersey: John Wiley and Sons, 2002 (page 36).

# Menu Labeling: One Way to Support Americans' Efforts to Eat Well and Watch their Weight

CENTER FOR Science IN THE Public Interest

The nonprofit publisher of Nutrition Action Healthletter

**www.cspinet.org/nutritionpolicy**

Margo G. Wootan, D.Sc.
Director, Nutrition Policy



EXHIBIT D

# Restaurant foods

| | Calories | Sat + Trans Fat (g) |
|---|---|---|
| **Appetizers** | | |
| Buffalo Wings (12) w/ Dressing | 1,010 | 22 |
| Stuffed Potato Skins (8) | 1,120 | 40 |
| Cheese Fries (4 c) w/ Dressing | 3,010 | 91 |
| **Entrees** | | |
| French Toast w/ Syrup & Margarine | 910 | 13 |
| Caesar Salad w/Chicken | 1,010 | 13 |
| Spaghetti with Meatballs | 1,160 | 10 |
| Fresh Chicken and Broccoli Pasta | 2,060 | 128 (total fat) |
| **Meals** | | |
| Chicken Ranch Sandwich & Fries | 1,580 | 16 |
| BK Double Whopper w/ Cheese | 1,980 | 42 |
| King Size Value Meal | | |
| Fried Seafood Platter | 2,170 | 39 |
| **Sweets** | | |
| Cinnabon (1) | 730 | 14 |
| Fudge Brownie Sundae | 1,130 | 30 |
| Cheesecake Factory Carrot Cake (1 s) | 1,560 | 23 |

http://www.keystone.org/spp/documents/Forum_Report_FINAL_5-30-06.pdf

# Eating out linked to obesity







# Portion sizes



| | | | |
|---|---|---|---|
| Soft Drinks | 7-Eleven Double Gulp | Can | Official serving |
| | 8 cups (64 oz.) | 1 1/2 c. (12 oz.) | 1 cup (8 oz.) |
| | 600 calories | 140 calories | 100 calories |
| | Steak House serving (Porterhouse) | Dinner House serving (Sirloin) | Official serving (Sirloin) |
| | About 1.25 lb, cooked (20 oz.) | About 1/2 lb, cooked (7 oz.) | About 1/5 lb, cooked (3 oz.) |
| | 1,100 calories | 410 calories | 220 calories |
| Muffins | Restaurant serving | Official serving | |
| | 1/4 lb. (4 oz.) | 1/8 lb. (2 oz.) | |
| | 430 calories | 190 calories | |

Which entrée on the children's menu at Chili's has the most calories?

a. Corn dog
b. Grilled cheese sandwich
c. Chicken tenders (crispers)
d. Ribs basket

Which entrée on the children's menu at Chili's has the most calories?

a. Corn dog – 250 cal

b. Grilled cheese sandwich – 420 cal

c. Chicken Tenders – 590 cal

d. Ribs basket – 370 cal

# Which item at Dunkin' Donuts has the fewest calories?

a. Sesame bagel with cream cheese
b. 2 jelly filled donuts
c. Banana walnut muffin
d. A medium (24 oz.) strawberry banana smoothie

# 2 Jelly filled Dunkin' Donuts have the fewest calories

a. Sesame bagel with cream cheese – 570 cal

b. 2 jelly filled donuts – 420 cal

c. Banana walnut muffin – 540 cal

d. A medium (24 oz.) strawberry banana smoothie – 550 calo

# Nutritional Quality of Restaurant Foods Vary Widely





| Starbucks, grande | Calories | Sat Fat (g) |
|---|---|---|
| White Chocolate Mocha, whole & whip | 500 | 14 |
| Cappuccino, nonfat | 80 | 0 |
| Vanilla Latte, whole | 280 | 6 |
| Skinny Caramel Latte | 130 | 0 |
| Caramel Frappuccino, whip | 380 | 9 |
| Light Caramel Frappuccino | 160 | 0 |

Peanut Butter and Jelly (560 cal) v. Grilled Cheese (360 cal)

**Bagels with cream cheese** (based on plain bagel)

| | Calories | Price |
|---|---|---|
| Bagels with cream cheese | 439 – 620 | 1.99 |
| | | 3.19 |
| | | 4.19 |

