IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

_____
CALIFORNIA RESTAURANT         )
ASSOCIATION,                  )
                *Plaintiff*,            )
                                       )
   v.                         )   Case No. Civ-08-3685 CW
                                       )
THE COUNTY OF SANTA CLARA     )
and THE SANTA CLARA COUNTY    )
PUBLIC HEALTH DEPARTMENT,     )
                *Defendants.*           )
_____)

## [PROPOSED] ORDER

The joint motion of Congressman Henry Waxman, Professor Robert Post and the City of New York for leave to file the *amici curiae* briefs filed in the related action, *California Restaurant Association v. City and County of San Francisco*, Civ-08-3247 (CW) ("San Francisco Action") as *amici curiae* briefs filed in this action, is HEREBY GRANTED.

Dated:       August _____, 2008

                                                               _____
                                                               The Honorable Claudia Wilken,
                                                               United States District Judge