1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

CALIFORNIA RESTAURANT
ASSOCIATION,

            Plaintiff,

    v.

THE CITY AND COUNTY OF SAN
FRANCISCO and THE SAN FRANCISCO
DEPARTMENT OF PUBLIC HEALTH,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV-08-03247 (CW), and
Case No. CV-08-03685 (CW)

**ORDER ON MANAGEMENT OF
RELATED CASES**

The Honorable Claudia Wilken

CALIFORNIA RESTAURANT
ASSOCIATION,

            Plaintiff,

    v.

THE COUNTY OF SANTA CLARA and
THE SANTA CLARA COUNTY PUBLIC
HEALTH DEPARTMENT,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Complaints filed: July 3 and July 22, 2008,
                respectively

WHEREAS the above-captioned cases have been designated as related matters, and

WHEREAS it is in the interest of judicial economy to coordinate the filings submitted by all parties to these matters,

NOW, THEREFORE, **IT IS HEREBY ORDERED**:

1.  Plaintiff shall submit one consolidated reply memorandum, in further support of its motion for declaratory relief and a preliminary injunction, in response to all filings submitted by the defendants and *amici* in the related matters.

2.  Plaintiff's consolidated reply memorandum shall be submitted on August 22, 2008.

3.  Plaintiff's consolidated reply memorandum shall not exceed forty-five pages in length, exclusive of the caption page, table of contents, table of authorities, declarations, and exhibits.

4.  Pursuant to this Court's Order Concerning Hearing on Plaintiff's Motion for a Preliminary Injunction, dated August 15, 2008, oral argument shall be held on the related matters on August 28, 2008 at 2:00 PM, and all parties shall appear and be heard.  Pursuant to that same Order, the hearing presently scheduled for September 4, 2008, in Case No. CV-08-03247 is vacated.

IT IS SO ORDERED:

      8/20/08

DATED: _____

_____
UNITED STATES DISTRICT COURT JUDGE

1

2                                              - 1 -

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28