Trenton H. Norris (California State Bar No. 164781)
Sarah Esmaili (California State Bar No. 206053)
ARNOLD & PORTER LLP
90 New Montgomery Street, Suite 600
San Francisco, CA  94105
Telephone:  (415) 356-3000
Facsimile:  (415) 356-3099
Email:  trent.norris@aporter.com
Email:  sarah.esmaili@aporter.com

Peter L. Zimroth (*pro hac vice*)
Kent A. Yalowitz (*pro hac vice*)
Nancy G. Milburn (*pro hac vice*)
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY  10022
Telephone:  (212) 715-1000
Facsimile:  (212) 715-1399
Email:  peter.zimroth@aporter.com
Email:  kent.yalowitz@aporter.com
Email:  nancy.milburn@aporter.com

Attorneys for Plaintiff
CALIFORNIA RESTAURANT ASSOCIATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE COUNTY OF SANTA CLARA and THE SANTA CLARA COUNTY PUBLIC HEALTH DEPARTMENT,<br><br>　　　　　Defendants. | No. CV-08-03685 CW<br>(Related to No. CV-08-03247 CW)<br><br>**PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO JOINT MOTION OF CONGRESSMEN HENRY WAXMAN, PROFESSOR ROBERT POST, AND THE CITY OF NEW YORK TO FILE** ***AMICUS CURIAE*** **BRIEFS**<br><br>Hearing Date:　August 28, 2008<br>Hearing Time:　2:00 p.m.<br>Courtroom:　Courtroom 2, 4th Floor<br><br>　　　The Honorable Claudia Wilken |

1  Plaintiff California Restaurant Association hereby files its Statement of Non-Opposition to the Joint Motion of Congressman Henry Waxman, Professor Robert Post, and the City of New York for Leave To File their *Amicus Curiae* Briefs that were filed in *California Restaurant Association v. The City and County of San Francisco, et al.* (No. CV-08-03247) as *Amicus Curiae* briefs in *California Restaurant Association v. The County of Santa Clara, et al.* (No. CV-08-03685).

Dated: August 21, 2008                     ARNOLD & PORTER LLP


                                By:     /s/
                                     Trenton H. Norris
                                     Attorneys for Plaintiff
                                     CALIFORNIA RESTAURANT
                                          ASSOCIATION