| | | |
|---|---|---|
| **OFFICE OF THE COUNTY COUNSEL**<br>**COUNTY OF SANTA CLARA**<br><br>70 West Hedding Street, 9th Floor<br>San Jose, California  95110-1770<br>(408) 299-5900<br>(408) 292-7240 (FAX) |  | Ann Miller Ravel<br>**COUNTY COUNSEL**<br><br>Winifred Botha<br>Miguel Márquez<br>Lori E. Pegg<br>**ASSISTANT COUNTY COUNSEL** |

August 25, 2008

The Honorable Claudia Wilken
District Judge
United States District Court for the Northern District of California
1301 Clay Street
Oakland, California  94612-5212

      Re:    *California Restaurant Association v. The County of Santa Clara, et al.*
                Case No. CV-08-03685 CW

Dear Judge Wilken:

Plaintiff CRA filed a letter with the Court earlier today noting that counsel for Defendant County of Santa Clara, Tamara Lange, had a conflict on the afternoon of September 4, 2008.  Plaintiff further noted that it was not aware whether Ms. Lange could attend a hearing on that morning.  I write to inform the Court that Ms. Lange could attend a hearing on the morning of September 4th.

Plaintiff's letter also notes that a September 4th hearing would "allow the Defendants sufficient time to decide whether they will attempt to enforce the ordinance until January 1, 2009."  The next meeting of the County's Board of Supervisors during which this decision could be considered, however, is Tuesday, September 9th.

                                            Respectfully Submitted,

                                            ANN MILLER RAVEL
                                            County Counsel

                                                /s/
                                            MIGUEL MÁRQUEZ
                                            Assistant County Counsel