1
2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

3
4
5
6
7
8
9

_____
CALIFORNIA RESTAURANT          )
ASSOCIATION,                              )
                 *Plaintiff*,           )
                                                    )
   v.                                             )   Case No. Civ-08-3685 CW
                                                    )
THE COUNTY OF SANTA CLARA      )
and THE SANTA CLARA COUNTY     )
PUBLIC HEALTH DEPARTMENT,      )
                 *Defendants*.         )
_____)

## ORDER

The joint motion of Congressman Henry Waxman, Professor Robert Post and the City of New York for leave to file the *amici curiae* briefs filed in the related action, *California Restaurant Association v. City and County of San Francisco*, Civ-08-3247 (CW) ("San Francisco Action") as *amici curiae* briefs filed in this action, is HEREBY GRANTED.

Dated:        August 26, 2008

                                                          *[signature]*
                                           _____
                                           The Honorable Claudia Wilken,
                                           United States District Judge