1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION,<br><br>        Plaintiff,<br>v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO and THE SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH,<br><br>        Defendants. | Case No. CV-08-03247 (CW), and<br>Case No. CV-08-03685 (CW)<br><br>**ORDER RESCHEDULING HEARING ON PLAINTIFF'S MOTIONS FOR DECLARATORY RELIEF AND PRELIMINARY INJUNCTION AND STAYING ENFORCEMENT OF SANTA CLARA COUNTY ORDINANCE** |
| CALIFORNIA RESTAURANT ASSOCIATION,<br><br>        Plaintiff,<br>v.<br><br>THE COUNTY OF SANTA CLARA and THE SANTA CLARA COUNTY PUBLIC HEALTH DEPARTMENT,<br><br>        Defendants. | The Honorable Claudia Wilken<br><br>Complaints filed: July 3 and July 22, 2008, respectively |

RELATED CASE NOS. CV-08-03247 (CW)  & CV-08-03685 (CW)
[PROPOSED] ORDER RESCHEDULING HEARING ON PLAINTIFF'S MOTIONS FOR DECLARATORY RELIEF AND A PRELIMINARY INJUNCTION AND STAYING ENFORCEMENT OF ORDINANCE

WHEREAS, on August 20, 2008, the Court ordered that the hearing Plaintiff's Motions for Declaratory Relief and a Preliminary Injunction ("Motions") in each of the related actions take place on August 28, 2008 at 2:00 p.m.;

WHEREAS there is a bill currently pending in the California Legislature, Senate Bill 1420, the enactment of which may affect the need for a hearing on Plaintiff's Motions;

WHEREAS, the California Legislature must act on Senate Bill 1420 by August 31, 2008; and

WHEREAS Defendants The County of Santa Clara and the Santa Clara County Public Health Department have agreed, as stated in their August 25, 2008 letter to the Court, to postpone enforcement provisions (i.e., no fines or penalties will be imposed) of Ordinance No. NS-300.793 amending Division A18 of the Santa Clara County Ordinance Code (the "Ordinance");

NOW, THEREFORE, **IT IS HEREBY ORDERED**:

1. The hearing on Plaintiff's Motions in the related actions shall take place on **September 11, 2008 at 2:00 p.m.** The hearing presently scheduled for August 28, 2008 at 2:00 p.m. is hereby vacated.
2. Enforcement of fines and penalties under the Ordinance shall be stayed until October 14, 2008 without prejudice as to Plaintiff's right to seek a further stay and the right of Defendants in Case No. CV-08-03685 to oppose any further stay.

IT IS SO ORDERED:

    8/26/08

DATED: _____

_____
UNITED STATES DISTRICT COURT JUDGE

RELATED CASE NOS. CV-08-03247 (CW)  & CV-08-03685 (CW)
[PROPOSED] ORDER RESCHEDULING HEARING ON PLAINTIFF'S MOTIONS FOR DECLARATORY RELIEF AND A PRELIMINARY INJUNCTION AND STAYING ENFORCEMENT OF ORDINANCE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

RELATED CASE NOS. CV-08-03247 (CW)  & CV-08-03685 (CW)
[PROPOSED] ORDER RESCHEDULING HEARING ON PLAINTIFF'S MOTIONS FOR DECLARATORY RELIEF AND A PRELIMINARY INJUNCTION AND STAYING ENFORCEMENT OF ORDINANCE