**Baked Omelette Sandwiches**

**Bagels by the Dozen** Varies / 8.49

| | Calories | Price |
|---|---|---|
| * Yogurt Parfait | 587 | 2.99 |
| Cosi Break Bar | 463 | 2.19 |
| * Fruit Salad | 216 | 2.69 |
| Orange Juice | 137 | 1.99 |

## Kids Menu

SANDWICHES SERVED WITH COSI CHIPS OR BABY CARROTS

| | Calories | Price |
|---|---|---|
| Turkey Sandwich | 289 | 4.39 |
| Tuna Sandwich | 333 | 4.39 |
| Cheese Pizza | 769 | 6.59 |
| Pepperoni Pizza serves two | 911 | 7.19 |
| Gooey Grilled Cheese | 357 | 3.69 |
| Peanut Butter & Jelly | 560 | 3.79 |
| Shirley Temple | 240 | 1.49 |
| Milk | 192 | 1.69 |
| Chocolate Milk | 260 | 1.99 |
| Hot Chocolate | 436 | 2.99 |
| S'mores for two | 751 | 7.79 |

# Dietitians' estimates of the calorie content of popular restaurant foods

| food item | average calorie estimate | actual calorie content | percent difference |
|---|---|---|---|
| Whole milk (1 c) | 155 | 150 | 3% over |
| Lasagna (2 c) | 695 | 960 | 28% under |
| Grilled chicken Caesar salad with dressing (4) | 440 | 660 | 33% under |
| Porterhouse steak dinner* | 1,240 | 1,860 | 33% under |
| Hamburger ( 10 oz.) and onion rings (11 rings) | 865 | 1,550 | 44% under |
| Tuna salad sandwich (11 oz.) | 375 | 720 | 48% under |

*The dinner included a Porterhouse steak (untrimmed, 20 oz. before cooking) with a Caesar salad (2 cups), vegetable of the day (1 cup) and a baked potato with butter (1 tablespoon).

# Away-from-Home Food Consumption Has Doubled



**Americans are eating out more**

Share of total food expenditures (percent)

Food away from home

Food at home

Source: Food Consumption (Per Capita) Data System, USDA, Economic Research Service.

Calories Consumed

1978    1995

18%

34%



# Menu Board in NYC

## HOT & *fresh TOASTED*

### Subs From The Oven!

| | Cal 6" sub/wrap | | 6" Sub or Wrap |
|---|---|---|---|
| 560 | Meatball Marinara | | **2.99** |
| 450 | Italian B.M.T.® | | **3.69** |
| 480 | Spicy Italian | | **3.29** |
| 400 | Steak & Cheese | | **4.29** |
| 380 | Subway Melt® | | **3.69** |
| 580 | Chicken & Bacon Ranch | | **3.69** |

**Hungrier? Make it a FOOTLONG!**

Italian B.M.T.®

## Policies introduced

- Chicago
- DC
- Montgomery Cty, MD
- Philadelphia
- Nassau Cty, NY
- Westchester Cty, NY

- AZ
- CA
- CT
- HI
- IL
- ME
- MA
- MI

- NJ
- NM
- NY
- PA
- TN
- VT
- WA



**CREATE A COMBO**

**1** 1/4 LB. SINGLE
$4.59 SMALL COMBO
$2.59 SANDWICH
930 CAL
430 CAL

**2** 1/2 LB. DOUBLE W/CHEESE
$5.59 SMALL COMBO
$3.89 SANDWICH
1200 CAL
700 CAL

**3** 3/4 LB. TRIPLE W/CHEESE
$6.69 SMALL COMBO
$4.89 SANDWICH
1480 CAL
980 CAL

**4** BIG BACON CLASSIC
$5.19 SMALL COMBO
$3.49 SANDWICH
1090 CAL
590 CAL

**5** ULTIMATE CHICKEN GRILL
$5.59 SMALL COMBO
$3.79 SANDWICH
820 CAL
320 CAL

**6** SPICY CHICKEN FILLET
$5.59 SMALL COMBO
$3.79 SANDWICH
940 CAL
440 CAL



# Nutrition Labeling and Education Act

## Nutrition Facts

Serving Size 1 Bar (60g)
Servings Per Container 6

**Amount Per Serving**

**Calories** 160          Calories from Fat 70

| | % Daily Value* |
|---|---|
| **Total Fat** 8g | **12%** |
| Saturated Fat 5g | **25%** |
| Trans Fat 0g | |
| **Cholesterol** 5mg | **2%** |
| **Sodium** 45mg | **2%** |
| **Total Carbohydrate** 21g | **7%** |
| Dietary Fiber 3g | **12%** |
| Sugars 15g | |
| **Protein** 3g | |

| | | | |
|---|---|---|---|
| Vitamin A 4% | • | Vitamin C 0% | |
| Calcium 10% | • | Iron 0% | |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2400mg | 2400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

# Nutrition Facts

Serving Size 2 cakes (61g)
Servings Per Container 6

| | Amount Per Serving | %DV* |
|---|---|---|
| **Calories** | 260 | |
| Calories from Fat | 110 | |
| **Total Fat** | 12g | **18%** |
| Saturated Fat | 3g | 14% |
| Trans Fat | 4g | |
| **Cholesterol** | 15mg | **5%** |
| **Sodium** | 180mg | **7%** |
| **Total Carbohydrate** | 39g | **13%** |
| Dietary Fiber | 1g | 2% |
| Sugars | 30g | |
| **Protein** | 1g | |
| Vitamin A | | 0% |
| Vitamin C | | 0% |
| Calcium | | 2% |
| Iron | | 6% |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Saturated Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |











# Anyone's Guess

## The Need for Nutrition Labeling at Fast-Food and Other Chain Restaurants

## Report at: www.cspinet.org



# Menu Labeling

CENTER FOR SCIENCE IN THE PUBLIC INTEREST

**Help Bring Menu Labeling to Your State**

**Why Menu Labeling?**

**Resources/ Background**

**State & Local Bills**
2007
2005–2006
2003–2004
Model Legislation
Model Regulations

**Join Us**

**Circulate Petitions**



Restaurant Quiz

## HOT TOPICS

**Video:** Dr. Margo Wootan explains how menu labeling informs dining-out choices.

**New York Times Blog:** Readers comment on calorie labeling

## WHAT'S NEW

Menu Labeling Urged for Montgomery Co, Md., and DC

In Seattle, Menu Labeling Is "In," Trans Fat is "Out"

Subway First to List Calories on Menu Boards in Country



More than twenty states, cities and counties are considering legislation and regulations that would require fast food and other chain restaurants to provide calories and other nutrition information on menus and menu boards. Contact us for help implementing a policy in your area: nutritionpolicy@cspinet.org.

**Subway added helpful calorie information to its menu boards.** See model menus that could be used at Starbucks, McDonald's, Haagen Dazs, Dunkin' Donuts, Auntie Anne's, and Wendy's.



Photo of actual menu board inside a New York City Subway restaurant, 2007.

# www.menulabeling.org

# Ways to Support Menu Labeling

· Develop a fact sheet, educational materials on eating out

· Conduct study to estimate state-wide impact of menu labeling (like LA & NYC)

· Work with state coalition -- urge outside organization to take the lead

· Work with DoH Commissioner/Governor to support menu labeling

· Allow you to support state bill

· Develop menu labeling regs







# NUTRITION POLICY

**CENTER FOR SCIENCE IN THE PUBLIC INTEREST**

Because it takes more than willpower

## Public policy can make it easier for Americans to eat well and be active

- Eating well and being physically active takes more than just willpower. We need programs and policies that make healthy food more available, that disclose the calorie content of restaurant foods, and that teach people how to make healthy eating easier. There are existing nutrition policies and programs, like Nutrition Facts labels on packaged foods, nutrition standards for school lunches, and regulation of food additives. But more needs to be done to help people who want to eat well and prevent diet-related disease.



Take a minute to promote America's health by sending a letter to Congress to support increased funding for nutrition, physical activity, and obesity prevention.

POST

---

**Why Policy:**
Why nutrition policy is important

**Policy Options:**
Policies and programs to promote nutrition and physical activity

**Get Involved:**
What you can do

**Find Out More:**
Why its hard to eat well and be active in America today

The National Alliance for Nutrition and Activity

Learn more about how to eat well

# www.cspinet.org/nutritionpolicy